UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RON NICHOLS | ) |
| Plaintiff | ) ) ) |
| v. | ) CASE NUMBER: 1:05CV01978 JR ) |
| SPORT & HEALTH CLUBS, INC. | ) ) ) |
| Defendant | ) |

### CERTIFICATE

**SPORT & HEALTH CLUBS, INC.** ("S&H"), by counsel, hereby files this Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Sport & Health Clubs, Inc., certify that to the best of my knowledge and belief, that none of the parent companies, subsidiaries or affiliates of Sport & Health Clubs, Inc. have any outstanding securities in the hands of the public.

BEAN, KINNEY & KORMAN, P.C.

By: _/s/ Philip M. Keating_
Leo S. Fisher (DC Bar No. 322065)
Philip M. Keating (DC Bar No. 384726)
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000
(703) 525-2207 (facsimile)
Attorney of Record for Sport & Health Clubs, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Certificate was mailed by first class mail, postage prepaid, to Ron Nichols, Plaintiff *pro se*, 1620 Fuller Street, N.W., Washington, DC 20009, on this 28th day of October, 2005.

_____
Philip M. Keating