## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RON NICHOLS** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NUMBER: 1:05CV01978 JR** |
| | ) | |
| **SPORT & HEALTH CLUBS, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |

### MOTION TO DISMISS

Defendant, **SPORT & HEALTH CLUBS, INC.** ("S&H"), by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), hereby moves to dismiss the portion of the Complaint of Plaintiff Ron Nichols alleging a claim of negligent infliction of emotional distress.

Defendant seeks to dismiss the Complaint alleging negligent infliction of emotional distress on the ground that Plaintiff has failed to state a *prima facie* case for the claim under the law of the District of Columbia. The basis for the Motion to Dismiss is set forth more fully in the accompanying Memorandum of Points and Authorities.

**WHEREFORE**, Defendant, **Sport & Health Clubs, Inc.**, respectfully requests that its Motion to Dismiss be granted and the portion of the Complaint of Plaintiff Ron Nichols alleging negligent infliction of emotional distress be dismissed with prejudice.

Respectfully submitted,

**SPORT & HEALTH CLUBS, INC.**
**By Counsel**

Page 2

BEAN, KINNEY & KORMAN, P.C.

By: _[signature]_
      Leo S. Fisher (DC Bar No. 322065)
      Philip M. Keating (DC Bar No. 384726)
      2000 N. 14th Street, Suite 100
      Arlington, VA 22201
      (703) 525-4000
      (703) 525-2207 (facsimile)
      Counsel for Sport & Health Clubs, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Dismiss was mailed by first class mail, postage prepaid, to Ron Nichols, Plaintiff *pro se*, 1620 Fuller Street, N.W., Washington, DC 20009, on this 28th day of October, 2005.

_[signature]_
Philip M. Keating