UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RON NICHOLS | ) |
| Plaintiff | ) |
| v. | ) CASE NUMBER: 1:05CV01978 JR |
| SPORT & HEALTH CLUBS, INC. | ) |
| Defendant | ) |

### ORDER

Upon consideration of Defendant's Motion to Dismiss and Plaintiff's Opposition thereto;

NOW, THEREFORE, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED, and that Plaintiff's claim of negligent infliction of emotional distress be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATE: _____

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2000 NORTH FOURTEENTH STREET
ARLINGTON, VIRGINIA 22201