UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RON NICHOLS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1978 (JR) |
| | : | |
| SPORT & HEALTH CLUBS, INC., | : | |
| | : | |
| Defendant. | : | |

ORDER

Defendant moves to dismiss plaintiff's claim of negligent infliction of emotional distress. Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id*. at 509. Under the Court's local rules, "an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by **November 30, 2005**. If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and dismiss the claim.

JAMES ROBERTSON
United States District Judge