JR-05-1978 FRT 10-7-05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sport & Health, Inc.
   1800 Old Meadow Rd.
   Mclean, VA 22101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
   [illegible]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

   7004 1160 0001 9681 7317

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender. Please print your name, address, and ZIP+4 in this box •

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave
Room 1106-B
Washington, D.C. 20001

RECEIVED
OCT 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT