PRAECIPE

# United States District Court
## for the District of Columbia

the __2nd__ day of __December__ 19__2005__

Ron Nichols, pro se

vs.

Sport + Health Clubs Inc.

Civil / Criminal Action No. 1:05-CV-01978-JR

The Clerk of said Court will __note my address is
Ron Nichols, 1620 Fuller Street NW apt 402,
Washington, DC 20009__

__December 2, 2005__
Date

__Pro Se__
BAR IDENTIFICATION NO.

**RECEIVED**
DEC - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature: __Ron Nichols__

Print Name: __Ron Nichols__

Address: __1620 Fuller Street NW apt 402__

City/State/Zip: __Washington DC 20009__

Phone Number: __(202) 462-1980__

This copy sent to ☒

### CERTIFICATE OF SERVICE

I sent by first class mail this date an address refinement to Mr. Philip M. Keating, Bean, Kinney & Korman, PC by this copy. Defendant's address is 2000 North 14th Street, Arlington, VA 22201.

__Ron Nichols__ 12-2-05