UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RON NICHOLS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1978 (JR) |
| | : | |
| SPORT & HEALTH CLUBS, INC., | : | |
| | : | |
| Defendant. | : | |

MEMORANDUM AND ORDER

Defendant moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiff's claim of negligent infliction of emotional distress presented in this employment discrimination case. It asserts that plaintiff has not alleged that his emotional distress resulted from a physical injury or that defendant placed him in a zone of danger where he reasonably feared for his safety. *See Mackey v. U.S.*, 8 F.3d 826, 831 (D.C. Cir. 1993). In his opposition, plaintiff maintains only that he "sustained significant emotional harm" from defendant's alleged discriminatory acts. Opp. at 8. Accordingly, it is

ORDERED that defendant's motion to dismiss the claim of negligent infliction of emotional distress [# 5] is GRANTED; and it is

FURTHER ORDERED that the Clerk is directed to set an initial scheduling conference.


JAMES ROBERTSON
United States District Judge