UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RON NICHOLS  )  <br>   ) <br>    Plaintiff   ) <br>   ) <br> v.   ) <br>   ) <br> SPORT & HEALTH CLUBS, INC.   ) <br>   ) <br>    Defendant   ) | CASE NUMBER: 1:05CV01978 JR |

### PROPOSED DISCOVERY PLAN AND CONSENT ORDER

Pursuant to Fed. R. Civ. P. 16 and 26 and the Local Rules of this Court, the undersigned counsel for Defendant proposes this discovery plan and Consent Order.[1]

1. The parties stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

2. Plaintiff shall make his expert disclosures as required by Rule 26(a)(2) on or before April 28, 2006.

3. Defendant shall make its expert disclosures as required by Rule 26(a)(2) on or before May 30, 2006.

4. Plaintiff shall make his rebuttal expert disclosures as required by Rule 26(a)(2) by June 30, 2006.

5. The parties shall complete all fact and expert discovery by August 31, 2006.

6. The parties each shall be entitled to take five (5) non-party, non-expert depositions and propound 30 interrogatories.

---

[1] Counsel for Defendant has attempted to contact Plaintiff to discuss these matters, but has received no response.

Page 2

7. The parties agree that this case should not be assigned to a magistrate judge.

8. Dispositive motions shall be filed by October 13, 2006.

9. The parties reserve the right to modify the foregoing deadlines, subject to the Court's approval.

AGREED TO BY:

BEAN, KINNEY & KORMAN, P.C.

_____
Leo S. Fisher (DC Bar No. 322065)
Philip M. Keating (DC Bar No. 384726)
2000 North 14th Street, Suite 100
Arlington, Virginia 22201
Phone: 703/525-4000
Facsimile: 703/525-2207
*Counsel for Defendants Sport & Health Clubs, Inc.*


_____
Ron Nichols
1620 Fuller Street, N.W., Apt. 402
Washington, DC 20009
202/462-1980
*Plaintiff, pro se*


    **SO ORDERED** this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Page 3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed by first class mail, postage prepaid, on this 24th day of February, 2006 to:

Ron Nichols
1620 Fuller Street, N.W., Apt. 402
Washington, DC 20009
*Plaintiff, pro se*

Philip M. Keating