UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Ron Nichols_
Plaintiff

vs.                                Civil Action No. 05-1978 (JR)

_Sport & Health Clubs, Inc_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _First_ day of _March_, 20_06_, that _Ron Nichols, Plaintiff_ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _First_ day of _february_, 20_06_ in favor of _Defendant_ for said _Defendant's motion to dismiss claim of negligent infliction of emotional distress._

_____
~~Attorney or~~ Pro Se Litigant
_Ron Nichols_ pro se

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

RECEIVED
MAR 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.
**Defendant**
**SPORT & HEALTH CLUBS, INC.**         represented by **Philip Michael Keating**
BEAN, KINNEY & KORMAN, P.C.
2000 North 14th Street
Arlington, VA 22201
(703) 525-4000
Email: pkeating@beankinney.com
_ATTORNEY TO BE NOTICED_