UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ron Nichols, *pro se*  }
1620 Fuller Street NW  }
Washington, DC 20009   }
                       }   CASE NUMBER: 1:05CV01978 JR
      V.               }
Sport & Health Clubs, Inc.  }
1800 Old Meadow Road   }
Mc Lean, VA 22102      }
                       }

PLAINTIFF REQUESTS APPOINTMENT OF A CIVIL PRO BONO ATTORNEY UNDER LCvR 83. 11

1) Plaintiff comes before this Court to request appointment, under LCvR 83. 11, of a Civil Pro Bono Attorney for Plaintiff' representation. Plaintiff states the following based on personal knowledge and set forth facts: (a) Defendant has fired Plaintiff. (b) Plaintiff is indigent and proceeding in forma pauperis. (c) Plaintiff cannot obtain counsel by any other means. Plaintiff further avers that (d) the nature and complexity of this action along with interests of justice will be served by appointment of counsel to Plaintiff. Plaintiff requests Court appoint a Civil Pro Bono Counsel.

2) Plaintiff requests, this Court stay further proceedings in this matter until Pro Bono Counsel is approved in this matter, with said Counsel making appearance and taking place.

Respectfully submitted,

Signed/ _[signature]_ /Date 2-27-6
Ron Nichols, *pro se*

CERTIFICATE OF SERVICE

I hereby certifiy that Plaintiff faxed a true copy of the foregoing PLAINTIFF REQUESTS APPOINTMENT OF A CIVIL PRO BONO ATTORNEY UNDER LCvR 83. 11 to Leo S. Fisher (DC Bar No. 322065) Philip M. Keating (DC Bar No. 384726) 2000 N. 14th Street, Suite 100; Arlington, VA 22201; (703) 525-4000, (703) 525-2207 (facsimile), Counsel for Sport & Health Clubs, Inc. on this 27th day of February, 2006. _[signature]_ Date 2-27-6
Ron Nichols

RECEIVED

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ron Nichols, *pro se*      }
1620 Fuller Street NW      }
Washington, DC 20009       }
                           }      CASE NUMBER: 1:05CV01978 JR
         V.                }
Sport & Health Clubs, Inc. }
1800 Old Meadow Road       }
Mc Lean, VA 22102          }
                           }

## ORDERED

Plaintiff moves to request appointment, under LCvR 83. 11, of a Civil Pro Bono Attorney for this case; That, Court stay further proceedings in this matter until Pro Bono Counsel is approved, and appears in entrance and place.

ORDERED that Plaintiff having applied by affidavit for a Civil Pro Bono Attorney under LCvR 83. 11, Civil Pro Bono counsel is granted. ORDERED that these proceedings in this case be stayed until such time Pro Bono Counsel makes appearance and is in place.