UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ron Nichols, *pro se*  }
1620 Fuller Street NW  }
Washington, DC 20009  }
                      }   CASE NUMBER: 1:05CV01978 JR
   V.                 }
Sport & Health Clubs, Inc.  }
1800 Old Meadow Road  }
Mc Lean, VA 22102     }
                      }

PROPOSED DISCOVERY PLAN AND CONSENT ORDER

Pursuant to Fed. R. Civ. P. 16 and 26 and the Local Rules of this Court, *Pro Se* Plaiintiff proposes this discovery plan and Consent Order.

1) Plaintiff does not stipulate to dispense with his case by agreeing to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1). If Defendant wishes to unilatteraly forego the collection on his part of initial disclosures, Plaintiff does not object.

2) Plaiintiff shall make expert disclosures as required by Rule 26(a)(2) pending this Court's action regarding Plaintiff request for APPOINTMENT OF A CIVIL PRO BONO ATTORNEY UNDER LCvR 83. 11.

3) Defendant shall make its expert disclosures as required by Rule 26(a)(2) on or before thirty-one (31) days from those disclosures rendered by Court appointed Civil Pro Bono Counsel under LCvr 83. 11., pending schedule establihed by said Pro Bono Counsel.



RECEIVED

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2

4) Plaintiff shall make expert rebutal disclosures regarding Rule 26(a)(2) pending this Court's action regarding Plaintiff request for APPOINTMENT OF A CIVIL PRO BONO ATTORNEY UNDER LCvR 83. 11.

5) The parties shall complete all fact and expert discovery by mutually agreed upon dates per Court Appointed Civil Pro Bono Counsel under LCvR 83. 11.

6) Plaintiff opposes the taking of five (5) non-party, non-expert depositions. Plaintiff can't afford legal representation. How can Plaintifff pay for legal representation at five (5) depositions for each party in this case? Pending Court Appointed Civil Pro Bono Counsel under LCvR 83. 11, Plaintiff awaits Court Appointed Civil Pro Bono Counsel's decision on the propoundment of interrogatories.

7) May it please the Court, Plaintiff will pending advice of Court Appointed Civil Pro Bono Counsel decide further motions, requests, and/or considerations in this case.

8) Plaintiff has applied for Court Appointed Civil Pro Bono Counsel under LCvR 83. 11, which outcome will permit a realistic decision on Dispositive motions.

9) Pending approval of Court Appointed Civil Pro Bono Counsel under LCvR 83. 11, and the Court's approval in general, the parties reserve the right to modity the foregoing deadlines.

Respectfully submitted,

Signed/ _____ /Date 2-27-6
Ron Nichols, *pro se*

### CERTIFICATE OF SERVICE

I hereby certifiy that Plaintiff faxed a true copy of the foregoing PROPOSED DISCOVERY PLAN AND CONSENT ORDER to Leo S. Fisher (DC Bar No. 322065) Philip M. Keating (DC Bar No. 384726) 2000 N. 14th Street, Suite 100; Arlington, VA 22201; (703) 525-4000, (703) 525-2207 (facsimile), Counsel for Sport & Health Clubs, Inc. on this 27th day of February, 2006.

_____ /Date 2-27-6
Ron Nichols