UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RON NICHOLS** | ) |
| Plaintiff | ) |
| v. | ) CASE NUMBER: 1:05CV01978 JR |
| **SPORT & HEALTH CLUBS, INC.** | ) |
| Defendant | ) |

### ORDER

Upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's Opposition thereto;

NOW, THEREFORE, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment is GRANTED, and, that judgment be, and is hereby entered in favor of Defendant.

_____
UNITED STATES DISTRICT JUDGE

DATE: _____

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2000 NORTH FOURTEENTH STREET
ARLINGTON, VIRGINIA 22201