UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RON NICHOLS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1978 (JR) |
| SPORT & HEALTH CLUBS, INC., | : | |
| Defendant. | : | |

ORDER

Upon review of defendant's summary judgment motion, it is

**ORDERED** that plaintiff's motion for the appointment of counsel [Doc. # 15] is **GRANTED**; it is

**FURTHER ORDERED** that pursuant to LCvR 83.11, the Clerk shall appoint counsel from the Civil Pro Bono Panel to represent plaintiff in further proceedings; and it is

**FURTHER ORDERED** that the proceedings, including the deadline for plaintiff's opposition, are stayed until completion of the appointment process.

JAMES ROBERTSON
United States District Judge