IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RON NICHOLS,**

      **Plaintiff,**

  vs.                                         Civil Action No. 05-1978 (JR)

**SPORT & HEALTH CLUBS, INC.,**

      **Defendant.**

**NOTICE OF WITHDRAWAL**

To the Clerk of this Court:

    Please enter my withdrawal as counsel in this case for the Plaintiff, Moses Bell. Grounds for relief from appointment under subparagraph (b)(6)(i)(aa), (bb), or (cc) of Local Civil Rule 83.11 exist.

                                              Respectfully submitted,

Dated:   May 1, 2006

                                              By: /s/ Steven D. Tibbets_____

                                              Steven D. Tibbets (D.C. Bar # 495132)
                                              SQUIRE, SANDERS & DEMPSEY LLP
                                              1201 Pennsylvania Ave., N.W.
                                              Washington, D.C. 20044
                                              Telephone: (202) 626-6600
                                              Fax: (202) 626-6780
                                              E-mail: stibbets@ssd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of May, 2006, I electronically filed the foregoing with the Court and I have mailed by United States Postal Service the document to:

Ron Nichols
1620 Fuller Street, N.W.
Apt. 402
Washington, DC  20009

                                  /s/ Steven D. Tibbets
                                  Steven D. Tibbets