IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RON NICHOLS,

       Plaintiff,

vs.                                    Civil Action No. 05-1978 (JR)

SPORT & HEALTH CLUBS, INC.,

       Defendant.

**AMENDED NOTICE OF WITHDRAWAL**

To the Clerk of this Court:

      Please enter my withdrawal as counsel in this case for the Plaintiff, Ron Nichols. Grounds for relief from appointment under subparagraph (b)(6)(i)(aa), (bb), or (cc) of Local Civil Rule 83.11 exist. This Amended Notice of Withdrawal modifies a notice filed earlier on this date, which contained a typographical error.

                                        Respectfully submitted,

Dated:   May 1, 2006

                                        By: /s/ Steven D. Tibbets

                                        Steven D. Tibbets  (D.C. Bar # 495132)
                                        SQUIRE, SANDERS & DEMPSEY LLP
                                        1201 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20044
                                        Telephone: (202) 626-6600
                                        Fax: (202) 626-6780
                                        E-mail: stibbets@ssd.com

Case 1:05-cv-01978-JR    Document 22    Filed 05/01/2006    Page 2 of 2

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2006, I electronically filed the foregoing with the Court and I have mailed by United States Postal Service the document to:

Ron Nichols
1620 Fuller Street, N.W.
Apt. 402
Washington, DC 20009

/s/ Steven D. Tibbets
Steven D. Tibbets

- 2 -