**Bethesda Sport & Health**

**Memo**

**To:** File

**From:** Dan Burns

**Date:** 8/11/02

**Cc:** Pam Curran

**Re:** Summary of meeting with Ron Nichols

---

On Friday, August 9, 2002 Pam Curran, Dan Burns, and Ron Nichols met to discuss a transfer for Mr. Nichols to the Watergate Hotel club. The meeting came about after several recent service issues involving members and guests of the Hilton Hotel club and the calling of security. Specifically, Mr. Edwards, the hotel General Manager, asked Paul Bernado to remove Mr. Nichols following an incident with Mr. Chris Biliski. Mr. Nichols called hotel security to remove Mr. Biliski although Mr. Biliski had a 5-day pass to the facility. Ms. Curran had previously informed Mr. Nichols that hotel security was not to be called on members or guests of the club unless there is clear and immediate danger to those in the facility.

Mr. Nichols was offered a transfer to the Watergate club with the same pay and number of hours. We also offered him the ability to choose another club to be transferred to if there was one more convenient for him than the Watergate. He was told that he could have until Monday, August 12, 2002 to give us his answer. Mr. Nichols was informed at this time that his employment would be terminated if these service issues continued.

After Ms. Curran left, Mr. Nichols and I spoke about the possible transfer. He indicated that he was "shocked" at what had happened. In response to my inquiry as to why he was shocked, he informed me that he felt like the situation had been handled with "class". He had anticipated being fired and felt the offer of a transfer was "generous". At this time, he informed me that he would like to accept the transfer to the Watergate club.

Mr. Nichols and Ronnie Meyers, General Manager of the Watergate club have a meeting set up for Monday, August 12, 2002. This meeting will be to make to set up a work schedule for Mr. Nichols.



Plaintiff's Exhibit #1