| | |
|---|---|
| 3741.28 | 124.60 |
| 3 Social security wages 3980.10 | 4 Social security tax withheld 246.77 |
| 5 Medicare wages and tips 3980.10 | 6 Medicare tax withheld 57.71 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000237 70/IYS | 140300 | | A 2712 |

c Employer's name, address, and ZIP code

SPORT AND HEALTH INC
1953 GALLOWS RD
VIENNA VA 22182

| | |
|---|---|
| b Employer's FED ID number 52-1195516 | d Employee's SSA number [redacted] |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 238.82 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

e/f Employee's name, address and ZIP code

RON NICHOLS
1620 FULLER ST NW
APT 402
WASHINGTON,DC 20009

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| DC | 52-1195516 | 3741.28 |

| | |
|---|---|
| 17 State income tax 36.77 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Federal Filing Copy
**W-2** Wage and Tax Statement **2003** OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

| | |
|---|---|
| 1 Wages, tips, other comp. 3495.40 | 2 Federal income tax withheld 85.66 |
| 3 Social security wages 3718.51 | 4 Social security tax withheld 230.55 |
| 5 Medicare wages and tips 3718.51 | 6 Medicare tax withheld 53.92 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000237 70/IYS | 140300 | | A 2716 |

c Employer's name, address, and ZIP code

SPORT AND HEALTH INC
1953 GALLOWS RD
VIENNA VA 22182

Batch #01323

| | |
|---|---|
| b Employer's FED ID number 52-1195516 | d Employee's SSA number [redacted] |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 223.11 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

e/f Employee's name, address and ZIP code

RON NICHOLS
1620 FULLER ST NW
APT 402
WASHINGTON,DC 20009

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| DC | 52-1195516 | 3495.40 |

| | |
|---|---|
| 17 State income tax 12.68 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Safe, accurate, FAST! Use IRS e-file. Visit the IRS Web Site at www.irs.gov.

Employee Reference Copy
**W-2** Wage and Tax Statement **2004** OMB No. 1545-0008
Copy C for employee's records.

Plaintiff's Exhibit #3

5

TO: Paul Barnedo, Washington Hilton Sport & Health Club [S/ H] Manager

FROM: Ron Nichols, [S/ H] Manager On Duty [MOD]

DATE: August 12, 2002

It is my understanding on (8-9-02) from Ms. Pam Curran, Sr. Vice President, I should consider a *Bilateral Position* at the Watergate Hotel., but when Ms. Ronnie Myers, Watergate Manager, called me the evening of 9-09-02 on my job, Ms. Myers informed me that she had no *Bilateral Position* available.

Also, on 8-9-02, Dan Burns described to me a man Mr.Burns knew as a Mr. Bolinsky, that fits the description of a man representing himself on 7-12-02 to me and later Hotel security as Mr.A. Mendex. This man on 7-12-02 entered directly into S/H's men's room and begin using facilities without coming to FD. I asked if he were a member and he said yes, but gave no name. Mr. Mendex said he was not a Hotel guest. I had to ask him several times, when finally he gave me the name, A. Mendex, which he spelled out to me, A. M-e-n-d-e-x. I then went and checked our computer records and various folders on the desk of S/H Manager, Paul Barnedo. I could not find an A. Mendex. This Mr. Mendex disappeared and returned within 15 minutes with an Andrea Mendez a newly joined member, #803766, who had the appropriate S/H card. Then this man representing himself as Mr. A. mende(x) solicited a bribe from me to look the other way from this happening. I ignored his solicitation.

On 8-4-02, a party of 4 adults and 2 children arrived at the 19th Street entrance to S/H. One person presented a Tenley S/H membership card for entrance; all other parties were to enter as the guest of Tenley member, Ms. Nancy Polloff. Months in the past, our FD had allowed such outsiders to enter with the proviso, that we could not normally allow that non-Hilton party to sponsor their use of this club again. However, in the past month, Mr. Barnedo has posted a sign at the FD, that no exceptions could be made on non-Hilton S/H members being able to enter on an un sponsored basis. Please note this no exceptions' attachment herein.

Attachment: Above mentioned

8-7-02

RB

Plaintiff's Exhibit # 4

Guest Pass Punch Card:

Please present this card at the front desk.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|

A guest must be Accompanied by a Member, they must fill out our guest waiver every visit. Make sure to punch the pass each time.

