To: Paul Barnedo/Kiri Kirschner, Hilton Sport & Health Club [SH]
Managers
From: Ron Nichols, Front Desk [FD] *Rnicol*

Date: September 12, 2001        Subject: Front Desk Policy

I am concern that a letter has been drafted to a member, saying you have discussed a situation with me when no such discussion took place.

It was I who informed you on 8-29-01, that Cary Chavis requested you call him. According to S/H Tennis Court Rules and policy here at the Washington Hilton I charged Mr. Chavis on my shift for his court time with his visitor, both of whom were using our facilities. Mr. Chavis did not pay his court fee before going to the court to play tennis with his visitor, eventhough, Mr. Chavis arrived about eight minutes early before the start of his one hour court time. Mr. Chavis met another young male, who did not come into the Club nor sign in before going to our court to play. Cary's visitor instead trespassed around the back past the pool to gain entrance into the court and begin playing with Mr. Chavis. Apparantly also, Mr. Chavis' visitor transported Cary's brown and white dog to the court gate during his interlope. This is not the first time Mr. Chavis has tried to avoid payment on my shift. Paul, if you would have talk to me about the matter, I would have told you of the above events plus additional facts about Mr. Chavis. For example, in the week of 8-24-01, I had to request twice, pursuant to posted Hilton tennis court rules, that Mr. Chavis and his guest put their tops on to cover the upper portion of their bodies while playing on our court. As I remember I had to charge Cary once during that week for his visitor who did not sign in.

On 8-29-01, when Cary and his visitor finished their game, the latter did not come into the Club but left by returning past the pool by which he came as this visitor had done the week of 8-24-01. Mr. Chavis came into the Club bringing his dog. Chavis came walking through the gym to the FD saying he wanted to pay a court fee. Cary mentioned nothing about a guest or the visitor I had observed him with, as I informed him that court and guest fees of $14.00 had already been charged to him. I also reminded Mr. Chavis that it would probably be a good idea not to bring animals in the future to the gym. I informed Cary that I could not reverse the charges at that time because they had been processed into the CPU. I requested that Mr. Chavis in the future: 1) Please accompany to the FD any guests he featured to S/H; 2) have them to please sign in, and; 3) Pay all appropriate fees before using facilities. Mr. Chavis at that time asked to speak to the manager. Paul Barnedo was not availble then, but I said I would ask Paul to call Mr. Chavis when Paul returned. Cary left with his dog. When Paul returned, I asked Paul several times to call Mr. Chavis but to my knowledge Paul did not call Cary then, and Paul did not discuss further my request he call Mr. Chavis.

Days later following 8-29-01, a hand written note appeared at the FD authorizing a $14.00 refund for Mr. Chavis. If the $14.00 refund was based on Cary's tennis court/visitor fees collected on my shift, then Mr. Chavis is being rewarded for breaking the rules on several accounts, and it thus makes no sense to charge any one for use of the courts, or to require any one to sign in before using S/H & Hilton facilities. To treat all fairly do not charge fees, and if they grossly violate established rules, pay violators extra. What a business! *(This is not an isolated occurance. The non-payment of court and other fees at the FD has been occuring quite largely with the rapid turn over, and apparantly variable/inconsistant training of new people--as referenced in my memo dated 9-5-01.)* Because I collect whenever possible fees due S/H, and uphold The Rules, policy & procedures, I become a bad guy.

CC: Dan Burns, Regional GM, Bethesda Sport and Health Club Inc.

*certified mail Return Receipt #7000 0520 0022*


Plaintiff's
Exhibit
# 9a

September 7, 2001


2326 Ashmead PL.., NW
Washington, DC 20009

Dear Mr. Chavis

We at the Washington Hilton Sport and Health Club apologize for the incident that you informed us
about during the week of August 27 concerning Ron Nichols. We have discussed the issue with Ron
and have explained the procedure.

To help things run more smoothly in the future, please check in before your playing time. We thank you
for your patience in advance.

We value you as a member of our health club and do not wish to cause you any inconvenience. As
discussed, we have enclosed a court time pass for your next four tennis fees that you can give to the
front desk staff before your playing time.

