**Meetings & Convention Services**

# Memorandum

**To:** Sports and Health Mgmt & Staff

**From:** Jeffrey G. Chirinos, Assistant Director of Meetings and Conventions

**CC:** Jennifer Roberts, Sales Manager

**Date:** 07/19/02

**Re:** Complimentary Sports and Health Usage for the MERCK Group

---

Please grant Complimentary Entry and usage of the Sports and Health Facility to the following VIPs with MERCK & Co. Conference held here from 7/19 through 7/25:

| | | |
|---|---|---|
| Carolyn Ridgway | Mike Kappel | Joe Blum |
| Chip Meyer | Marna Kinney, VIP | Kathy Hill, VVIP |
| Abbie Proctor, VVIP | Jennifer Reptsik | Kim Alfonso |
| Brian Hallock | Paul Howes, VVIP | |

Please feel free to contact me at Ext. 5773 if you have any questions on the above. Otherwise I thank you in advance for your immediate attention on the matter.

Jeffrey G. Chirinos

● Page 1



Plaintiff's Exhibit #21

To: Paul Barnedo, Hilton Sport & Health Club [S/H] Manager

From: Ron Nichols, Front Desk [FD]

Date: November 25, 2001 {7:25PM}

Subject: Times When We Earn Our Pay

    If possible could you please remind new FD folks that occasionally Hilton Honor guests are not clear about what fees, if any, these guests must pay to use S/H. Tonight, two such guests, Mr. D. Atkins and Ms. E. Ferris, in room C333 insisted that Mr. Atkins' Platinum Airline Card raised their regular Hilton Honors status to a Gold or Diamond level.

    My retort to them was I must charge the guest if the Hilton CPU screen doesn't show Gold/Diamond or another written "no charge" level. First, I let Ms. Ferris know she'd have to pay to use the Club. Ms. Ferris said her husband was Mr. Atkins, who had the above Airline Card, and that they both were going to stay at the Hotel the whole week. I told Ms. Ferris that, she should speak to the Hilton FD Manager about her situation. If possible, Hilton would clarify/remove the charge, but at the S/H FD, I could do nothing. Ms. Ferris signed for the charge.

    I do the above guest referral to the Hotel because, some guests will try to get the S/H FD employee not to list the charge. This only makes it more difficult for the next FD person. Usually these guests are not entitled to free use of the Gym. Later, Mr. Atkins came down to the Club and gave the same story as Ms. Ferris. I said the same to him as I had to Ms. Ferris, and gave him the telephone number to call Hilton FD. Mr. Atkins was not satisfied with the answer he got from Hilton FD employee and eventually went up to see Mr. Joe Clement, HH FD Manager, who advised Mr. Atkins as we all had done.

    Both Ms. Ferris and Mr. Atkins told me that an earlier S/H employee had advised them they would not be charged to use the Gym. This encounter took almost twenty minutes to resolve. Believe it or not this all happened with a smile, but because I was working on a walk-in membership sale, when room C333 first came to S/H, I had to abandon the sale to deal with these two Hilton guests. That's my job, but I missed the sale.



Plaintiff's Exhibit #22

**Hilton Sport & Health**

# Memo

**To:** Jesse Parkes

**From:** Paul Barnedo

**Date:** 06/21/02

**Re:** Saturday 6/22/02 Updates

---

1. Melissa Winter and friends come in and sign up at 10am.   $200 Initiation Fee, and last months dues for all 3 people (Melissa, and a couple)

2. Room Service at 10:30am, you can sign.

3. Martha will set up bottled water around 10:30am, which is underneath Kiri's desk.

4. Shakia will close the front desk from 4pm-10pm.

5.



Plaintiff's Exhibit #23

● Page 1

To: Carlo/Kiri, Front Desk

From: Ron, Front Desk [FD]

Date: July 22, 2001

Subject: Miscellaneous Children Enter Rear Gym Door

    Please be vigilant toward the rear gym entrance, because there are a number of children in the Hotel moving around unsupervised.

    About 8:55PM Sunday night 7-22-01, three such children (2 males and 1 female about 8 years of age) entered through the rear door and got on the two rear treadmills, turning the equipment on high speed, one boy on one treadmill and a boy and girl together on the other unit.

