TO: Ronnie Meyers/Elena Solis, Watergate [WG] Sport and Health [SH] Club Managers
FROM: Ron Nichols, Front Desk Reception [FD]
SUBJECT: Entrance to WG/SH after Weekday/ on Weekend Hours

DATE: January 30, 2003—Stephen M.

On 1-29-03, a white male in his 30's, 6 foot, weighing approximately 195 lbs., *wearing a ¾ winter coat and pulling a travel suit case*, entered S/ H without passing entrance validation criteria, i.e., being a guest of the WG or a WG/SH member. Who he is exactly is not clear. The best spelling I'm able to decipher from the sign in roster is Stephen Moahewicz, or Monhewicz. I couldn't even get a definite spelling on this individual's name from the use of his Master Card (MC), because no name appeared on his credit card read out (Attachment). I further checked records at my disposal to find that, a Steve called at 6:10PM (Attachment) with the same telephone number as the later Stephen M.

At 7:20PM Stephen M. arrived requesting entrance into Club. I asked and verified that Stephen was not a WG Hotel guest, nor a WG/SH member, and that he was not traceable by any records/documentation accessible to this FD.

In accordance with information available to me, I told Stephen I couldn't let him into Club. At this point Stephen changed his demeanor and said forcefully, I should let him in. I again said no, and stated the entrance criteria again, adding that he could come back the next business day or call when SH management was available. Stephen seemed unsatisfied with the options I presented to him. Stephen then got personal, saying, "You're pathetic!" Stephen continued to harangue me for not letting him in to use the Club. As Stephen became louder and more threatening, I picked up the telephone and called WG Security at X7270 and got no answer. I also called Elena Solis's two numbers and left a cell-phone message. Elena later returned my call. Stephen turned to leave, but continued to throw insults at me as he waited for the elevator. Ronie, I'm sure you can see one of the patterns here, whenever the FD says no to entrance based on what is suppose to be correct validation procedure, the FD becomes a bad guy, and receives undeserved abuse.

Stephen returned with a Middle Eastern/Mediterranean looking man dressed in a suit. This man whom I did not know, said he was the Hotel Manager. When I asked him for some identification, he gave me a card (Attachment) with the name Alberto Ramirez de Arellano, General Manager Watergate Hotel. I took this card and accepted his direction. Mr. Arellano allowed Stephen entrance to use Club for $12. The entrance fee for a person authorized to use facilities who is not guest of WG or *Double* Tree Hotel or with a Club member escort is $20. Mr. Ramirez after assuring Stephen's entrance then asked Stephen for some form of identification. Around 8:50PM, WG Security, Sharon Evans came down to SH FD, made copies of Stephen M.'s sign in guest form and his MC generated receipt.

WG/SH resides in a sensitive location frequented by political/diplomatic and other prominent people. Based on the above events, its plausible that a person or persons or anyone from the street operating like the above bent on doing no good, harm, or assassination might seek to gain entrance to club by deceit/intimidation. Once inside that party would be free to commit such acts. Stephen quit club @ 9:30PM.

Attachments: Above Indicated    CORRECTED COPY with *ITALICIZED* ADDITIONS



Plaintiff's Exhibit 28

# Sport& Health Clubs
## CLUB GUEST WAIVER

Waiver # 097

Name: Stephen Moahewicz  Date: 1/28/03  Visit: 2

Street: 452 6-e hlen 6tk Avenue  Phone(H): 4/15 722.2767  Phone(W):

City/State/Zip: SF, CA 94901  Email: [illegible]

Guest of:  Company Name: W.I.G.SA

How did you hear about the club? (Check all that apply.) ☐ Radio ☐ Television ☐ Direct mail ☐ Signage ☐ Flyer ☐ Newspaper ☐ Member referral ☐ Yellow pages ☐ Company ☐ Internet

Primary area of interest: ☐ Racquet sports ☐ Fitness ☐ Group exercise ☒ Other _pool_

I accept full responsibility for my use of any and all apparatus, appliances, facility privilege or service whatsoever owned and operated by this Club at my own risk and shall hold this Club, its shareholders, directors, officers, employees, representatives and agents harmless from any and all loss, claim, injury, damage or liability sustained or incurred by me resulting therefrom.

Signature: _[signature]_

---

Sport and Health Nat.
2650 Virginia Avenue
Washington DC 20037

BATCH: 482
S-A-L-E-S D-R-A-F-T
74571565
3293524235608

REF: 0614
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
INV:
DATE: JAN.29, 03  19:34:20

TOTAL                    $12.00

ACCT: 5334730862640919   EXP: 03/10
AP: 226968

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER.

THANK YOU

TOP COPY-MERCHANT    BOTTOM COPY-CUSTOMER

---

THE WATERGATE HOTEL
WASHINGTON

Alberto Ramirez de Arellano
General Manager

2650 Virginia Avenue, N.W.       Main: 202-965-2300
Washington, DC 20037             Direct: 202-298-4453
                                 Fax: 202-298-4476

----SPORT & HEALTH INC. - WATERGATE SPORT & HEALTH----
Wednesday January 29, 2003   07:54 PM REF #: 124396
MEMBER: STEPHEN MOAHEWICZ         WGN16787-00

BF GUEST FEE          12.00              12.00

TOTAL                                    12.00
-MASTER CARD- PAYMENT                    12.00
-MASTER CARD- exp     /     PAID IN FULL

Signature _____

Plaintiff's Exhibit #28

**PHONE MEMO**

TO: Elena
DATE: 1/29
TIME: PM
FROM: Your Sister Emma
OF: called you
PHONE ( )
CELL ( )
FAX ( )

MESSAGE:

☐ PHONED ☐ CALL BACK ☐ RETURNED CALL ☐ WANTS TO SEE YOU ☐ WILL CALL AGAIN ☐ WAS IN ☐ URGENT

---

**PHONE MEMO**

TO: Elena
DATE: 1-29-03
TIME: 6:10 PM
FROM: ~~Roger~~ Steve Prospective Member
PHONE ( )
CELL (415) 722-2162
FAX ( )

MESSAGE: Steve called, would like to know about membership

☐ PHONED ☒ CALL BACK ☐ RETURNED CALL ☐ WANTS TO SEE YOU ☐ WILL CALL AGAIN ☐ WAS IN ☒ URGENT

---

**PHONE MEMO** (blank)

---

**PHONE MEMO** (blank)

Plaintiff's Exhibit #28