

# Washington, Maryland, & Virginia Sport & Health Clubs

On 9/25/02 Mr. William Gunn was arrest in one of your health clubs. Mr. Gunn named three other subjects that have assisted him with thefts in the past.

Be on the lookout for the following subjects that have worked with Mr. Gunn in the past with targeting Sport & Health Clubs in the area. These subjects are not members of any of your Clubs.

Sherri Latrice Boissiere  B/F; Dexter Allen Morse  B/M; John Edward Morse  B/M







POC: Det. Neil Jones 202-282-0043 or njones@mpdc.org



Plaintiff's Exhibit #29

# METROPOLITAN POLICE DEPARTMENT
## BARRING NOTICE

Time  1700   a.m./p.m.                    DATE: August 21, 2002

Pursuant to section 22-3102 of the District of Columbia code, you are hereby notified that you are not permitted on the grounds listed below, unless you are here conducting lawful business.

LOCATION:  SPORT & HEALTH TENLEY/NORTHWEST/HILTON

If you return to this location, you may be subject to criminal prosecution for unlawful entry.

NAME:  GUNN, WILLIAM
       Last            First

RACE: B    SEX: M    DATE OF BIRTH:

ADDRESS: 7728 WOODMONT AVE BETHESDA, MD.

PHONE# UNK          SSN# UNK

### DESCRIPTION

Height 6'2"   Weight 270   Hair blk
Complexion medium    I.D. Marks

The above mentioned "Barring Notice" has been read

Name  Inv. Neil Jones  MPDC #2813  2D
Title  Investigator

After reading this "Barring Notice" for myself, I fully understand its meaning. I do hereby voluntarily, without duress, threats, or force, sign this statement.

_____    Date _____
_____    Date _____

*Plaintiff's Exhibit #30*



# METROPOLITAN POLICE DEPARTMENT
Office of the Superintendent of Detectives
Violent Crime Branch

## WANTED FOR SEXUAL ASSAULT

### Described as: Black Male, 5'7 to 5'9, 215-225lbs 27-30 years old with Medium Complexion, Black Hair, Dark Eyes, Clean Shaven



Subject is known to frequent area hotels. After an assault, the subject is known to use a fire exit to make his escape. Anyone with information on this subject please contact MPD Sexual Assault Unit on (202)727-3700 or Detective Zibrat on (202)206-1146 pgr., or the MPD SOCC (202)727-9099 24 hours.



```
By: Sport&Health;        703 893 8487;      Jun-29-01  4:30PM;    Page 1/2
HILTON        At: 12027975829
Jun-29-01 02:24.                                                    P.01
```

This individual has been in at least Bethesda and Skyline. Please post at your front desk and watch for him. He is using the cards of the members he steals from to try to gain access to your club.



Plaintiff's Exhibit #31


Ed Metcalfe, 09:46 AM 8/21/02 , Re: Joseph Blatchford 400939

X-Sender: nmgr@mail.shcorp.com
X-Mailer: QUALCOMM Windows Eudora Version 4.3.2
Date: Wed, 21 Aug 2002 09:46:22 -0400
To: Bethesda Manager <dburns@shcorp.com>, amgr@shcorp.com, anmgr@shcorp.com,
   aymgr@shcorp.com, bcmgr@shcorp.com, bemgr@shcorp.com, bmcbride@shcorp.com,
   bsmith@shcorp.com, cgmgr@shcorp.com, cpmgr@shcorp.com, dcmgr@shcorp.com,
   drmgr@shcorp.com, frmgr@shcorp.com, hmgr@shcorp.com, jamie.millis@uspto.gov,
   lhymes@shcorp.com, lmgr@shcorp.com, mbatkin@shcorp.com, mlander@shcorp.com,
   mmeehan@shcorp.com, nmgr@shcorp.com, nterry@shcorp.com, nwmgr@shcorp.com,
   otmgr@shcorp.com, pcurran@shcorp.com, remgr@shcorp.com, rimgr@shcorp.com,
   rrmgr@shcorp.com, skmgr@shcorp.com, tcarroll@shcorp.com, temgr@shcorp.com,
   thawkins@shcorp.com, ttmgr@shcorp.com, tymgr@shcorp.com, wamgr@shcorp.com,
   wgmgr@shcorp.com, womgr@shcorp.com, wrmgr@shcorp.com
From: Ed Metcalfe <emetcalfe@shcorp.com>
Subject: Re: Joseph Blatchford 400939
X-MailScanner: Found to be clean



This person has tried to get into the Rockville club twice. The first time on Monday night he used the name Blatchford so we asked for ID and asked him to leave and called the police. The police did not arrive in time and he got away. Last night the same person came in using the name Mark Evans from Bethesda. We immediately called the police and asked him to leave again and followed him outside to try and get a license plate number. He ran about a quarter mile up the street and was picked up by a maroon honda civic and we were not able to get the number off the plate. He is about 6' 1" black and weighs at least 250 with a big gut. He was wearing a white T-shirt and had a black leather bag with a gold lock. He knew Mark Evans address

**Ed Metcalfe, 09:46 AM 8/21/02 , Re: Joseph Blatchford 400939**

and when we told him we needed to see ID he then wanted to pay the guest fee. This guy is convincing and persistent so let you front desk and MODs know all the details and call 911 right away.       t 03:29 PM 8/12/02 -0400, Bethesda Manager wrote:

