UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ron Nichols, *pro se*　　　　　　　　　}
1620 Fuller Street NW　　　　　　　　}
Washington, DC 20009　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}　　　CASE NUMBER: 1:05CV01978 JR
　　V.　　　　　　　　　　　　　　　　}
Sport & Health Clubs, Inc.　　　　　　　}
1800 Old Meadow Road　　　　　　　　}
Mc Lean, VA 22102　　　　　　　　　　}
　　　　　　　　　　　　　　　　　　　}

## MOTION FOR SUMMARY JUDGEMENT

For reasons set forth in *pro se* plaintiff's OPPOSITION TO DEFENDANT'S SUMMARY JUDGEMENT, Summary Judgement in favor of plaintiff is warranted. *Pro se* plaintiff has established that, plaintiff suffered more than a 50% cut in pay, imposed by defendant at defendant's forced transfer from defendant's Hilton to Watergate location. Plaintiff's pay documents show sufficient evidence that a reasonable jury could return a verdict for plaintiff, see Holcomb v. Powell, 433 F.3d at 895, citing Celotex Corp. Catrett, 477 US 317,322, 106 S.Ct. 2548, 91 L.Ed. 2d 265 (1986). Pro se plaintiff pursuant to Rule 56 of the Federal Rules of Civil Procedure ("FRCP"), hereby moves for summary judgement on all counts of *pro se* plaintiff's complaint, defendant having shown being disingenuous in presentation of fact.

Respectfully submitted,

Signed/ _[signature]_ /Date 5-9-06
Ron Nichols, *pro se*

## CERTIFICATE OF SERVICE

I hereby certifiy that Plaintiff mailed a true copy of the foregoing MOTION FOR SUMMARY JUDGEMENT to Leo S. Fisher (DC Bar No. 322065) Philip M. Keating (DC Bar No. 384726) 2000 N. 14th Street, Suite 100; Arlington, VA 22201; (703) 525-4000, (703) 525-2207 (facsimile), Counsel for Sport & Health Clubs, Inc. on this 9th day of May, 2006.

_[signature]_ /Date 5-9-06
Ron Nichols

RECEIVED
MAY - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ron Nichols, *pro se*<br>1620 Fuller Street NW<br>Washington, DC 20009<br><br>v.<br><br>Sport & Health Clubs, Inc.<br>1800 Old Meadow Road<br>Mc Lean, VA 22102 | CASE NUMBER: 1:05CV01978 JR |

## ORDER

Upon consideration of *pro se* plaintiff's Motion for Summary Judgement and plaintiff's Opposition there to:

NOW, THEREFORE, it is hereby

**ORDERED** that *pro se* plaintiff's Motion for Summary Judgement is GRANTED, and, that JUDGEMENT be, and is hereby entered in favor of plaintiff.

_____
UNITED STATES DISTRICT JUUDGE

DATE:_____