| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|--|
| IYS | 000237 | 170300 | 00001 | 0000128183 | 1 |

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

# Earnings Statement



Period Ending:    01/03/2002
Pay Date:    01/11/2002

**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 33.80 | 261.95 | |
| Commision | | | 25.00 | |
| Gross Pay | | | $286.95 | 286.95 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -16.78 | 16.78 |
| | Social Security Tax | -17.79 | 17.79 |
| | Medicare Tax | -4.16 | 4.16 |
| | DC State Income Tax | -7.01 | 7.01 |
| | **Other** | | |
| | 401 K Deduction | -17.22* | 17.22 |
| | Net Pay | | $223.99 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $269.73

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Match | 4.31 | |
| Ytd 401K Match | | 4.31 |

## Time Card Detail

| | DATE | IN | OUT | IN | OUT | TOTAL |
|--|------|----|-----|----|-----|-------|
| Fri | 12/21 | 4:46pm | 10:04pm | | | 5.30 |
| Sat | 12/22 | NO PUNCHES | | | | |
| Sun | 12/23 | 1:52pm | 4:25pm | 4:41pm | 8:30pm | 6.10 |
| Mon | 12/24 | NO PUNCHES | | | | |
| Tue | 12/25 | NO PUNCHES | | | | |
| Wed | 12/26 | 4:57pm | 10:17pm | | | 5.40 |
| Thu | 12/27 | NO PUNCHES | | | | |
| Fri | 12/28 | 5:04pm | 9:59pm | | | 4.90 |
| Sat | 12/29 | NO PUNCHES | | | | |
| Sun | 12/30 | 1:50pm | 4:55pm | 5:13pm | 8:24pm | 6.10 |
| Mon | 12/31 | NO PUNCHES | | | | |
| Tue | 01/01 | NO PUNCHES | | | | |
| Wed | 01/02 | 4:57pm | 10:53pm | 10:55pm | 10:57pm | 6.00 |
| Thu | 01/03 | NO PUNCHES | | | | |



Plaintiff's Exhibit #2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| IYS | 000237 | 170300 | 00001 | 0000129484 | 1 |

# Earnings Statement

**ADP**®

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:    01/17/2002
Pay Date:    01/25/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 34.70 | 268.93 | |
| Gross Pay | | | $268.93 | 555.88 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -15.09 | 31.87 |
| | Social Security Tax | -16.67 | 34.46 |
| | Medicare Tax | -3.90 | 8.06 |
| | DC State Income Tax | -6.16 | 13.17 |
| | **Other** | | |
| | 401 K Deduction | -16.14* | 33.36 |
| | Net Pay | $210.97 | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $252.79

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 4.03 | |
| Ytd 401K Match | | 8.34 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 01/04 | 5:00pm | 10:03pm | | | 5.00 |
| Sat | 01/05 | NO PUNCHES | | | | |
| Sun | 01/06 | 1:59pm | 5:21pm | 5:46pm | 8:39pm | 6.10 |
| Mon | 01/07 | NO PUNCHES | | | | |
| Tue | 01/08 | NO PUNCHES | | | | |
| Wed | 01/09 | 4:59pm | 10:44pm | | | 5.70 |
| Thu | 01/10 | NO PUNCHES | | | | |
| Fri | 01/11 | 4:51pm | 9:58pm | | | 5.20 |
| Sat | 01/12 | NO PUNCHES | | | | |
| Sun | 01/13 | 1:59pm | 5:34pm | 6:01pm | 8:38pm | 6.10 |
| Mon | 01/14 | NO PUNCHES | | | | |
| Tue | 01/15 | NO PUNCHES | | | | |
| Wed | 01/16 | 4:32pm | 11:09pm | | | 6.60 |
| Thu | 01/17 | NO PUNCHES | | | | |

©1998 Automatic Data Processing, Inc.

TEAR HERE



Plaintiff's Exhibit #2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|---|
| IYS | 000237 | 170300 | 00001 | 0000130901 | 1 |

# Earnings Statement



*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:  01/31/2002
Pay Date:  02/08/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 35.80 | 277.45 | |
| Sales Comm | | | 25.00 | |
| Gross Pay | | | $302.45 | 858.33 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Match | 4.54 | |
| Ytd 401K Match | | 12.88 |

| Deductions | Statutory | | year to date |
|------------|-----------|------|--------------|
| | Federal Income Tax | -18.24 | 50.11 |
| | Social Security Tax | -18.76 | 53.22 |
| | Medicare Tax | -4.39 | 12.45 |
| | DC State Income Tax | -7.73 | 20.90 |
| | **Other** | | |
| | 401 K Deduction | -18.15* | 51.51 |
| | Net Pay | $235.18 | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|------|------|------|------|------|-------|
| Fri | 01/18 | 4:58pm | 10:00pm | | | 5.00 |
| Sat | 01/19 | NO PUNCHES | | | | |
| Sun | 01/20 | 1:41pm | 5:27pm | 5:49pm | 8:35pm | 6.40 |
| Mon | 01/21 | NO PUNCHES | | | | |
| Tue | 01/22 | NO PUNCHES | | | | |
| Wed | 01/23 | 4:56pm | 11:54pm | | | 7.00 |
| Thu | 01/24 | NO PUNCHES | | | | |
| Fri | 01/25 | 4:50pm | 10:09pm | | | 5.30 |
| Sat | 01/26 | NO PUNCHES | | | | |
| Sun | 01/27 | 1:58pm | 4:39pm | 5:01pm | 8:26pm | 5.90 |
| Mon | 01/28 | NO PUNCHES | | | | |
| Tue | 01/29 | NO PUNCHES | | | | |
| Wed | 01/30 | 4:35pm | 10:50pm | | | 6.20 |
| Thu | 01/31 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $284.30

©1998 Automatic Data Processing, Inc.

