| 5 Medicare wages and tips | | 6 Medicare tax withheld | |
|---|---|---|---|
| | 3980.10 | | 57.71 |

| a Control Number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 000237 70/IYS | 140300 | | A | 2712 |

**c Employer's name, address, and ZIP code**

SPORT AND HEALTH INC
1953 GALLOWS RD
VIENNA VA 22182

| b Employer's FED ID number 52-1195516 | d Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D   238.82 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay   X |

**e/f Employee's name, address and ZIP code**

RON NICHOLS
1620 FULLER ST NW
APT 402
WASHINGTON,DC 20009

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| DC 52-1195516 | 3741.28 |
| 17 State income tax   36.77 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**

# W-2   Wage and Tax Statement   2003

Copy B to be filed with employee's Federal Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. | | 2 Federal income tax withheld | |
|---|---|---|---|
| | 3495.40 | | 85.66 |
| 3 Social security wages | 3718.51 | 4 Social security tax withheld | 230.55 |
| 5 Medicare wages and tips | 3718.51 | 6 Medicare tax withheld | 53.92 |

| a Control Number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 000237 70/IYS | 140300 | | A | 2716 |

**c Employer's name, address, and ZIP code**

SPORT AND HEALTH INC
1953 GALLOWS RD
VIENNA VA 22182

**Batch #01323**

| b Employer's FED ID number 52-1195516 | d Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D   223.11 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay   X |

**e/f Employee's name, address and ZIP code**

RON NICHOLS
1620 FULLER ST NW
APT 402
WASHINGTON,DC 20009

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| DC 52-1195516 | 3495.40 |
| 17 State income tax   12.68 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Safe, accurate,   IRS e-file   Visit the IRS Web Site
FAST! Use                   at www.irs.gov.

**Employee Reference Copy**

# W-2   Wage and Tax Statement   2004

Copy C for employee's records.   OMB No. 1545-0008

Plaintiff's
Exhibit
# 3

## W-2 (2003)

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 3980.10 | 57.71 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000237 70/IYS | 140300 | A | 2712 |

c Employer's name, address, and ZIP code

**SPORT AND HEALTH INC**
**1953 GALLOWS RD**
**VIENNA VA 22182**

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 52-1195516 | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | D 238.82 |

| 14 Other | 12b |
|---|---|
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| | X |

e/f Employee's name, address and ZIP code

**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| DC 52-1195516 | 3741.28 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 36.77 | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

**Federal Filing Copy**

**W-2** Wage and Tax Statement **2003**

Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

---

## W-2 (2004)

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 3495.40 | 85.66 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 3718.51 | 230.55 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 3718.51 | 53.92 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000237 70/IYS | 140300 | A | 2716 |

c Employer's name, address, and ZIP code

**SPORT AND HEALTH INC**
**1953 GALLOWS RD**
**VIENNA VA 22182**

**Batch #01323**

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 52-1195516 | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | D 223.11 |

| 14 Other | 12b |
|---|---|
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| | X |

e/f Employee's name, address and ZIP code

**RON NICHOLS**
**1620 FULLER ST NW**
**APT 402**
**WASHINGTON, DC 20009**

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| DC 52-1195516 | 3495.40 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 12.68 | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

Safe, accurate, e-file    Visit the IRS Web Site
FAST! Use    at www.irs.gov.

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2004**

Copy C for employee's records. OMB 1545-0008

Plaintiff's
Exhibit
#3