TO: Paul Barnedo, Washington Hilton Sport & Health Club [S/ H] Manager

FROM: Ron Nichols, [S/ H] Manager On Duty [MOD]

DATE: August 12, 2002

     It is my understanding on (8-9-02) from Ms. Pam Curran, Sr. Vice President, I should consider a *Bilateral Position* at the Watergate Hotel., but when Ms. Ronnie Myers, Watergate Manager, called me the evening of 9-09-02 on my job, Ms. Myers informed me that she had no *Bilateral Position* available.

     Also, on 8-9-02, Dan Burns described to me a man Mr. Burns knew as a Mr. Bolinsky, that fits the description of a man representing himself on 7-12-02 to me and later Hotel security as Mr. A. Mendex. This man on 7-12-02 entered directly into S/H's men's room and begin using facilities without coming to FD. I asked if he were a member and he said yes, but gave no name. Mr. Mendex said he was not a Hotel guest. I had to ask him several times, when finally he gave me the name, A. Mendex, which he spelled out to me, A. M-e-n-d-e-x. I then went and checked our computer records and various folders on the desk of S/H Manager, Paul Barnedo. I could not find an A. Mendex. This Mr. Mendex disappeared and returned within 15 minutes with an Andrea Mendez a newly joined member, #803766, who had the appropriate S/H card. Then this man representing himself as Mr. A. mende(x) solicited a bribe from me to look the other way from this happening. I ignored his solicitation.

     On 8-4-02, a party of 4 adults and 2 children arrived at the 19th Street entrance to S/H. One person presented a Tenley S/H membership card for entrance; all other parties were to enter as the guest of Tenley member, Ms. Nancy Polloff. Months in the past, our FD had allowed such outsiders to enter with the proviso, that we could not normally allow that non-Hilton party to sponsor their use of this club again. However, in the past month, Mr. Barnedo has posted a sign at the FD, that no exceptions could be made on non-Hilton S/H members being able to enter on an un sponsored basis. Please note this no exceptions' attachment herein.

Attachment: Above mentioned

Plaintiff's Exhibit # 4

### Guest Pass Punch Card:



A guest must be Accompanied by a Member, they must fill out our guest waiver every visit. Make sure to punch the pass each time.

### One Day Guest Pass:



This must be signed ( by Paul, Kiri, Ron, or Jesse), it must have an Expiration date, and is for ONE day only. We keep each One day guest pass as they are presented.

### Yellow Temporary Cards:



This should be laminated, signed ( by Paul, Kiri, Ron, or Jesse), and have an expiration date. We keep the yellow cards as they expire. If its' Thursday 6/26/02, and a card is presented to you with an expire date of 6/26/02, we keep the card after they check in.

### Other Sport & Health Members:
Do not have access to our Club.

### Sport & Health Employees:
Do not have access to our Club.
NO EXCEPTIONS