# Watergate Residents Clash Over Co-Ops

WATERGATE, From E1

ings, was designed in the 1960s by Italian architect Luigi Moretti and sits next to the Kennedy Center. The 1972 break-in at Democratic National Committee headquarters in the Watergate led to President Richard M. Nixon's resignation.

Blackstone Real Estate Advisors LP, a New York-based investment group, bought the hotel in 1998 for $39 million from Japan's Nikko Securities. A year ago, Monument Realty made an offer to buy the hotel, contingent on zoning approval. But Monument backed out of the deal, saying the age of the hotel would make its conversion more costly than it had thought.

Last fall, Monument was back. It struck a new agreement with Blackstone for an undisclosed price. Darby said Leffman Brothers is a major investor in the deal, which is supposed to close in August.

The D.C. Zoning Commission gave tentative approval to the conversion on May 10. It is expected to vote on final approval next Monday. New luxury co-op units would range in price from $700,000 for a studio to $2.5 million for a penthouse with views of the Potomac River.

There is, however, a glitch. Space under the hotel — 46,000 square feet now used for parking, meeting rooms and administrative offices under the hotel, opponents of the conversion believe they can stop it. Darby has tried to buy it; he would like to use it to expand the parking garage so he can offer buyers of his fancy new co-ops two parking spaces per unit. He also wants to avoid Watergate East co-op approval for any other renovation he wants to make to the parking garage.

Monument offered Watergate East $4.25 million for the underground space.

Those who support the sale say the proceeds could be an important buffer against increases in co-op fees. Daniel F. Sheehan, the president of the Watergate East co-op board of directors, supports the sale. A sale of this magnitude would guard against future increases of fees to the members," said Sheehan, who is retired from the U.S. Coast Guard and works as a consultant.

Opponents are holding firm. They say selling the space would speed the closing of the hotel.

"If you take the hotel, it will make the place dormant," said William S. Diedrich, a retired U.S. diplomat. "It's a decent place to go, and I have a $15 hamburger," he said of the bar lounge.

"There's no living like the Watergate living, and you need the hotel here," said Evelyn Y. Davis, an investor activist who lives in the complex for two ions in support of co-op neighbors. Neil C. Livingstone, president of Watergate South, where Domingo, Rice and the Doles live, said his building was initially against Monument's plan. But opinions changed after a hired consultant said it was unlikely that a high-end hotel could thrive in that location, said Livingstone, head of a crisis-management consulting firm.

On Jan. 22, a majority of the Watergate East co-op shares voted to approve the sale. But the co-op's 11-member board declared that Monument needed 75 percent of the votes to win.

The group supporting the sale, led by Wolf, filed a lawsuit in the Court of Chancery in Delaware. Monument paid the legal fees. In February, Judge William B. Chandler III ruled that the January vote was invalid because the co-op bylaws required only a simple majority for a resolution to pass. Another election was scheduled for April 12.

Both sides began campaigning, distributing fliers to residents.

One, in favor of the sale and written by William Wolf, listed the names and phone numbers of the "six, antidemocratic and recalcitrant Directors" who opposed the Monument proposal. "Call them and insist on democracy. This is America, under the rule of law. It is not Vietnam, that under the rule of the gun directly competing with our own apartments, depressing our market values, and (turning us into the 'has-been' Old Watergate.'"

Domingo, general director of the Washington National Opera, wrote a letter to city zoning officials opposing the conversion. "The elimination of the Hotel would not only diminish the lifestyle of the residents, but would adversely affect the position of the Watergate Complex in the District as an acclaimed example of urban living," he wrote.

Opponents of the sale claimed that Rice was on their side. (In response to questions, her spokesman, Sean McCormack, left a message, saying with a laugh, "I don't think we're going to have anything on this one.") Both sides said they tried to lobby Ginsburg but couldn't pin her down. (A Supreme Court spokesman, Ed Turner, said, "The justice has decided to decline the request to comment.")

Leading up to the April election for the co-op's board of directors, Monument's supporters successfully backed two incumbents and a third new candidate, tilting the board's majority in their favor.

On April 12, people swarmed into the hotel's Monticello Room. An estimated 94 percent of the eligible members voted won by a slim majority. It audit

Bruce B. Drury, a partner in the Bethesda-based accounting firm Watkins, Meegan, Drury & Co., audited the vote. According to a memo written by Kourosh Aghazadeh, the general manager of Watergate East, Drury was soon bombarded with phone calls from residents wanting to know how their neighbors had voted. The auditor told Aghazadeh that "as he speak, the paper proxies are votes are being shredded," according to the memo. Both sides agree that the ballots were shredded, but Wolf and Sheehan said they did not order it.

Drury declined to comment on the shredding.

"It's a mess," said Olender, who lives in a co-op once owned by Nixon fundraiser Maurice H. Stans. "People are disgusted with it."

Diedrich and his supporters immediately began collecting signatures from residents to ask the board to hold another vote. He got a receptionist to put letters he wrote into residents' mailboxes. He hung out in the lobby to corner people as they returned from work. He got enough signatures to schedule a new vote for tomorrow. Sheehan said that the vote is only advisory and that the ultimate decision will rest with the board, while opponents of the deal dispute that.

To make sure there are no accusations of ballot fraud this time, the board is paying the League of Women Voters $1,000 to $2,000 to monitor the election.

