To: Managers
From: Ron Nichols, Front Desk [FD] *Ron*

Date: September 12, 2001         Subject: Front Desk Policy

I am concern that a letter has been drafted to a member, saying you have discussed a situation with me when no such discussion took place.

It was I who informed you on 8-29-01, that Cary Chavis requested you call him. According to S/H Tennis Court Rules and policy here at the Washington Hilton I charged Mr. Chavis on my shift for his court time with his visitor, both of whom were using our facilities. Mr. Chavis did not pay his court fee before going to the court to play tennis with his visitor, eventhough, Mr. Chavis arrived about eight minutes early before the start of his one hour court time. Mr. Chavis met another young male, who did not come into the Club nor sign in before going to our court to play. Cary's visitor instead trespassed around the back past the pool to gain entrance into the court and begin playing with Mr. Chavis. Apparently also, Mr. Chavis' visitor transported Cary's brown and white dog to the court gate during his interlope. This is not the first time Mr. Chavis has tried to avoid payment on my shift. Paul, if you would have talk to me about the matter, I would have told you of the above events plus additional facts about Mr. Chavis. For example, in the week of 8-24-01, I had to request twice, pursuant to posted Hilton tennis court rules, that Mr. Chavis and his guest put their tops on to cover the upper portion of their bodies while playing on our court. As I remember I had to charge Cary once during that week for his visitor who did not sign in.

On 8-29-01, when Cary and his visitor finished their game, the latter did not come into the Club but left by returning past the pool by which he came as this visitor had done the week of 8-24-01. Mr. Chavis came into the Club bringing his dog. Chavis came walking through the gym to the FD saying he wanted to pay a court fee. Cary mentioned nothing about a guest or the visitor I had observed him with, as I informed him that court and guest fees of $14.00 had already been charged to him. I also reminded Mr. Chavis that it would probably be a good idea not to bring animals in the future to the gym. I informed Cary that I could not reverse the charges at that time because they had been processed into the CPU. I requested that Mr. Chavis in the future: <u>1) Please accompany to the FD any guests he featured to S/H; 2) have them to please sign in, and; 3) Pay all appropriate fees before using facilities.</u> Mr. Chavis at that time asked to speak to the manager. Paul Barnedo was not availble then, but I said I would ask Paul to call Mr. Chavis when Paul returned. Cary left with his dog. When Paul returned, I asked Paul several times to call Mr. Chavis but to my knowledge Paul did not call Cary then, and Paul did not discuss further my request he call Mr. Chavis.

Days later following 8-29-01, a hand written note appeared at the FD authorizing a $14.00 refund for Mr. Chavis. If the $14.00 refund was based on Cary's tennis court/visitor fees collected on my shift, then Mr. Chavis is being rewarded for breaking the rules on several accounts, and it thus makes no sense to charge any one for use of the courts, or to require any one to sign in before using S/H & Hilton facilities. To treat all fairly do not charge fees, and if they grossly violate established rules, pay violators extra. What a business! *(This is not an isolated occurance. The non-payment of court and other fees at the FD has been occuring quite largely with the rapid turn over, and apparently variable/inconsistant training of new people--as referenced in my memo dated 9-5-01.)* Because I collect whenever possible fees due S/H, and uphold The Rules, policy & procedures, I become a bad guy.

CC: Dan Burns, Regional GM, Bethesda Sport and Health Club Inc.
*Certified Mail Return Receipt #7000 0520 0022*

Plaintiff's Exhibit # 9a

September 7, 2001

2326 Ashmead PL.., NW
Washington, DC 20009

Dear Mr. Chavis

We at the Washington Hilton Sport and Health Club apologize for the incident that you informed us about during the week of August 27 concerning Ron Nichols. We have discussed the issue with Ron and have explained the procedure.

To help things run more smoothly in the future, please check in before your playing time. We thank you for your patience in advance.

We value you as a member of our health club and do not wish to cause you any inconvenience. As discussed, we have enclosed a court time pass for your next four tennis fees that you can give to the front desk staff before your playing time.

Regards,


Paul Barnedo

Manager

Plaintiff's Exhibit # 9b