One Day Guest Pass:

1-DAY ONLY

Sport & Health
*Guest Pass*
№ 46070

Guest Name
Date
must have
Expiration Date
Membership Director
Kiri Kirschner
Ron Nichols
Jesse Parkes

This must be signed ( by Paul, Kiri, Ron, or Jesse), it must have an Expiration date, and is for ONE day only. We keep each One day guest pass as they are presented.

Yellow Temporary Cards:

Sport & Health, Inc.
TEMPORARY CARD

Name
Mbr No. Temp
Activity
Expires must have
Club Hilton
Usage Days ALL
Times ALL
Paul, Kiri, Ron, Jesse
Issued By
Date

This should be laminated, signed ( by Paul, Kiri, Ron, or Jesse), and have an expiration date. We keep the yellow cards as they expire. If its' Thursday 6/26/02, and a card is presented to you with an expire date of 6/26/02, we keep the card after they check in.

Other Sport & Health Members: Do not have access to our Club.

Sport & Health Employees: Do not have access to our Club. NO EXCEPTIONS

...a Fairfax govern-...tor, said it won the ...p to $348 million ...ting and upgrading ...ps in the Navy's At-...mainly limited to the ...weapons and the ...and organize in-...e 10-year contract, ...e jobs against Ray-...business under its ...78 million. Anteon, ...ast year, saw profit ...million, in the first ...ore federal agencies ...ng computers. The ...sterday reflects the ...rts to bid on more ...$100 million, said ...elly. The company ...isions on 10 more ...than $100 million

...Engineering Associ-...an all-stock trans-...companies' boards. ...ased Argon will re-...tech stock for every ...areholders will own ...ned company. The ...lose in September.

# Watergate Residents Clash Over Co-Ops

WATERGATE, *From E1*

ings, was designed in the 1960s by Italian architect Luigi Moretti and sits next to the Kennedy Center. The 1972 break-in at Democratic National Committee headquarters in the Watergate led to President Richard M. Nixon's resignation.

Blackstone Real Estate Advisors LP, a New York-based investment group, bought the hotel in 1998 for $39 million from Japan's Nikko Securities. A year ago, Monument Realty made an offer to buy the hotel, contingent on zoning approval. But Monument backed out of the deal, saying the age of the hotel would make its conversion more costly than it had thought.

Last fall, Monument was back. It struck a new agreement with Blackstone for an undisclosed price. Darby said Lehman Brothers is a major investor in the deal, which is supposed to close in August.

The D.C. Zoning Commission gave tentative approval to the conversion on May 10. It is expected to vote on final approval next Monday. New luxury co-op units would range in price from $700,000 for a studio to $2.5 million for a penthouse with views of the Potomac River.

There is, however, a glitch. Space under the hotel—46,000 square feet now used for parking, meeting rooms and administrative offic... under the hotel, opponents of the conversion believe they can stop it. Darby has tried to buy it; he would like to use it to expand the parking garage so he can offer buyers of his fancy new co-ops two parking spaces per unit. He also wants to avoid Watergate East co-op approval for any other renovation he wants to make to the parking garage.

Monument offered Watergate East $4.25 million for the underground space.

Those who support the sale say the proceeds could be an important buffer against increases in co-op fees. Daniel F. Sheehan, the president of the Watergate East co-op board of directors, supports the sale. "A sale of this magnitude would guard against future increases of fees to the members," said Sheehan, who is retired from the U.S. Coast Guard and works as a consultant.

Opponents are holding firm. They say selling the space would speed the closing of the hotel.

"If you take the hotel, it will make the place dormant," said William S. Diedrich, a retired U.S. diplomat. "It's a decent place to go [and] have a $15 hamburger," he said of the bar lounge.

"There's no living like the Watergate living and you need the hotel here," said Evelyn V. Davis, an investor activist who has lived at the complex for two... ions in support of co-op neighbors. Neil C. Livingstone, president of Watergate South, where Domingo, Rice and the Doles live, said his building was initially against Monument's plan. But opinions changed after a hired consultant said it was unlikely that a high-end hotel could thrive in that location, said Livingstone, head of a crisis-management consulting firm.