Regards,



Paul Barnedo

Manager



Plaintiff's
Exhibit
# 9b



# ATTENTION ALL TENNIS MEMBERS:

All Tennis Members scheduled to play
tennis must check-in at the front desk
inside the health club to pay the
appropriate fees for the court and
their guest before entering the courts.

## NO EXCEPTIONS TO THE RULE!!!!!

## HAVE A GREAT GAME!!!

THANK YOU
MANAGEMENT





*a higher level of fitness*

1919 Connecticut Avenue, NW, Washington, D.C. 20009 • (202) 483-4100

# Tennis Court Rules

1. **CHECK-IN:** All members and their guests must check in at the reservation desk and pay applicable fees before beginning play. If playing partners do not check in, the member whose name the reservation was booked under will be charged the remaining court fees.

2. **RESERVATIONS:**

   a. Reservations are required for use of all courts including walk-on time. Walk-on time will not count against outstanding reservation time.

   b. A member may reserve court time up to one day in advance, beginning at 8:00 am with no more than two outstanding reservations in his or her name. *Exceptions for lessons*

   c. Reservations are limited to one hour for singles and two hours for doubles.

   d. Members must make their own reservations. A member may not reserve or cancel a court in another member's name, nor may a guest/non-member reserve a court in a member's name.

   e. Members reserving a court for singles must give both names when making the reservation. *The court time may be forfeited if both names have not been listed prior to court time.*

3. **NO SHOW POLICY:** If the reservation is not cancelled and the member does not check in at the front desk, a *No Show* fee of $10.00 plus the court fee will be charged.

4. **CANCELLATION POLICY:** Members will not be charged for reservations cancelled at least eight hours in advance. If a member cancels inside the eight hour limit the court fee will be charged unless the court time is resold. *Please note: Reservations before 9:00 am must be cancelled by 8:00 pm the evening before to avoid the court fee charge.*

5. **WAIT LIST:** The club will diligently maintain a list of those awaiting court time which may become available through cancellation. So please do not become a *no-show*. Be considerate by making that phone call to cancel, even if it is at the last minute. Remember, at some time you might be one of those on the wait-list.



Plaintiff's Exhibit #11

TO: Dan Burns, Sport and Health Club [S/H] Regional Manager
Bethesda [S/H], Bethesda, Maryland 20814

THROUGH: Paul Barnedo, Washington Hilton [S/ H] Manager

FROM: Ron Nichols, [S/ H] Front Desk [FD]

DATE: June 28, 2002

SUBJECT: CONTINUING REPRISAL/RETILIATION/HARASSMENT FOR HAVING
FILED A COMPLAINT OF DISCRIMMINATION

Brenda Bailey [Front Desk (FD) employee] punched out on time clock around 5PM, June
19th 2002.   However, Brenda continued to stay behind the FD as if she were in charge of
my work shift.  When I went to Mr. Barnedo to complain about the conflict Brenda was
causing with my work, Paul said, he did not want to hear about it.  Paul showed no
interest in the smooth progression of my work, but seemed to take joy in the
encumbrances Brenda placed on the performance of my job duties with Brenda still
occupying my work position.  The FD workspace in question is 30" X 5', 30" X 49".   A
chair, furthermore, is centered inside this maneuver space.  This is scant space for two
people of the same gender to maneuver in, much less people of different sexes.

Common sense, logic, and wholesome business practice can not justify a reasonable
business necessity for the above incident, other than the harassment of a person, who has
filed a Complaint of Discrimination against S/H, and has previously complained about
the harassing individuals involved.

During this incident which made me feel uncomfortable and lasted till nearly 6PM, I
continued to object to Paul about the interjection of Brenda into my workspace and her
interference with my work. Brenda can become high strung, defensive, and incoherently
loud (4-8-02, 5-6-02, 5-22-02) when excited.  Paul allowed Brenda to continue, as if to
provoke an argument between she and I and possibly much worst to set me up in a sexual
harassment issue [due to the close quarters in the workspace behind the FD].