    When I came to request they turn off the units and disembark, one boy fell while trying to jump off his treadmill before turning off its power. He was not hurt, but they all ran out the club door.


Plaintiff's Exhibit # 24

To: Paul Barnedo, Hilton Sport & Health Club [S/H]
    Manager

Date: Monday, April 22, 2002                                              Page 1/2

From: Ron Nichols, Manager on Duty [MOD] Notes

SUBJECT: "How Would You Like to Pay for That?"

    It has come to my attention numerous times that this club now supplies services without collecting money in exchange for the goods/services provided to clients. The cancer referred to in my memo dated 8/23/01 and subsequent memos has not been cured, and may be incurable. One of the latest service give-away's occurred April 22, 2002, when Brenda Bailey, Front Desk[FD], reportedly arranged for a massage to be performed by masseuse, Donna Moore.

    When the client appeared Brenda Bailey collected no money or any other form of payment, nor did Brenda prepare any paperwork as a record or any other means by which the gentleman non-payer could be identified or traced should there be a problem. No one even got a liability wavier signed by the gentleman non-payer. I am sure he was not asked for payment, because if he had been requested to render payment straight off and he refused, <u>you would then know you had a problem</u>, plus <u>he would not get the massage</u> —RIGHT! This is not play this is business. From my experience working here, there is nothing to gain by foregoing payment, except loss of payment.

    Logic dictates, that clients would expect to pay for services they schedule. Their feelings are not going to be hurt when you ask them for money. <u>Risk should be minimized</u>. Why juggle money when you don't have to, just to impress someone? When you instill the routine of not collecting payment-form up front, the habit of missed collections wins out. Tonight's (4/22/02) massage events are a harsh example of the fee collection problem here at the Washington Hilton S/H.

    As recently as 4/8/02, I as MOD talked with Brenda about collecting payment-form up front, especially with court fees and massages. Massage therapy seems like hard work, which doesn't get easier when you massage someone for free.

    Paul, I complained to you on 4/17/02 about Kiri Kirschner and Brenda not passing on information in the relief of my shifts. That evening, <u>I had to call</u> one of our members to ascertain what Kiri charged on his credit card, which charge, Kiri left for my shift totals. I further discovered that the credit card numbers Kiri wrote were incorrect and rectified that problem. This passing on of institutional information is of high import. One working his job needs information to perform that job, and in this case to make up for the shortcomings of others.

Plaintiff's Exhibit #25

Any one reading this memo must admit how amazing it is to walk into any business establishment, get a massage without paying for that service, and get away without a trace.

Paul, I understand that when the gentleman non-payer appeared for his massage that, you and Brenda were in the vicinity of the FD, and both in earshot of the transaction. At that time, <u>the opportunity for the perpetrator to pay was tossed off</u>. At the start of my shift neither you nor Brenda informed/brief me of any circumstances concerning FD activities.

FD folks involved in massage requests could exercise more diligence in record keeping. Sunday 4/20/02, Shaunte McKissick, a standby masseuse called me to ask about a massage request left on her voice mail. I went through the massage book and looked at materials at the FD, and saw no record of any massage or proposed massage. Often, FD people when they write requests don't leave their name as schedulers. If there's a problem and someone must be called to resolve that situation, there may not be enough information at the FD.

Paul, I read the wonderful writing materials you've put at the FD and on the wall about pre-payment for services. Apparently, your message is not believed or enforced. Why are so many people working FD here, afraid of asking directly for money/payment due?

CC:    Ms. Pam Curran, Sport & Health Sr. Vice President
1800 Old Meadow Road, Unit H
McLean, Virginia 22102

Mr. Dan Burns, Regional GM, Bethesda Sport & Health Club, Inc.
Bethesda, Maryland 20814   CERTIFIED MAIL #7099 3400 0002 0310 7629

Date: Monday, April 15, 2002

From: Ron Nichols, Manager on Duty [MOD]

Subject: March 22, 2002 incident with S/H Intruder

    On 13 April 2002, I saw a TV program called, "America's Most Wanted." One suspect featured went by the nickname "Gee," a.k.a. Garfield Brown. A man who signed into S/H about 7:45PM, on 22 March 2002 bore a resemblance to this "Gee." This man told me he was a Hotel guest registered in room 2100 as Mr. J. Hill. I attach my handwritten note to you on this incident. Malcolm Norman worked FD during this incident.