> Mr. Blatchford 400939 (a metro member) had is wallet and ID stolen form our club several months ago. Over the last few days someone has used his name (the card has long been disabled) to gain access to Tenley, Northwest, Arlington, and Old Town. Please notify your front desk to ask for a photo ID before allowing him to enter the club. Mr. Blatchford has been notified that he will be asked for ID to enter the clubs, so there should be no confrontation.
>
> Thanks
>
> *Dan Burns*
> *Group General Manger*
> *Bethesda Sport & Health*
> *301-656-9570*
> *301-656-6870 Fax*
> *dburns@shcorp.com*
> *www.sportandhealth.com*



Plaintiff's Exhibit #32

Printed for Wate____te Manager <wgmgr@shco____com>

**IMPORTANT**

Bethesda Manager, 03:29 PM 8/12/02, Joseph Blatchford 400939

X-Sender: bemgr@mail.shcorp.com
X-Mailer: QUALCOMM Windows Eudora Version 5.1
Date: Mon, 12 Aug 2002 15:29:18 -0400
To: amgr@shcorp.com, anmgr@shcorp.com, aymgr@shcorp.com, bcmgr@shcorp.com,
   bemgr@shcorp.com, bmcbride@shcorp.com, bsmith@shcorp.com, cgmgr@shcorp.com,
   cpmgr@shcorp.com, dcmgr@shcorp.com, drmgr@shcorp.com, frmgr@shcorp.com,
   hmgr@shcorp.com, jamie.millis@uspto.gov, lhymes@shcorp.com, lmgr@shcorp.com,
   mbatkin@shcorp.com, mlander@shcorp.com, mmeehan@shcorp.com, nmgr@shcorp.com,
   nterry@shcorp.com, nwmgr@shcorp.com, otmgr@shcorp.com, pcurran@shcorp.com,
   remgr@shcorp.com, rimgr@shcorp.com, rmgr@shcorp.com, skmgr@shcorp.com,
   tcarroll@shcorp.com, temgr@shcorp.com, thawkins@shcorp.com, ttmgr@shcorp.com, tymgr@shcorp.com, wamgr@shcorp.com, wgmgr@shcorp.com,
   womgr@shcorp.com, wrmgr@shcorp.com
From: Bethesda Manager <dburns@shcorp.com>
Subject: Joseph Blatchford 400939
X-MailScanner: Found to be clean

Mr. Blatchford 400939 (a metro member) had is wallet and ID stolen form our club several months ago. Over the last few days someone has used his name (the card has long been disabled) to gain access to Tenley, Northwest, Arlington, and Old Town. Please notify your front desk to ask for a photo ID before allowing him to enter the club. Mr. Blatchford has been notified that he will be asked for ID to enter the clubs, so there should be no confrontation.

Thanks

Dan Burns

*Plaintiff's Exhibit #32*

# Congratulations to our Employee of the Year JESSE PARKES!




Plantiff's Exhibit #33

To: Paul Ensalaco, Hilton Sport & Health Club [S/H] Manager

From: Ron Nichols, Manager on Duty [MOD] Notes

Date: Friday, March 1, 2002

Paul, a number of club members have inquired to me about the circumstances of the Above & Beyond [ABA] and the Employee of the Year [EYA] Awards. Some members seem to find the results curious. You recently gave me a S/H Clubs Front Desk Basics set of sheets. After reviewing, the S/H Clubs Front Desk Basics, Item #5, page 4 "…Be knowledgeable about club information…. Be able to answer [client] questions…", etc. I would like to give members some answers to their questions, but I am at a lost as to what to tell these inquirers. Of course, I will direct these truth-seekers to you, but I also would like to know about the circumstances of the ABA and FYA, which I may use to contribute to my on the job improvement. The secretness practiced here does not seem to comport to S/H Clubs Front Desk Basics.

What criteria have been used to determine the ABA for Fall 2001? How did the ultimate selectees contribute to the daily operation and the long-term image of the Club? What ultimate selectee had the highest number of total votes? Who got the highest number of positive comments? Who got the highest number of negative comments? From which sectors of club membership did these comments/votes come, i.e., tennis, day, evening, and/or general gym users? How does an employee get to be EYA after only being here approximately seven months?

Please tell me, what events were chosen as the winning examples? How many final examples were there from which the final selections were chosen? Why was the contest conducted so late in the season, after many of the eligible summer [pool] members had left the club? What were the rankings of all employees? What safe guards were taken so that this voting did not have the essence of a Florida-style election?

Also, Paul, a couple of winters ago during a severe winter storm shutdown of industry and travel in the metropolitan region, movement in the area was literally frozen. I was the one S/H employee who came into this Club to keep the place open when the managers and other employees couldn't/wouldn't come to work. Some of the staff at that time lived closer to the Hilton than I. S/H members and Hilton Hotel guests who couldn't move out and about at least because of me had this gym facility to recreate. That would seem behavior worthy of some notice, yet any note of my dedication and contribution to the work here was ignored. To me, this again is another reason, the recent awards seem curious.

Plaintiff's Exhibit 34