▼ TEAR HERE





**Earnings Statement**

SPORT AND HEALTH, INC.
1800 OLD MEADOW ROAD, UNIT H
MCLEAN, VA 22102

| Period Ending: | 02/14/2002 |
| Pay Date: | 02/22/2002 |

RON NICHOLS
1620 FULLER ST NW
APT 402
WASHINGTON, DC 20009

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 46.10 | 357.28 | |
| Gross Pay | | | $357.28 | 1,215.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.75 | 73.86 |
| | Social Security Tax | -22.15 | 75.37 |
| | Medicare Tax | -5.18 | 17.63 |
| | DC State Income Tax | -10.31 | 31.21 |
| | **Other** | | |
| | 401 K Deduction | -21.44* | 72.95 |
| | Net Pay | $274.45 | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $335.84

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 5.36 | |
| Ytd 401K Match | | 18.24 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 02/01 | 4:47pm | 10:09pm | | | 5.30 |
| Sat | 02/02 | NO PUNCHES | | | | |
| Sun | 02/03 | 1:43pm | 5:25pm | 5:56pm | 8:39pm | 6.40 |
| Mon | 02/04 | 4:59pm | 9:56pm | | | 4.90 |
| Tue | 02/05 | NO PUNCHES | | | | |
| Wed | 02/06 | 5:04pm | 11:00pm | | | 5.90 |
| Thu | 02/07 | NO PUNCHES | | | | |
| Fri | 02/08 | 5:22pm | 9:57pm | | | 4.50 |
| Sat | 02/09 | NO PUNCHES | | | | |
| Sun | 02/10 | 1:52pm | 5:40pm | 6:10pm | 10:03pm | |
| Sun | 02/10 | 10:07pm | 10:09pm | | | 7.60 |
| Mon | 02/11 | 5:06pm | 10:02pm | | | 4.90 |
| Tue | 02/12 | NO PUNCHES | | | | |
| Wed | 02/13 | 4:48pm | 11:22pm | | | 6.60 |
| Thu | 02/14 | NO PUNCHES | | | | |



Plaintiff's Exhibit #2

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| IYS | 000237 | 170300 | 00001 | 0000133775  1 |

**Earnings Statement** ADP®

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending: 02/28/2002
Pay Date: 03/08/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON , DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 43.10 | 334.03 | |
| Sales Comm | | | 50.00 | |
| Gross Pay | | | $384.03 | 1,599.64 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 5.76 | |
| Ytd 401K Match | | 24.00 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -27.53 | 101.39 |
| | Social Security Tax | -23.81 | 99.18 |
| | Medicare Tax | -5.56 | 23.19 |
| | DC State Income Tax | -11.57 | 42.78 |
| | **Other** | | |
| | 401 K Deduction | -23.04* | 95.99 |
| | Net Pay | $292.52 | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $360.99

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 02/15 | 4:45pm | 7:00pm | 7:30pm | 10:07pm | 4.90 |
| Sat | 02/16 | NO PUNCHES | | | | |
| Sun | 02/17 | 1:52pm | 5:42pm | 6:09pm | 8:44pm | |
| Sun | 02/17 | 8:53pm | 8:55pm | | | 6.30 |
| Mon | 02/18 | 5:12pm | 9:59pm | | | 4.80 |
| Tue | 02/19 | NO PUNCHES | | | | |
| Wed | 02/20 | 4:59pm | 10:18pm | | | 5.30 |
| Thu | 02/21 | NO PUNCHES | | | | |
| Fri | 02/22 | 5:07pm | 9:58pm | | | 4.90 |
| Sat | 02/23 | NO PUNCHES | | | | |
| Sun | 02/24 | 1:57pm | 5:18pm | 5:41pm | 8:48pm | 6.40 |
| Mon | 02/25 | 5:02pm | 10:01pm | | | 5.00 |
| Tue | 02/26 | NO PUNCHES | | | | |
| Wed | 02/27 | 5:00pm | 10:33pm | | | 5.50 |
| Thu | 02/28 | NO PUNCHES | | | | |



Plaintiff's Exhibit # 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|--|
| IYS | 000237 | 170300 | 00001 | 0000135241 | 1 |

# Earnings Statement



*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:      03/14/2002
Pay Date:            03/22/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 43.70 | 338.68 | |
| Gross Pay | | | $338.68 | 1,938.32 |

## Deductions

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -21.64 | 123.03 |
| | Social Security Tax | -21.00 | 120.18 |
| | Medicare Tax | -4.92 | 28.11 |
| | DC State Income Tax | -9.44 | 52.22 |
| | **Other** | | |
| | 401 K Deduction | -20.32* | 116.31 |
| | Net Pay | $261.36 | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $318.36

## Other Benefits and Information

| Information | this period | total to date |
|-------------|-------------|---------------|
| 401K Match | 5.08 | |
| Ytd 401K Match | | 29.08 |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|--|----|-----|----|----|-------|
| Fri | 03/01 | 5:13pm | 9:56pm | | | 4.70 |
| Sat | 03/02 | NO PUNCHES | | | | |
| Sun | 03/03 | 1:53pm | 5:59pm | 6:19pm | 8:55pm | 6.50 |
| Mon | 03/04 | 4:58pm | 10:05pm | | | 5.10 |
| Tue | 03/05 | NO PUNCHES | | | | |
| Wed | 03/06 | 4:57pm | 10:19pm | | | 5.40 |
| Thu | 03/07 | NO PUNCHES | | | | |
| Fri | 03/08 | 5:06pm | 10:16pm | | | 5.20 |
| Sat | 03/09 | NO PUNCHES | | | | |
| Sun | 03/10 | 1:53pm | 4:59pm | 5:22pm | 8:34pm | 6.20 |
| Mon | 03/11 | 5:11pm | 10:18pm | | | 5.10 |
| Tue | 03/12 | NO PUNCHES | | | | |
| Wed | 03/13 | 4:49pm | 5:12pm | 5:24pm | 10:48pm | 5.50 |
| Thu | 03/14 | NO PUNCHES | | | | |



Plaintiff's Exhibit # 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|--|
| IYS | 000237 | 170300 | 00001 | 0000136690 | 1 |

# Earnings Statement

ADP ®

SPORT AND HEALTH INC.
1800 OLD MEADOW ROAD, UNIT H
MCLEAN, VA 22102

Period Ending:    03/28/2002
Pay Date:    04/05/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| **Earnings** | rate | hours | this period | year to date |
|--------------|------|-------|-------------|--------------|
| Regular | 7.7500 | 44.80 | 347.20 | |
| Gross Pay | | | $347.20 | 2,285.52 |

| **Other Benefits and Information** | this period | total to date |
|------------------------------------|-------------|---------------|
| 401K Match | 5.21 | |
| Ytd 401K Match | | 34.29 |

| **Deductions** | **Statutory** | | |
|----------------|---------------|--|--|
| | Federal Income Tax | -22.45 | 145.48 |
| | Social Security Tax | -21.52 | 141.70 |
| | Medicare Tax | -5.03 | 33.14 |
| | DC State Income Tax | -9.84 | 62.06 |
| | **Other** | | |
| | 401 K Deduction | -20.83* | 137.14 |
| | Net Pay | $267.53 | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $326.37



| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|--|
| IYS | 000237 | 170300 | 00001 | 0000138116 | 1 |