Plaintiff's Exhibit #5

# Memo

**To:** Dan Burns

**Cc:** Pam Curran

**From:** Paul Barnedo

**Date:** 08/09/02

**Re:** Hours for Ron Nichols

---

Ron Nichols works the following listed shift: His hourly rates are $7.75.

- Monday 5pm to 10pm (MOD, for Summer Season. Added Shfits ends Labor Day)

- Wednesday 5pm to 10pm (Front Desk)

- Friday 5pm to 10pm (MOD)

- Sunday 2pm to 10pm (Front Desk Shift Goes to 2pm to 8pm after Labor Day)

Thank you for your anticipated cooperation,

Paul Barnedo

Plaintiff's Exhibit #6

# SPORT & HEALTH CONNECTION

A monthly newsletter to keep Sport & Health employees connected to each other and the company's mission.

## Be the Best You Can Be

From September through December, our members and staff had the opportunity to recognize employees that go "above and beyond" the call of duty in providing outstanding service and supporting the overall club efforts through the Above & Beyond Employee Recognition program.

During this period, each club received numerous comment cards recognizing our staff and at the end of the period the winners were selected (see list below).

All of the nominated employees demonstrated our core principles of operation:

1. Ownership and Accountability
2. Relentless Attention to Detail
3. Respect and Caring for the Individual
4. Sales Driven
5. Responsive to Customers
6. Extraordinary Service
7. Passionate about Health and Fitness

Congratulations to the winners and keep up the good work!

—*President and CEO Don Konz*


ABOVE & BEYOND
EMPLOYEE RECOGNITION PROGRAM

### Above & Beyond Winners

| Club | Name | Position |
|---|---|---|
| Annandale | Carlo Pizzaro | Front Desk |
| Annandale | Bob Converse | Group Exercise |
| Arlington | Dana Gramling | Fitness Director |
| Arlington Y | Pat Killion | Front Desk |
| Ballston | Eric Hooper | Fitness |
| Ballston | Tasneem Akhtar | Nursery |
| Bethesda | Yoothana Mumme | Aquatics |
| Bethesda | Sarah McKechnie | Group Exercise |
| X Crystal Park | Paul Barnedo | Dir. of Operations |
| Crystal Park | Carmen Oliva | Housekeeping |
| Hilton | Julia Pacheco | Housekeeping |
| X Hilton | Ron Nichols | Front Desk |
| Loudoun | Jeremy Payne | Fitness Director |
| Northwest | Aura Palacios | Front Desk |
| Northwest | Judy Abshire | Group Exercise Dir. |
| Old Town | Katie Kaiser | Fitness |
| Old Town | Gary Satterthwaite | Assistant Mgr. |
| Regency | Dean Trakis | Fitness |
| Regency | Herschel Elder | Sr. Assistant Mgr. |
| Rio | Lisa Platnik | Group Exercise |
| Rio | Doug Hill | Fitness |
| Rockville | Mel Goldstein | Front Desk |
| Rockville | Roger Drummey | Front Desk |
| Skyline | Chris Parker | Fitness |
| Skyline | Jackie Wright | Front Desk/MOD |
| Tenley | Irma Beltran | Housekeeping |
| Tenley | Dawn Byrne | Group Exercise |
| Tysons | Sherree Shiede | Front Desk |
| Tysons | Don Brazelton | Group Exercise |
| Watergate | Nani Sawarni | Front Desk/Admn. |
| Watergate | Liz Foo | Asst. Mgr./Grp Ex |
| Woodbridge | Angel Lambert | Assistant Mgr. |
| Woodbridge | Rick Cutting | Fitness |
| Worldgate | John Byrne | Fitness |
| Worldgate | Sandy Neuburg | Group Exercise |

### Fitness Equation Awards:
Club of the Year: Dale City

| | |
|---|---|
| Charles Carter | Club of the Year GM |
| Alex Le | Club of the Year AM |
| Derek Benson | Club of the Year AM |

### Fitness Consultant Contest

| | |
|---|---|
| Dale City – Alex Le | 1st Place |
| Fredericksburg – Julie Neatrour | 2nd Place |
| Fredericksburg – Dennis Overton | 3rd Place |
| Dale City – Derek Benson | 4th place |

### Fitness Equation Club Awards:
Reston

| | |
|---|---|
| Erin Steiner | Employee of the Year |
| Patricia Baer | Kid's |
| Sarah Vogel | Front |
| Andrea Rippe | Perso |

Dale City

| | |
|---|---|
| Judy Scanlon | Empl |
| William Gorman | Front |
| Danielle Rizzo | Kid's |
| Susan Toomey | Group |

*Plaintiff's Exhibit #7*

*It is our mission to "enroll individuals to be healthy and active for a lifetime by providing outstanding service and the finest in health, recreation and sporting facilities while growing profitably."*

# Above & Beyond

Employee Recognition Program – 2000

Congratulations to Washington Hilton's Winner

## RON NICHOLS

In recognition of the outstanding service you provide to our members. Thank you for going above and beyond the call of duty in contributing to the

### Sport & Health Mission

of "enrolling individuals to be healthy and active for a lifetime by providing outstanding service and the finest in health, recreation and sporting facilities while growing profitably."

SPORT & HEALTH Clubs

Plaintiff's Exhibit # 8