On Jan. 22, a majority of the Watergate East co-op shares voted to approve the sale. But the co-op's 11-member board declared that Monument needed 75 percent of the votes to win.

The group supporting the sale, led by Wolf, filed a lawsuit in the Court of Chancery in Delaware. Monument paid the legal fees. In February, Judge William B. Chandler III ruled that the January vote was invalid because the co-op bylaws required only a simple majority for a resolution to pass. Another election was scheduled for April 12.

Both sides began campaigning, distributing fliers to residents.

One, in favor of the sale and written by William Wolf, listed the names and phone numbers of the "six antidemocratic and recalcitrant Directors" who opposed the Monument proposal. "Call them and insist on democracy. This is America, under the rule of law. It is not Afghanistan under the rule of the Tali... directly competing with our own apartments, depressing our market values, and turning us into the 'has-been' 'Old Watergate.' "

Domingo, general director of the Washington National Opera, wrote a letter to city zoning officials opposing the conversion. "The elimination of the Hotel would not only diminish the lifestyle of the residents, but would adversely affect the position of the Watergate Complex in the District as an acclaimed example of urban living," he wrote.

Opponents of the sale claimed that Rice was on their side. (In response to questions, her spokesman, Sean McCormack, left a message, saying with a laugh: "I don't think we're going to have anything on this one.") Both sides said they tried to lobby Ginsburg but couldn't pin her down. (A Supreme Court spokesman, Ed Turner, said, "The justice has decided to decline the request to comment.")

Leading up to the April election for the co-op's board of directors, Monument's supporters successfully backed two incumbents and a third, new candidate, tilting the board's majority in their favor.

On April 12, people swarmed into the hotel's Monticello Room. An estimated 94 percent of the eligible members voted.

The pro-Monument slate won by a slim majority. In addi...

Bruce B. Drury, a partner at the Bethesda-based accounting firm Watkins, Meegan, Drury & Co., audited the vote. According to a memo written by [illegible] mars Aghazadeh, the general manager of Watergate [illegible] Drury was soon bombar[ded] with phone calls from residents wanting to know how their neighbors had voted. The auditor told Aghazadeh that "as we speak, the paper proxies and votes are being shredded," according to the memo. Both sides agree that the ballots were shredded, but Wolf and Sheehan said they did not order it.

Drury declined to comment on the shredding.

"It's a mess," said Olonde[?], who lives in a co-op once owned by Nixon fundraiser Maurice H. Stans. "People are disgusted with it."

Diedrich and his supporters immediately began collecting signatures from residents [to ask] the board to hold another vo[te]. He got a receptionist to put le[t]ters he wrote into residents' mailboxes. He hung out in the lobby to corner people as they returned from work. He got enough signatures to schedule a new vote for tomorrow. Sheehan said that the vote is only advisory and that the ultimate decision will rest with the board, while opponents of the deal dispute that.

To make sure there are no accusations of ballot fraud this time, the board is paying the League of Women Voters $1,500 to $2,000 to monitor the [elec]tions, according to Sheehan. Darby said [illegible]

# Plaintiff's Exhibit 5

Hilton Sport & Health

# Memo

**To:** Dan Burns

**Cc:** Pam Curran

**From:** Paul Barnedo

**Date:** 08/09/02

**Re:** Hours for Ron Nichols

---

Ron Nichols works the following listed shift: His hourly rates are $7.75.

- Monday 5pm to 10pm (MOD, for Summer Season. Added Shfits ends Labor Day)
- Wednesday 5pm to 10pm (Front Desk)
- Friday 5pm to 10pm (MOD)
- Sunday 2pm to 10pm (Front Desk Shift Goes to 2pm to 8pm after Labor Day)

Thank you for your anticipated cooperation,

Paul Barnedo

Plaintiff's
Exhibit
# 6

*January 2001*

SPORT & HEALTH

# CONNECTION

A monthly newsletter to keep Sport & Health employees connected to each other and the company's mission.

## *Be the Best You Can Be*

From September through December, our members and staff had the opportunity to recognize employees that go "above and beyond" the call of duty in providing outstanding service and supporting the overall club efforts through the Above & Beyond Employee Recognition program.