Brenda had no need to stay behind in the limited space of the FD workstation after her
shift's end and my relief of her at 5PM.  I did not request her assistance, nor did I ask
Paul to ask Brenda to assist me in my work.  This action (I believe) on the parts of
Mr.Barnedo and Ms. Bailey is due partly to their reprisal for my memorandum (attached)
dated April 22, 2002, entitled "How Would You Like to Pay for That?"

I have constantly complained to Paul about Brenda's negatively impacting my work, e.g.,
by she not briefing me at shift hand over (4-24-02), not collecting fees (Witherspoons'
tennis charges-5-22-02), from not including enough small change (4-24-02, 5-5-02, 6-19-
02) in S/H bank to do night shift business.  Brenda works day shift when hotel resources
& S/H staff options are more accessible and flexible.  Brenda should be able by now to
recognize the night shift's need to have reasonable and proper change. **Often in the**



evening and weekends I must deal alone with what, a full S/H weekday crew shares together. There are no extra people or extra time to go get change for transactions, if I don't have change. I don't make a good impression on someone buying an item or paying for a service, when the buyer can't get the right change returned to them at purchase time. Since I have filed a Complaint of Discrimination against S/H, my superiors have done what they could to undermine the performance of my job and my general work status.

CC:   Ms. Aryan A. Rodriquez, Investigator
      Office of Human Rights
      441 4th Street NW#570N      CERTIFIED MAIL #7000 0520 0022 6723 4035
      Washington, DC 20001

      RE: Docket No:01-113-P (CN)
      Ron Nichols v. Sport & Health, Inc.

Attachment: Above Mentioned, "How Would You Like to Pay for That"



To: Paul Barnedo, Hilton Sport & Health Club [S/H]
    Manager

Date: Monday, April 22, 2002                                    Page 1/2

From: Ron Nichols, Manager on Duty [MOD] Notes

SUBJECT: "How Would You Like to Pay for That?"

It has come to my attention numerous times that this club now supplies services without collecting money in exchange for the goods/services provided to clients. The cancer referred to in my memo dated 8/23/01 and subsequent memos has not been cured, and may be incurable. One of the latest service give-away's occurred April 22, 2002, when Brenda Bailey, Front Desk[FD], reportedly arranged for a massage to be performed by masseuse, Donna Moore.

When the client appeared Brenda Bailey collected no money or any other form of payment, nor did Brenda prepare any paperwork as a record or any other means by which the gentleman non-payer could be identified or traced should there be a problem. No one even got a liability wavier signed by the gentleman non-payer. I am sure he was not asked for payment, because if he had been requested to render payment straight off and he refused, you would then know you had a problem, plus he would not get the massage ---RIGHT! This is not play this is business. From my experience working here, there is nothing to gain by foregoing payment, except loss of payment.

Logic dictates, that clients would expect to pay for services they schedule. Their feelings are not going to be hurt when you ask them for money. Risk should be minimized. Why juggle money when you don't have to, just to impress someone? When you instill the routine of not collecting payment-form up front, the habit of missed collections wins out. Tonight's (4/22/02) massage events are a harsh example of the fee collection problem here at the Washington Hilton S/H.

As recently as 4/8/02, I as MOD talked with Brenda about collecting payment-form up front, especially with court fees and massages. Massage therapy seems like hard work, which doesn't get easier when you massage someone for free.

Paul, I complained to you on 4/17/02 about Kiri Kirschner and Brenda not passing on information in the relief of my shifts. That evening, I had to call one of our members to ascertain what Kiri charged on his credit card, which charge, Kiri left for my shift totals. I further discovered that the credit card numbers Kiri wrote were incorrect and rectified that problem. This passing on of institutional information is of high import. One working his job needs information to perform that job, and in this case to make up for the shortcomings of others.

Plaintiff's Exhibit #12

Page 2/2

     Any one reading this memo must admit how amazing it is to walk into any business establishment, get a massage without paying for that service, and get away without a trace.