    Since Mr. Hill exited through the S/H Hotel hallway entrance there may be camera footage on him. The telephone number given for "America's Most Wanted" is 1-800 CRIMETV.

Attachment: Above Mentioned


Plaintiff's Exhibit #26

TO: Paul Barnes   8:00 PM

A large man about 240 lbs medium brown in color 6 ft 2" tall entered club thru 19th Street entrance. He signaled in on Hilton Hotel Pad to S. Hill. This Mr. Hill went into mens room not looking like any of our members or Hotel guests in a rough manner. I checked with Hilton front desk, not a Hilton guest so S. Hill in room 3100 or any other room.

When client into man's room to urinate get further, the intruder began questioning, asking why's, me etc. Then street clothes + left club thru hotel entrance saying he also going Hilton FD.

I went to Hotel security who had Mr. Jordan come to club + He + me + Malcom + Mr FD Mr Jordan asked about the intruders manner + appearance.

Ron Nickels
Incident - 3-22-02

Plaintiff's Exhibit #26

TO: Paul Barnedo, Washington Hilton Sport & Health Club [S/ H] Manager

FROM: Ron Nichols, [S/ H] Manager On Duty [MOD]

DATE: June 26, 2002

SUBJECT: ATTEMPTED THEFT OF SERVICE INCIDENTS

    The man I brought to your attention on 3-22-02 as attempted sneak in and possible "America's Most Wanted "suspect is back. He came in through the 19th entrance Saturday June 15, 2002 about 7PM. First, he tried to claim being a member. Then said he was a guest of hotel. He used the name of Richard Jones. He then tried to say he was associated with another hotel guest, a Mr. R. Jackson. I found none of these associations in S/H or Hilton CPU's. He finally turned and went out the 19th Street from whence he came. Ali Mohammed (Housekeeping) was near FD and witnessed this incident. About 15 minutes later, he returned through the Hilton hallway door, and started directly into the men's room. I again told him he could not use the club because he was not a club member or a guest of the hotel. He turned around and left through the Hotel entrance.

    On June 17th, 2002 about 7PM, a white man with dark brown hair in his 30's came into the Club from the Hilton hallway entrance, and went directly into the men's room. I waited 4 minutes and went into men's room to apprise the situation. This man had a locker open and was pretending to take off his shirt. I asked him if he were staying in the hotel. He said, yes. I then directed him to the S/H [Front Desk] FD to sign in. He became hesitant about going to sign in. I insisted. I followed, and since we had a new trainee at the FD, Shakia CarMichael, I assisted in verifying his information. He gave several names and room numbers, none of which were a match in the Hilton computer. I then asked for a picture ID. He presented a Virginia driver's license in the name of Power-?-Russel. I called Hotel Security to ask them to come up to S/H. Security did not respond. Later, Security would act as if I had incorrectly contacted them. With no response from Security, I asked the intruder, who claimed Hilton guest status, to come with me to Security.

    When we reached the Hilton Security Office, one flight below, Desk Security Officer Hajib went through the same questions I had asked previously, and determined this man not to be a Hotel guest. <u>Paul, some procedure needs to be worked out to deal with folks like the above described, because I am increasingly intercepting some scary folks</u> who are entering the premise by fraud and may have the potential for who knows what. Some procedure, especially during evening shifts with only a skeletal S/H staff present, (compared to when all the S/H are staff present during the day). Thefts seem to be on the rise. Members and legitimate guests may be feeling uncomfortable because of the increase in the above incidents. I am feeling uncomfortable, because these intruders are in the age range where they may not deal well with being caught. They may become capricious and even volatile in their behavior. This unauthorized entry is not [limited to] males. I have intercepted a number of females as well entering without auth[orization]

Plaintiff's Exhibit #27