# Earnings Statement



*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

| | |
|--|--|
| Period Ending: | 04/11/2002 |
| Pay Date: | 04/19/2002 |



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 39.20 | 303.80 | |
| Overtime | 11.6250 | 6.30 | 73.24 | |
| Gross Pay | | | $377.04 | 2,662.56 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -26.54 | 172.02 |
| | Social Security Tax | -23.38 | 165.08 |
| | Medicare Tax | -5.47 | 38.61 |
| | DC State Income Tax | -11.24 | 73.30 |
| | **Other** | | |
| | 401 K Deduction | -22.62* | 159.76 |
| | Net Pay | $287.79 | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $354.42

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Match | 5.66 | |
| Ytd 401K Match | | 39.95 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|--|----|-----|----|----|-------|
| Fri | 03/29 | 4:57pm | 10:00pm | | | 5.10 |
| Sat | 03/30 | NO PUNCHES | | | | |
| Sun | 03/31 | 1:57pm | 5:02pm | 5:27pm | 8:45pm | 6.30 |
| Mon | 04/01 | 4:58pm | 9:55pm | | | 4.90 |
| Tue | 04/02 | NO PUNCHES | | | | |
| Wed | 04/03 | 5:01pm | 11:20pm | | | 6.30 |
| Thu | 04/04 | NO PUNCHES | | | | |
| Fri | 04/05 | 5:09pm | 9:57pm | | | 4.80 |
| Sat | 04/06 | NO PUNCHES | | | | |
| Sun | 04/07 | 1:49pm | 4:48pm | 5:03pm | 9:17pm | 7.00 |
| Mon | 04/08 | 5:02pm | 10:00pm | | | 5.00 |
| Tue | 04/09 | NO PUNCHES | | | | |
| Wed | 04/10 | 5:01pm | 11:05pm | | | 6.10 |
| Thu | 04/11 | NO PUNCHES | | | | |



Plaintiff's
Exhibit

# 2

CO.    FILE    DEPT.    CLOCK    NUMBER
IYS    000237  170300   00001    0000139545    1

# Earnings Statement

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:    04/25/2002
Pay Date:         05/03/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 49.70 | 385.18 | |
| Gross Pay | | | $385.18 | 3,047.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -27.68 | 199.70 |
| | Social Security Tax | -23.88 | 188.96 |
| | Medicare Tax | -5.58 | 44.19 |
| | DC State Income Tax | -11.62 | 84.92 |
| | **Other** | | |
| | 401 K Deduction | -23.11* | 182.87 |
| | Net Pay | | $293.31 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $362.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 5.78 | |
| Ytd 401K Match | | 45.73 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Fri 04/12 | 4:54pm | 9:57pm | | | 5.00 |
| Sat 04/13 | NO PUNCHES | | | | |
| Sun 04/14 | 1:49pm | 5:15pm | 5:40pm | 8:32pm | 6.20 |
| Mon 04/15 | 5:02pm | 10:04pm | | | 5.10 |
| Tue 04/16 | NO PUNCHES | | | | |
| Wed 04/17 | 4:56pm | 11:10pm | | | 6.30 |
| Thu 04/18 | NO PUNCHES | | | | |
| Fri 04/19 | 4:55pm | 10:49pm | | | 5.90 |
| Sat 04/20 | NO PUNCHES | | | | |
| Sun 04/21 | 1:49pm | 5:23pm | 5:48pm | 10:41pm | 8.40 |
| Mon 04/22 | 4:25pm | 10:46pm | | | 6.40 |
| Tue 04/23 | NO PUNCHES | | | | |
| Wed 04/24 | 5:01pm | 11:25pm | | | 6.40 |
| Thu 04/25 | NO PUNCHES | | | | |

©1993 Automatic Data Processing, Inc.

© 1991 ADP, Inc.

◀ TEAR HERE

Plaintiff's
Exhibit
# 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| IYS | 000237 | 170300 | 00001 | 0000141028 | 1 |

# Earnings Statement



*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:  05/09/2002
Pay Date:  05/17/2002

**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 48.60 | 376.65 | |
| Commision | | | 175.00 | |
| Gross Pay | | | $551.65 | 3,599.39 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -51.16 | 250.86 |
| | Social Security Tax | -34.20 | 223.16 |
| | Medicare Tax | -8.00 | 52.19 |
| | DC State Income Tax | -21.47 | 106.39 |
| | **Other** | | |
| | 401 K Deduction | -33.10* | 215.97 |
| | Net Pay | $403.72 | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $518.55

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 8.28 | |
| Ytd 401K Match | | 54.01 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 04/26 | 5:02pm | 10:02pm | | | 5.00 |
| Sat | 04/27 | NO PUNCHES | | | | |
| Sun | 04/28 | 1:46pm | 4:10pm | 4:37pm | 8:31pm | 6.20 |
| Mon | 04/29 | 5:01pm | 11:57pm | | | 6.90 |
| Tue | 04/30 | NO PUNCHES | | | | |
| Wed | 05/01 | 4:51pm | 10:51pm | | | 6.00 |
| Thu | 05/02 | NO PUNCHES | | | | |
| Fri | 05/03 | 5:02pm | 9:56pm | | | 4.90 |
| Sat | 05/04 | NO PUNCHES | | | | |
| Sun | 05/05 | 1:47pm | 6:03pm | 6:29pm | 9:32pm | 7.20 |
| Mon | 05/06 | 4:49pm | 10:41pm | | | 5.90 |
| Tue | 05/07 | NO PUNCHES | | | | |
| Wed | 05/08 | 4:45pm | 11:13pm | | | 6.50 |
| Thu | 05/09 | NO PUNCHES | | | | |



Plaintiff's Exhibit # 2

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|-----|------|-------|-------|--------|
| IYS | 000237 | 170300 | 00001 | 0000142503 | 1 |