During this period, each club received numerous comment cards recognizing our staff and at the end of the period the winners were selected (see list below).

All of the nominated employees demonstrated our core principles of operation:

1. Ownership and Accountability
2. Relentless Attention to Detail
3. Respect and Caring for the Individual
4. Sales Driven
5. Responsive to Customers
6. Extraordinary Service
7. Passionate about Health and Fitness

Congratulations to the winners and keep up the good work!

*—President and CEO Don Konz*

ABOVE & BEYOND
EMPLOYEE RECOGNITION PROGRAM

### Above & Beyond Winners

| | | |
|---|---|---|
| Annandale | Carlo Pizzaro | Front Desk |
| Annandale | Bob Converse | Group Exercise |
| Arlington | Dana Gramling | Fitness Director |
| Arlington Y | Pat Killion | Front Desk |
| Ballston | Eric Hooper | Fitness |
| Ballston | Tasneem Akhtar | Nursery |
| Bethesda | Yoothana Mumme | Aquatics |
| Bethesda | Sarah McKechnie | Group Exercise |
| X Crystal Park | Paul Barnedo | Dir. of Operations |
| Crystal Park | Carmen Oliva | Housekeeping |
| Hilton | Julia Pacheco | Housekeeping |
| X Hilton | Ron Nichols | Front Desk |
| Loudoun | Jeremy Payne | Fitness Director |
| Northwest | Aura Palacios | Front Desk |
| Northwest | Judy Abshire | Group Exercise Dir. |
| Old Town | Katie Kaiser | Fitness |
| Old Town | Gary Satterthwaite | Assistant Mgr. |
| Regency | Dean Trakis | Fitness |
| Regency | Herschel Elder | Sr. Assistant Mgr. |
| Rio | Lisa Platnik | Group Exercise |
| Rio | Doug Hill | Fitness |
| Rockville | Mel Goldstein | Front Desk |
| Rockville | Roger Drummey | Front Desk |
| Skyline | Chris Parker | Fitness |
| Skyline | Jackie Wright | Front Desk/MOD |
| Tenley | Irma Beltran | Housekeeping |
| Tenley | Dawn Byrne | Group Exercise |
| Tysons | Sherree Shiede | Front Desk |
| Tysons | Don Brazelton | Group Exercise |
| Watergate | Nani Sawarni | Front Desk/Admn. |
| Watergate | Liz Foo | Asst. Mgr./Grp Ex |
| Woodbridge | Angel Lambert | Assistant Mgr. |
| Woodbridge | Rick Cutting | Fitness |
| Worldgate | John Byrne | Fitness |
| Worldgate | Sandy Neuburg | Group Exercise |

**Fitness Equation Awards:**
**Club of the Year: Dale City**

| | |
|---|---|
| Charles Carter | Club of the Year GM |
| Alex Le | Club of the Year AM |
| Derek Benson | Club of the Year AM |

Fitness Consultant Contest

| | |
|---|---|
| Dale City – Alex Le | 1st Place |
| Fredericksburg – Julie Neatrour | 2nd Place |
| Fredericksburg – Dennis Overton | 3rd Place |
| Dale City – Derek Benson | 4th place |

**Fitness Equation Club Awards:**

Reston

| | |
|---|---|
| Erin Steiner | Employee of the Ye |
| Patricia Baer | Kid's |
| Sarah Vogel | Front |
| Andrea Rippe | Perso |

Dale City

| | |
|---|---|
| Judy Scanlon | Emplo |
| William Gorman | Front |
| Danielle Rizzo | Kid's |
| Susan Toomey | Group |

Plaintiff's Exhibit # 7

*It is our mission to "enroll individuals to be healthy and active for a lifetime by providing outstanding service and the finest in health, recreation and sporting facilities while growing profitably."*

Plaintiff's Exhibit # 8

# ABOVE & BEYOND

*Employee Recognition Program – 2000*

**Congratulations to Washington Hilton's Winner**

## RON NICHOLS

*In recognition of the outstanding service you provide to our members.*
*Thank you for going above and beyond the call of duty in contributing to the*

***Sport & Health Mission***

*of "enrolling individuals to be healthy and active for a lifetime by providing outstanding service and the finest in health, recreation and sporting facilities while growing profitably."*

SPORT & HEALTH Clubs