     Paul, I understand that when the gentleman non-payer appeared for his massage that, you and Brenda were in the vicinity of the FD, and both in earshot of the transaction. At that time, the opportunity for the perpetrator to pay was tossed off. At the start of my shift neither you nor Brenda informed/brief me of any circumstances concerning FD activities.

     FD folks involved in massage requests could exercise more diligence in record keeping. Sunday 4/20/02, Shaunte McKissick, a standby masseuse called me to ask about a massage request left on her voice mail. I went through the massage book and looked at materials at the FD, and saw no record of any massage or proposed massage. Often, FD people when they write requests don't leave their name as schedulers. If there's a problem and someone must be called to resolve that situation, there may not be enough information at the FD.

     Paul, I read the wonderful writing materials you've put at the FD and on the wall about pre-payment for services. Apparently, your message is not believed or enforced. Why are so many people working FD here, afraid of asking directly for money/payment due?

CC:    Ms. Pam Curran, Sport & Health Sr. Vice President
       1800 Old Meadow Road, Unit H
       McLean, Virginia 22102

       Mr. Dan Burns, Regional GM, Bethesda Sport & Health Club, Inc.
       Bethesda, Maryland 20814   CERTIFIED MAIL #7099 3400 0002 0310 7629



C. Standards for a Manager on Duty shift

1. There is appropriate staffing for each departmental shift.

2. All staff are in proper uniform.

3. Each department is visited at least twice (may vary from club to club). Staff is asked how things are going and what support they need. Requests and problems are followed up immediately.

4. Club rounds are made constantly to observe staff satisfaction and provide support. MOD intervenes immediately to relieve busy times and handle problems.

5. Front desk is informed of MOD activities and/or location in club so that immediate contact is made.

6. Any observance of poor appearance, attitude or service is confronted and changed immediately.

7. MOD is the role model for service and efficiency. Club rounds are made constantly to observe MEMBER satisfaction and provide service. MEMBERS are greeted and asked, "how are things going". Requests and problems are followed up immediately.

8. All MEMBER problems or complaints are handled personally. When necessary, complete and proper documentation is immediately forwarded to management and/or staff.

9. Club meets standards of walk through inspection.

10. All equipment is working or properly labeled with laminated sign and repair date noted. (The repair date on the sign signifies the date the equipment will be operating at opening on that date. I.e. A repair sign reading April 15th means the equipment will be operating at opening on April 15th.)

11. There is correct and appropriate signage throughout the club. Signs are professional, up-to-date and visible.

12. All operational breakdowns are investigated immediately. Action is taken to ensure quick resolve of the problem. Proper documentation is distributed to the appropriate staff.

13. All checklists, logs, register reports and daily reconciliation's, etc. are completed and initialed.

Plaintiff's Exhibit # 13

# DUTIES AND RESPONSIBILITIES

**JOB TITLE:**  Front Desk Staff Member

**JOB SUMMARY:**
-Greets members and guests, check them into the club in an efficient manner, and collects and records fees.
-Welcomes prospective members to the club.
-Creates a friendly, positive atmosphere at the desk to build member retention.

**REPORTS TO:**  Manager on Duty and Club Manager

**DUTIES AND RESPONSIBILITIES:**

1. Greets members and their guests in a cheerful manner and efficiently checks them into the club.

2. Directs prospective members to membership director.

3. Answer telephone and directs calls to the appropriate staff members.

4. Manages the court reservation sheets and waiting list; records reservations and cancellations.

5. Collects and records appropriate fees.

6. Operates the computer in order to check in members and record transactions.

7. Accounts for all monies collected and reconciles all transactions at the end of a shift.

8. Controls the flow of people traffic into the club.

9. Opens and/or closes the club.

10. Controls pro shop inventory and merchandise sales.

11. Works closely with other staff members to promote the club and keep it running smoothly.

12. Keeps informed of and promotes club programs.





7-2297

# HILTON FRONT DESK OPERATIONS

These are general policies for the Washington Hilton Sport & Health Club. The operations of this club may vary from other Sport & Health Clubs due to the involvement with the hotel and other membership policies.