# Earnings Statement



*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:     05/23/2002
Pay Date:          05/31/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 34.80 | 269.70 | |
| Gross Pay | | | $269.70 | 3,869.09 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -15.16 | 266.02 |
| | Social Security Tax | -16.72 | 239.88 |
| | Medicare Tax | -3.91 | 56.10 |
| | DC State Income Tax | -6.20 | 112.59 |
| | **Other** | | |
| | 401 K Deduction | -16.18* | 232.15 |
| | Net Pay | $211.53 | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $253.52

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Match | 4.05 | |
| Ytd 401K Match | | 58.06 |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|-----|-----|-----|-----|-----|-------|
| Fri | 05/10 | 4:50pm | 9:59pm | | | 5.20 |
| Sat | 05/11 | NO PUNCHES | | | | |
| Sun | 05/12 | 1:49pm | 4:15pm | 4:38pm | 8:49pm | 6.50 |
| Mon | 05/13 | 4:57pm | 5:51pm | 6:07pm | 9:55pm | 4.50 |
| Tue | 05/14 | NO PUNCHES | | | | |
| Wed | 05/15 | 4:47pm | 11:55pm | | | 7.10 |
| Thu | 05/16 | NO PUNCHES | | | | |
| Fri | 05/17 | 5:06pm | 9:56pm | | | 4.80 |
| Sat | 05/18 | NO PUNCHES | | | | |
| Sun | 05/19 | NO PUNCHES | | | | |
| Mon | 05/20 | NO PUNCHES | | | | |
| Tue | 05/21 | NO PUNCHES | | | | |
| Wed | 05/22 | 4:41pm | 11:24pm | | | 6.70 |
| Thu | 05/23 | NO PUNCHES | | | | |



Plaintiff's
Exhibit
# 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| IYS | 000237 | 170300 | 00001 | 0000143991 | 1 |

# Earnings Statement

ADP

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:    06/06/2002
Pay Date:        06/14/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 43.50 | 337.13 | |
| Overtime | 11.6250 | 6.60 | 76.73 | |
| Sales Comm | | | 50.00 | |
| Gross Pay | | | $463.86 | 4,332.95 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -38.78 | 304.80 |
| | Social Security Tax | | -28.76 | 268.64 |
| | Medicare Tax | | -6.73 | 62.83 |
| | DC State Income Tax | | -15.32 | 127.91 |
| | **Other** | | | |
| | 401 K Deduction | | -27.83* | 259.98 |
| | Net Pay | | $346.44 | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $436.03

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 6.96 | |
| Ytd 401K Match | | 65.02 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 05/24 | 5:28pm | 9:58pm | | | 4.60 |
| Sat | 05/25 | 3:52pm | 5:19pm | 5:46pm | 8:01pm | 3.60 |
| Sun | 05/26 | 1:45pm | 4:25pm | | | 2.70 |
| Sun | 05/26 | 9:07pm | | | | 0.00 |
| Mon | 05/27 | 4:43pm | 11:17pm | | | 6.60 |
| Tue | 05/28 | NO PUNCHES | | | | |
| Wed | 05/29 | 4:53pm | 11:29pm | | | 6.60 |
| Thu | 05/30 | NO PUNCHES | | | | |
| Fri | 05/31 | 4:52pm | 10:19pm | | | 5.40 |
| Sat | 06/01 | NO PUNCHES | | | | |
| Sun | 06/02 | 1:49pm | 5:23pm | 5:42pm | 10:05pm | 7.80 |
| Mon | 06/03 | 4:54pm | 11:36pm | | | 6.70 |
| Tue | 06/04 | NO PUNCHES | | | | |
| Wed | 06/05 | 5:00pm | 11:08pm | | | 6.10 |
| Thu | 06/06 | NO PUNCHES | | | | |



Plaintiff's Exhibit # 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|---|
| IYS | 000237 | 170300 | 00001 | 0000145470 | 1 |

# Earnings Statement

**ADP** ®

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

| Period Ending: | 06/20/2002 |
|----------------|------------|
| Pay Date: | 06/28/2002 |



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 61.10 | 473.53 | |
| Gross Pay | | | $473.53 | 4,806.48 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -40.14 | 344.94 |
| | Social Security Tax | -29.36 | 298.00 |
| | Medicare Tax | -6.86 | 69.69 |
| | DC State Income Tax | -15.97 | 143.88 |
| | **Other** | | |
| | 401 K Deduction | -28.41* | 288.39 |
| | Net Pay | $352.79 | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $445.12

**Other Benefits and Information**

| | this period | total to date |
|---|-------------|---------------|
| 401K Match | 7.10 | |
| Ytd 401K Match | | 72.12 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|---|-----|-----|-----|-----|-------|
| Fri | 06/07 | 4:53pm | 9:59pm | | | 5.10 |
| Sat | 06/08 | NO PUNCHES | | | | |
| Sun | 06/09 | 1:53pm | 5:45pm | 6:08pm | 11:00pm | 8.60 |
| Mon | 06/10 | 5:06pm | 9:55pm | | | 4.80 |
| Tue | 06/11 | NO PUNCHES | | | | |
| Wed | 06/12 | 4:53pm | 10:56pm | | | 6.00 |
| Thu | 06/13 | NO PUNCHES | | | | |
| Fri | 06/14 | 4:45pm | 10:03pm | | | 5.30 |
| Sat | 06/15 | 4:53pm | 5:58pm | | | 1.10 |
| Sat | 06/15 | 10:30pm | 1:49pm | | | 15.30 |
| Sun | 06/16 | 3:15pm | 10:30pm | | | 7.30 |
| Mon | 06/17 | 5:01pm | 6:41pm | | | 1.70 |
| Mon | 06/17 | 10:30pm | | | | 0.00 |
| Tue | 06/18 | NO PUNCHES | | | | |
| Wed | 06/19 | 4:58pm | 10:57pm | | | 5.90 |
| Thu | 06/20 | NO PUNCHES | | | | |

©2001 Automatic Data Processing, Inc.