** Only Hilton Club members have daily access to this club with proper I.D. presented. All other Sport & Health club members should be aware and when asked, you should mention that this is a separate membership and if interested, we could give that person membership information.

** Hotel Charges
- After greeting guest, have the person sign in at the desk while you complete the misc. charge slip. Have the guest sign the slip and make sure you verify that persons name & room number before entering the transaction into the club computer.
- Once it has been put onto the computer, you must type "okay" to clear the screen.
- There will always be a "balance due" for hotel charges because payment was not made, the hotel will post the charge at night!!
- Hilton Honors program refers to Gold, silver, Preferential, Diamond, and senior members to receive free club access. This should be noted in the computer and indicate HH on the sign-in sheet

** Club Services
- Any service provided by the club (Massage, Personal Training, swimming lessons, Tennis lessons) an extra receipt should be set aside for the instructor after it has been put in the computer. The instructor needs this receipt to get paid! Please be sure to keep one for the instructor.

** Club Logbook
- Please check the logbook daily during your shift for messages from other staff, managers, and important messages. Leave any important messages or questions for other staff / management.

** VCR
- Please make sure you are aware of the VCR tape and the proper setting to record. There have been incidents in the past where thefts have occurred, and this may be a tool to prevent these incidents! Keep your eye on the tapes and rotate when needed.

** Please notify management when change or coins are needed for the desk cash drawer. There should always be loose change available.


Plaintiff's Exhibit #15

** Membership Information
    - For several different reasons, front desk staff should not
give out price information or termination information when asked.
The club membership director or manager should get all incoming
phone calls or a name and phone number to return the call.
    - **Membership calls and walk-ins are very important leads for the
club, and we need to make sure these are accounted for properly.**
    - When someone walks-in for club information, please ask the
person to fill out their local information and sign the bottom of
the **waiver form**, and someone will show them through the club.
( find the membership director or the M.O.D. while they sign-in!)
    - If no one is present to show them through the club, explain
the facilities in the locker rooms and let the person show
themselves through the fitness center and outside areas if desired.
Inform the person that we will follow up with a phone call or to
call for price information at another time. **Do not let people go
through locker rooms by themselves - prevent thefts etc.**
    - For termination questions, membership director or club
manager will need to speak to this person. Get a name and phone
number for follow up!


** Employees receive a 25% discount on merchandise in our pro-shop
area, try to indicate discount when you put through computer
( Em shirt ) as an example.
    - **please have people try on items before buying and explain that
there are no returns.** Leave any question or request in Marty's
pro-shop folder located under the desk. He comes in once-a-week to
restock the merchandise.

** Please do not make personal phone calls at desk area. If you
need to make a local call, try to do this during a break. You
cannot properly greet members and guests when you are involved in
personal conversations.

** Please do not eat in the desk area. If possible, club managers
will cover the desk staff during breaks.

** Make sure you have a staff phone list. You are responsible for
your shifts coverage. If you need to switch or get coverage,
notify manager in advance, and try to make arrangements with other
staff members. Inform the manager of any changes and record them
on the front desk schedule.


Plaintiff's
Exhibit
# 15

3

# WANTED
# MONTGOMERY
# COUNTY POLICE



## ROBERT BROCKINGTON
### AKA:  ROOSEVELT BROCKINGTON
### 5/10,  200 lbs, BLACK HAIR, BROWN EYES
### DOB: 07-28-1975

### THEFT UNDER $500
### MALICIOUS DESTRUCTION OF PROPERTY

## SUBJECT IS KNOWN TO FREQUENT FITNESS
## CLUBS WHERE HE STEALS FROM CLIENTS
## LOCKERS

## IF LOCATED CALL 301 279-8000
### INVESTIGATOR: M. THOMAS/BETHESDA DISTRICT
### 301 657-0112

*Above subject is also wanted in FAIRFAX COUNTY, VA
for THEFT – 703 385-7924



Plaintiff's
Exhibit
#16

TO: Paul Barnedo, Washington Hilton Sport & Health Club [S/ H] Manager

FROM: Ron Nichols, [S/ H] Manager On Duty [MOD]

DATE: May 27, 2002

SUBJECT: IMPERSONATION & ATTEMPTED THEFT OF SERVICE INCIDENT

Tonight at 8:10PM, a tall (approximately 6') white skinny man in his 20's came into the Club at the 19ᵗʰ Street enterance.  He flashed a new [white, blue, & red] style S/H Club card.  He had brown hair, a mustcahe and wore a black and white checker patterned shirt, with a baseball cap turned backwards.