TEAR HERE ▼

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| IYS | 000237 | 170300 | 00001 | 0000146974 | 1 |

# Earnings Statement

ADP®

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:   07/04/2002
Pay Date:       07/12/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 52.90 | 409.98 | |
| Sales Comm | | | 262.50 | |
| Gross Pay | | | **$672.48** | 5,478.96 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 10.09 | |
| Ytd 401K Match | | 82.21 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -68.19 | 413.13 |
| | Social Security Tax | -41.70 | 339.70 |
| | Medicare Tax | -9.75 | 79.44 |
| | DC State Income Tax | -29.99 | 173.87 |
| | **Other** | | |
| | 401 K Deduction | -40.35* | 328.74 |
| | Net Pay | **$482.50** | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $632.13

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 06/21 | 4:59pm | 9:59pm | | | 5.00 |
| Sat | 06/22 | NO PUNCHES | | | | |
| Sun | 06/23 | 1:52pm | 4:44pm | 5:08pm | 11:35pm | 9.20 |
| Mon | 06/24 | 4:59pm | 10:02pm | | | 5.00 |
| Tue | 06/25 | NO PUNCHES | | | | |
| Wed | 06/26 | 4:55pm | 11:31pm | | | 6.60 |
| Thu | 06/27 | NO PUNCHES | | | | |
| Fri | 06/28 | 4:55pm | 9:57pm | | | 5.00 |
| Sat | 06/29 | NO PUNCHES | | | | |
| Sun | 06/30 | 1:48pm | 5:29pm | 6:01pm | 6:23pm | 8.90 |
| Sun | 06/30 | 6:26pm | 11:41pm | | | 7.00 |
| Mon | 07/01 | 4:47pm | 11:51pm | | | |
| Tue | 07/02 | NO PUNCHES | | | | |
| Wed | 07/03 | 4:57pm | 5:58pm | 6:19pm | 11:36pm | 6.20 |
| Thu | 07/04 | NO PUNCHES | | | | |



| CO. | FILE | DEPT. | CLOCK | NUMBER |
|-----|------|-------|-------|--------|
| IYS | 000237 | 170300 00001 | 0000149476 | 1 |

*Earnings Statement* 

SPORT AND HEALTH INC.
1800 OLD MEADOW ROAD, UNIT H
MCLEAN, VA 22102

Period Ending:      07/18/2002
Pay Date:           07/26/2002

**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 50.50 | 391.38 | |
| Gross Pay | | | $391.38 | 5,870.34 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Match | 5.87 | |
| Ytd 401K Match | | 88.08 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -28.56 | 441.69 |
| | Social Security Tax | -24.26 | 363.96 |
| | Medicare Tax | -5.68 | 85.12 |
| | DC State Income Tax | -11.91 | 185.78 |
| | **Other** | | |
| | 401 K Deduction | -23.48* | 352.22 |
| | Net Pay | $297.49 | |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|------|-----|-----|-----|-----|-------|
| Fri 07/05 | 5:01pm | 10:17pm | | | 5.30 |
| Sat 07/06 | NO PUNCHES | | | | |
| Sun 07/07 | 1:48pm | 5:25pm | 5:55pm | 11:06pm | 8.80 |
| Mon 07/08 | 4:56pm | 10:31pm | | | 5.60 |
| Tue 07/09 | NO PUNCHES | | | | |
| Wed 07/10 | 4:54pm | 10:54pm | | | 6.00 |
| Thu 07/11 | NO PUNCHES | | | | |
| Fri 07/12 | 5:04pm | 10:01pm | | | 4.90 |
| Sat 07/13 | NO PUNCHES | | | | |
| Sun 07/14 | 1:45pm | 4:39pm | 5:03pm | 6:38pm | |
| Sun 07/14 | 6:40pm | 10:41pm | | | 8.00 |
| Mon 07/15 | 4:49pm | 10:21pm | | | 5.50 |
| Tue 07/16 | NO PUNCHES | | | | |
| Wed 07/17 | 4:57pm | 11:18pm | | | 6.40 |
| Thu 07/18 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**
 Your federal taxable wages this period are $367.90


Plaintiff's Exhibit #2

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|-----|------|-------|-------|--------|
| IYS | 000237 | 170300 | 00001 | 0000150010  1 |

# Earnings Statement

**ADP**

SPORT AND HEALTH INC.
1800 OLD MEADOW ROAD, UNIT H
MCLEAN, VA 22102

Period Ending:    08/01/2002
Pay Date:         08/09/2002



RON NICHOLS
1620 FULLER ST NW
APT 402
WASHINGTON, DC 20009

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 61.50 | 476.63 | |
| Sales Comm | | | 87.50 | |
| **Gross Pay** | | | **$564.13** | 6,434.47 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -52.92 | 494.61 |
| | Social Security Tax | -34.98 | 398.94 |
| | Medicare Tax | -8.18 | 93.30 |
| | DC State Income Tax | -22.35 | 208.13 |
| | **Other** | | |
| | 401 K Deduction | -33.85* | 386.07 |
| | **Net Pay** | **$411.85** | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $530.28

**Other Benefits and Information**

| | this period | total to date |
|--|-------------|---------------|
| 401K Match | 8.46 | |
| Ytd 401K Match | | 96.54 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|------|------|------|------|------|-------|
| Fri | 07/19 | 4:03pm | 11:01pm | | | 7.00 |
| Sat | 07/20 | 10:58am | 6:14pm | | | 7.20 |
| Sun | 07/21 | 1:56pm | 4:20pm | 4:45pm | 11:11pm | 8.80 |
| Mon | 07/22 | 4:54pm | 11:09pm | | | 6.20 |
| Tue | 07/23 | NO PUNCHES | | | | |
| Wed | 07/24 | 4:59pm | 11:31pm | | | 6.50 |
| Thu | 07/25 | NO PUNCHES | | | | |
| Fri | 07/26 | 4:50pm | 10:12pm | | | 5.40 |
| Sat | 07/27 | NO PUNCHES | | | | |
| Sun | 07/28 | 1:49pm | 4:35pm | 5:00pm | 11:07pm | 8.80 |
| Mon | 07/29 | 5:03pm | 9:58pm | | | 5.00 |
| Tue | 07/30 | NO PUNCHES | | | | |
| Wed | 07/31 | 4:51pm | 11:22pm | | | 6.60 |
| Thu | 08/01 | NO PUNCHES | | | | |

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

*Plaintiff's Exhibit # 2*

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|-----|------|-------|-------|--------|
| IYS | 000237 | 140300 | 00001 | 0000151390  1 |