This young man was unfamilar to me, and appeared to be in a hurry.  He said he just wanted to get his keys. I asked to see his card, which was blank on the barcode side, though the card had a barcode sticker.  I ran the card through the scanner, nothing.  I typed in the given barcode #429452, nothing.  I then confiscated the card, picked up the telephone, and called Hotel Security.  The person said he was going to get his other card, and left through the 19ᵗʰ Street enterance.   Jesse Parks, fellow employee was coming into FD area, and at my request went to the 19ᵗʰ Street door.   Jesse said he saw the subject riding away in a hurry on a bicycle down 19ᵗʰ Street, and crossing Florida Avenue.


Attachment: Above Mentioned Confiscated S/H Card



Plaintiff's Exhibit #17

**Hilton Sport & Health**

# Memo

**To:**   Front Desk Staff

**From:** Paul Barnedo

**Date:** 07/19/02

**Re:**   Complementary Memberships

---

The following people have complementary memberships with the Hilton. Until they are officially set up with their memberships, please let any of them use the club. They would have to pay for anything else in the club. The only thing free is their membership. Have them sign our member guest waiver. If they have a guest that is not on this list, the guest must pay our $10 guest fee.

1. Cardinal Theodore McCarrick, Archbishop of Washington

2. Bishop Kevin Farrell

3. Bishop Francisco Gonzalez

4. Fr. Augustin Mateo

5. Fr. Jesus Gomez, OFM

6. Fr. Bill Gurnee

7. Fr. Edward J Filardi

Thank you for your anticipated cooperation,

Paul Barnedo

● Page 1


Plaintiff's Exhibit #18

## Guest Pass Punch Card:



A guest must be
Accompanied by a
Member, they must fill out
our guest waiver
every visit.  Make sure to
punch the pass each time.

## One Day Guest Pass:



This must be signed ( by Paul,
Kiri, Ron, or Jesse), it must
have an Expiration date, and is
for ONE day only.  We keep
each One day guest pass as they
are presented.

## Yellow Temporary Cards:



This should be laminated, signed
( by Paul, Kiri, Ron, or Jesse),
and have an expiration date.
We keep the yellow cards as
they expire.  If its' Thursday
6/26/02, and a card is presented
to you with an expire date of
6/26/02, we keep the card after
they check in.

Other Sport & Health Members:    Do not have access to our Club.

Sport & Health Employees:        Do not have access to our Club.
                                 NO EXCEPTIONS



Plaintiff's
Exhibit
# 19



# Hilton
### Washington & Towers

# Memo

**To:**    Carlos Dellamea - Sport & Health Club

**Cc:**    Nichole Dorsey  - Front Office
          Kevin Batters    - Executive Office

**From:**  Cheryl Haydel    - Meetings & Conventions

**Date:**  6/8/01

**Re:**    VVIP Group - Wyeth-Ayerst Research

_____

Please note that over the dates of Sunday, June 10 through Wednesday, June 13, the Hilton Washington will be hosting the Wyeth-Ayerst Conference. This group is a VVIP group.

Please note that as per the Executive Office, all guests with the Wyeth-Ayerst Group will receive complimentary usage of the Health Club.

Please find attached a rooming list reflecting all guests currently registered for the above-mentioned Conference. Guests will be provided with a flyer upon check in informing them of the complimentary usage of the Sport & Health Club.

Please advise your team members accordingly.

Thank you in advance for your assistance in making this a positive experience for the Wyeth Group, as well as the Hotel.

Please feel free to contact me with any questions or concerns.

Thank you,

Cheryl Haydel
Ext. 3273