# Earnings Statement

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:    08/15/2002
Pay Date:    08/23/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 45.70 | 354.18 | |
| Gross Pay | | | $354.18 | 6,788.65 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -23.31 | 517.92 |
| | Social Security Tax | -21.96 | 420.90 |
| | Medicare Tax | -5.14 | 98.44 |
| | DC State Income Tax | -10.17 | 218.30 |
| | **Other** | | |
| | 401 K Deduction | -21.25* | 407.32 |
| | Net Pay | $272.35 | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $332.93

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Match | 5.32 | |
| Ytd 401K Match | | 101.86 |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|---|-----|-----|-----|-----|-------|
| Fri | 08/02 | 4:54pm | 10:02pm | | | 5.10 |
| Sat | 08/03 | NO PUNCHES | | | | |
| Sun | 08/04 | 1:49pm | 5:02pm | 5:24pm | 10:30pm | 8.20 |
| Mon | 08/05 | 4:54pm | 10:00pm | | | 5.10 |
| Tue | 08/06 | NO PUNCHES | | | | |
| Wed | 08/07 | 4:57pm | 10:15pm | | | 5.30 |
| Thu | 08/08 | NO PUNCHES | | | | |
| Fri | 08/09 | 9:54am | 11:27am | | | 1.50 |
| Fri | 08/09 | 4:52pm | 9:56pm | | | 5.00 |
| Sat | 08/10 | NO PUNCHES | | | | |
| Sun | 08/11 | 1:56pm | 5:00pm | 5:21pm | 10:15pm | 7.80 |
| Mon | 08/12 | 5:22pm | 8:19pm | | | 2.90 |
| Tue | 08/13 | NO PUNCHES | | | | |
| Wed | 08/14 | 5:00pm | 9:51pm | | | 4.80 |
| Thu | 08/15 | NO PUNCHES | | | | |



Plaintiff's Exhibit # 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | | |
|---|---|---|---|---|---|---|
| IYS | 000237 | 140300 | 00001 | 0000152919 | 1 | |

# Earnings Statement



*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:      08/29/2002
Pay Date:             09/06/2002

**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 20.00 | 155.00 | |
| Gross Pay | | | $155.00 | 6,943.65 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 2.33 | |
| Ytd 401K Match | | 104.19 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -4.38 | 522.30 |
| | Social Security Tax | -9.61 | 430.51 |
| | Medicare Tax | -2.24 | 100.68 |
| | DC State Income Tax | -0.80 | 219.10 |
| | **Other** | | |
| | 401 K Deduction | -9.30* | 416.62 |
| | Net Pay | $128.67 | |

\* Excluded from federal taxable wages
   Your federal taxable wages this period are $145.70

## Time Card Detail

| | DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 08/16 | 4:44pm | 9:25pm | | | 4.70 |
| Sat | 08/17 | NO PUNCHES | | | | |
| Sun | 08/18 | 12:52pm | 3:45pm | 4:08pm | 6:46pm | 5.40 |
| Mon | 08/19 | NO PUNCHES | | | | |
| Tue | 08/20 | NO PUNCHES | | | | |
| Wed | 08/21 | NO PUNCHES | | | | |
| Thu | 08/22 | NO PUNCHES | | | | |
| Fri | 08/23 | 4:51pm | 9:22pm | | | 4.60 |
| Sat | 08/24 | NO PUNCHES | | | | |
| Sun | 08/25 | 12:50pm | 3:58pm | 4:25pm | 6:39pm | 5.30 |
| Mon | 08/26 | NO PUNCHES | | | | |
| Tue | 08/27 | NO PUNCHES | | | | |
| Wed | 08/28 | NO PUNCHES | | | | |
| Thu | 08/29 | NO PUNCHES | | | | |

©2001 Automatic Data Processing, Inc.

TEAR HERE



| CO. | FILE | DEPT. | CLOCK | NUMBER | | |
|-----|------|-------|-------|--------|--|--|
| IYS | 000237 | 140300 | 00001 | 0000154416 | 1 | |

# Earnings Statement



SPORT AND HEALTH INC.
1800 OLD MEADOW ROAD, UNIT H
MCLEAN, VA 22102

Period Ending:  09/12/2002
Pay Date:  09/20/2002



RON NICHOLS
1620 FULLER ST NW
APT 402
WASHINGTON, DC 20009

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 17.60 | 136.40 | |
| Sales Comm | | | 100.00 | |
| Gross Pay | | | $236.40 | 7,180.05 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Match | 3.55 | |
| Ytd 401K Match | | 107.74 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -12.03 | 534.33 |
| | Social Security Tax | -14.65 | 445.16 |
| | Medicare Tax | -3.43 | 104.11 |
| | DC State Income Tax | -4.63 | 223.73 |
| | **Other** | | |
| | 401 K Deduction | -14.18* | 430.80 |
| | Net Pay | $187.48 | |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|------|-----|-----|-----|-----|-------|
| Fri  08/30 | 4:50pm | 9:15pm | | | 4.40 |
| Sat  08/31 | NO PUNCHES | | | | |
| Sun  09/01 | 12:51pm | 3:50pm | | | 3.00 |
| Mon  09/02 | NO PUNCHES | | | | |
| Tue  09/03 | NO PUNCHES | | | | |
| Wed  09/04 | NO PUNCHES | | | | |
| Thu  09/05 | NO PUNCHES | | | | |
| Fri  09/06 | 4:48pm | 9:10pm | | | 4.40 |
| Sat  09/07 | NO PUNCHES | | | | |
| Sun  09/08 | 1:00pm | 6:50pm | | | 5.80 |
| Mon  09/09 | NO PUNCHES | | | | |
| Tue  09/10 | NO PUNCHES | | | | |
| Wed  09/11 | NO PUNCHES | | | | |
| Thu  09/12 | NO PUNCHES | | | | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $222.22



Plaintiff's Exhibit # 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| IYS | 000237 | 140300 | 00001 | 0000155882 | 1 |

# Earnings Statement



SPORT AND HEALTH INC.
1800 OLD MEADOW ROAD, UNIT H
MCLEAN, VA 22102

Period Ending:        09/26/2002
Pay Date:              10/04/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 20.00 | 155.00 | |
| Gross Pay | | | $155.00 | 7,335.05 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| 401K Match | 2.33 | |
| Ytd 401K Match | | 110.07 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -4.38 | 538.71 |
| | Social Security Tax | -9.61 | 454.77 |
| | Medicare Tax | -2.25 | 106.36 |
| | DC State Income Tax | -0.80 | 224.53 |
| | **Other** | | |
| | 401 K Deduction | -9.30* | 440.10 |
| | Net Pay | $128.66 | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 09/13 | 4:50pm | 9:07pm | | | 4.30 |
| Sat | 09/14 | NO PUNCHES | | | | |
| Sun | 09/15 | 12:51pm | 6:39pm | | | 5.80 |
| Mon | 09/16 | NO PUNCHES | | | | |
| Tue | 09/17 | NO PUNCHES | | | | |
| Wed | 09/18 | NO PUNCHES | | | | |
| Thu | 09/19 | NO PUNCHES | | | | |
| Fri | 09/20 | 4:52pm | 9:03pm | | | 4.10 |
| Sat | 09/21 | NO PUNCHES | | | | |
| Sun | 09/22 | 12:54pm | 6:42pm | | | 5.80 |
| Mon | 09/23 | NO PUNCHES | | | | |
| Tue | 09/24 | NO PUNCHES | | | | |
| Wed | 09/25 | NO PUNCHES | | | | |
| Thu | 09/26 | NO PUNCHES | | | | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $145.70



Plaintiff's
Exhibit
# 2

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|-----|------|-------|-------|--------|
| IYS | 000237 | 140300 | 00001 | 0000157364    1 |

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

# Earnings Statement



Period Ending:    10/10/2002
Pay Date:    10/18/2002

**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 20.40 | 158.10 | |
| Gross Pay | | | $158.10 | 7,493.15 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -4.67 | 543.38 |
| | Social Security Tax | -9.81 | 464.58 |
| | Medicare Tax | -2.29 | 108.65 |
| | DC State Income Tax | -0.95 | 225.48 |
| | **Other** | | |
| | 401 K Deduction | -9.49* | 449.59 |
| | Net Pay | $130.89 | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $148.61

**Other Benefits and Information**

| | this period | total to date |
|---|-------------|---------------|
| 401K Match | 2.37 | |
| Ytd 401K Match | | 112.44 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|------|------|------|------|------|-------|
| Fri | 09/27 | 4:49pm | 9:24pm | | | 4.60 |
| Sat | 09/28 | NO PUNCHES | | | | |
| Sun | 09/29 | 12:55pm | 3:55pm | 4:05pm | 7:21pm | 5.90 |
| Mon | 09/30 | NO PUNCHES | | | | |
| Tue | 10/01 | NO PUNCHES | | | | |
| Wed | 10/02 | NO PUNCHES | | | | |
| Thu | 10/03 | NO PUNCHES | | | | |
| Fri | 10/04 | 4:44pm | 9:07pm | | | 4.40 |
| Sat | 10/05 | NO PUNCHES | | | | |
| Sun | 10/06 | 12:49pm | 3:45pm | 4:14pm | 6:47pm | 5.50 |
| Mon | 10/07 | NO PUNCHES | | | | |
| Tue | 10/08 | NO PUNCHES | | | | |
| Wed | 10/09 | NO PUNCHES | | | | |
| Thu | 10/10 | NO PUNCHES | | | | |



Plaintiff's Exhibit #2

| CO. | FILE | DEPT. | CLOCK | NUMBER | | |
|---|---|---|---|---|---|---|
| IYS | 000237 | 140300 | 0001 | 0000158855 | 1 | |

# Earnings Statement

**ADP**

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:     10/24/2002
Pay Date:          11/01/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 20.20 | 156.55 | |
| Gross Pay | | | $156.55 | 7,649.70 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 2.35 | |
| Ytd 401K Match | | 114.79 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -4.52 | 547.90 |
| | Social Security Tax | -9.70 | 474.28 |
| | Medicare Tax | -2.27 | 110.92 |
| | DC State Income Tax | -0.88 | 226.36 |
| | **Other** | | |
| | 401 K Deduction | -9.39* | 458.98 |
| | Net Pay | $129.79 | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 10/11 | 4:51pm | 9:33pm | | | 4.70 |
| Sat | 10/12 | NO PUNCHES | | | | |
| Sun | 10/13 | 12:50pm | 3:52pm | 4:20pm | 6:52pm | 5.60 |
| Mon | 10/14 | NO PUNCHES | | | | |
| Tue | 10/15 | NO PUNCHES | | | | |
| Wed | 10/16 | NO PUNCHES | | | | |
| Thu | 10/17 | NO PUNCHES | | | | |
| Fri | 10/18 | 5:00pm | 9:20pm | | | 4.30 |
| Sat | 10/19 | NO PUNCHES | | | | |
| Sun | 10/20 | 12:57pm | 4:16pm | 4:39pm | 7:00pm | 5.60 |
| Mon | 10/21 | NO PUNCHES | | | | |
| Tue | 10/22 | NO PUNCHES | | | | |
| Wed | 10/23 | NO PUNCHES | | | | |
| Thu | 10/24 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $147.16



Plaintiff's Exhibit # 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| IYS | 000237 | 140300 | 00001 | 0000160335 | 1 |

# Earnings Statement

**SPORT AND HEALTH INC.**
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:  11/07/2002
Pay Date:  11/15/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 19.90 | 154.23 | |
| Gross Pay | | | $154.23 | 7,803.93 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -4.31 | 552.21 |
| | Social Security Tax | | -9.56 | 483.84 |
| | Medicare Tax | | -2.24 | 113.16 |
| | DC State Income Tax | | -0.77 | 227.13 |
| | **Other** | | | |
| | 401 K Deduction | | -9.25* | 468.23 |
| | Net Pay | | $128.10 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 2.31 | |
| Ytd 401K Match | | 117.10 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 10/25 | 4:47pm | 9:26pm | | | 4.60 |
| Sat | 10/26 | NO PUNCHES | | | | |
| Sun | 10/27 | 12:48pm | 3:46pm | 4:09pm | 6:54pm | 5.60 |
| Mon | 10/28 | NO PUNCHES | | | | |
| Tue | 10/29 | NO PUNCHES | | | | |
| Wed | 10/30 | NO PUNCHES | | | | |
| Thu | 10/31 | NO PUNCHES | | | | |
| Fri | 11/01 | 4:52pm | 9:08pm | | | 4.20 |
| Sat | 11/02 | NO PUNCHES | | | | |
| Sun | 11/03 | 12:51pm | 3:54pm | 4:16pm | 6:47pm | 5.50 |
| Mon | 11/04 | NO PUNCHES | | | | |
| Tue | 11/05 | NO PUNCHES | | | | |
| Wed | 11/06 | NO PUNCHES | | | | |
| Thu | 11/07 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $144.98

©2001 Automatic Data Processing, Inc.

◄ TEAR HERE

Plaintiff's
Exhibit
# 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| IYS | 000237 | 140300 | 00001 | 0000161828 | 1 |

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*



# Earnings Statement

Period Ending:    11/21/2002
Pay Date:    11/29/2002

**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 21.10 | 163.53 | |
| Gross Pay | | | $163.53 | 7,967.46 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -5.18 | 557.39 |
| Social Security Tax | -10.14 | 493.98 |
| Medicare Tax | -2.37 | 115.53 |
| DC State Income Tax | -1.21 | 228.34 |

**Other**

| | this period | year to date |
|---|---|---|
| 401 K Deduction | -9.81* | 478.04 |
| Net Pay | $134.82 | |

\* **Excluded from federal taxable wages**
    Your federal taxable wages this period are $153.72

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| 401K Match | 2.45 | |
| Ytd 401K Match | | 119.55 |

### Important Notes
PLEASE REVIEW YOUR NAME, ADDRESS AND SSN FOR
ACCURACY. REPORT ALL CHANGES TO YOUR CLUB
MANAGER.

### Time Card Detail

| | DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 11/08 | 4:51pm | 9:26pm | | | 4.60 |
| Sat | 11/09 | NO PUNCHES | | | | |
| Sun | 11/10 | 12:56pm | 3:44pm | 4:05pm | 7:02pm | 5.60 |
| Mon | 11/11 | NO PUNCHES | | | | |
| Tue | 11/12 | NO PUNCHES | | | | |
| Wed | 11/13 | NO PUNCHES | | | | |
| Thu | 11/14 | NO PUNCHES | | | | |
| Fri | 11/15 | 4:50pm | 9:23pm | | | 4.60 |
| Sat | 11/16 | NO PUNCHES | | | | |
| Sun | 11/17 | 12:50pm | 7:08pm | | | 6.30 |
| Mon | 11/18 | NO PUNCHES | | | | |
| Tue | 11/19 | NO PUNCHES | | | | |
| Wed | 11/20 | NO PUNCHES | | | | |
| Thu | 11/21 | NO PUNCHES | | | | |

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE



Plaintiff's
Exhibit
# 2

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|--|
| IYS | 000237 | 140300 | 00001 | 0000163323 | 1 |

# Earnings Statement

ADP®

*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:      12/05/2002
Pay Date:           12/13/2002



**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.7500 | 17.60 | 136.40 | |
| Gross Pay | | | $136.40 | 8,103.86 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Match | 2.05 | |
| Ytd 401K Match | | 121.60 |

| Deductions | Statutory | | year to date |
|------------|-----------|--|--------------|
| | Federal Income Tax | -2.63 | 560.02 |
| | Social Security Tax | -8.46 | 502.44 |
| | Medicare Tax | -1.98 | 117.51 |
| | DC State Income Tax | | 228.34 |
| | **Other** | | |
| | 401 K Deduction | -8.18* | 486.22 |
| | Net Pay | $115.15 | |

**\* Excluded from federal taxable wages**
    Your federal taxable wages this period are $128.22

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|--|----|-----|----|----|-------|
| Fri | 11/22 | 4:43pm | 9:04pm | | | 4.40 |
| Sat | 11/23 | NO PUNCHES | | | | |
| Sun | 11/24 | 12:55pm | 3:59pm | 4:19pm | 6:46pm | 5.40 |
| Mon | 11/25 | NO PUNCHES | | | | |
| Tue | 11/26 | NO PUNCHES | | | | |
| Wed | 11/27 | NO PUNCHES | | | | |
| Thu | 11/28 | NO PUNCHES | | | | |
| Fri | 11/29 | 4:51pm | 6:50pm | | | 2.00 |
| Sat | 11/30 | NO PUNCHES | | | | |
| Sun | 12/01 | 1:00pm | 4:24pm | 4:37pm | 7:20pm | 5.80 |
| Mon | 12/02 | NO PUNCHES | | | | |
| Tue | 12/03 | NO PUNCHES | | | | |
| Wed | 12/04 | NO PUNCHES | | | | |
| Thu | 12/05 | NO PUNCHES | | | | |



Plaintiff's Exhibit # 2

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| IYS | 000237 | 140300 | 00001 | 0000164774 1 |

# Earnings Statement



*SPORT AND HEALTH INC.*
*1800 OLD MEADOW ROAD, UNIT H*
*MCLEAN, VA 22102*

Period Ending:      12/19/2002
Pay Date:           12/27/2002

**RON  NICHOLS**
**1620  FULLER  ST  NW**
**APT  402**
**WASHINGTON,  DC  20009**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.7500 | 20.30 | 157.33 | |
| Gross Pay | | | $157.33 | 8,261.19 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -4.60 | 564.62 |
| | Social Security Tax | -9.75 | 512.19 |
| | Medicare Tax | -2.28 | 119.79 |
| | DC State Income Tax | -0.91 | 229.25 |
| | **Other** | | |
| | 401 K Deduction | -9.44* | 495.66 |
| | Net Pay | $130.35 | |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $147.89

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 2.36 | |
| Ytd 401K Match | | 123.96 |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 12/06 | 4:54pm | 9:10pm | | | 4.30 |
| Sat | 12/07 | NO PUNCHES | | | | |
| Sun | 12/08 | 12:44pm | 4:16pm | 4:36pm | 7:38pm | 6.40 |
| Mon | 12/09 | NO PUNCHES | | | | |
| Tue | 12/10 | NO PUNCHES | | | | |
| Wed | 12/11 | NO PUNCHES | | | | |
| Thu | 12/12 | NO PUNCHES | | | | |
| Fri | 12/13 | 4:34pm | 7:20pm | 7:26pm | 9:25pm | 4.30 |
| Sat | 12/14 | NO PUNCHES | | | | |
| Sun | 12/15 | 1:07pm | 4:10pm | 4:31pm | 6:56pm | 5.30 |
| Mon | 12/16 | NO PUNCHES | | | | |
| Tue | 12/17 | NO PUNCHES | | | | |
| Wed | 12/18 | NO PUNCHES | | | | |
| Thu | 12/19 | NO PUNCHES | | | | |

©2001 Automatic Data Processing, Inc.

