

## ATTENTION ALL TENNIS MEMBERS:

All Tennis Members scheduled to play tennis must check-in at the front desk inside the health club to pay the appropriate fees for the court and their guest before entering the courts.

## NO EXCEPTIONS TO THE RULE!!!!!

## HAVE A GREAT GAME!!!

THANK YOU
MANAGEMENT



Plaintiff's Exhibit #10



**Washington Hilton SPORT & HEALTH Club**
*a higher level of fitness*

1919 Connecticut Avenue, NW, Washington, D.C. 20009 • (202) 483-4100

# Tennis Court Rules

1. **CHECK-IN:** All members and their guests must check in at the reservation desk and pay applicable fees before beginning play. If playing partners do not check in, the member whose name the reservation was booked under will be charged the remaining court fees.

2. **RESERVATIONS:**

   a. Reservations are required for use of all courts including walk-on time. Walk-on time will not count against outstanding reservation time.

   b. A member may reserve court time up to one day in advance, beginning at 8:00 am with no more than two outstanding reservations in his or her name. *Exceptions for lessons* [handwritten]

   c. Reservations are limited to one hour for singles and two hours for doubles.

   d. Members must make their own reservations. A member may not reserve or cancel a court in another member's name, nor may a guest/non-member reserve a court in a member's name.

   e. Members reserving a court for singles must give both names when making the reservation. *The court time may be forfeited if both names have not been listed prior to court time.*

3. **NO SHOW POLICY:** If the reservation is not cancelled and the member does not check in at the front desk, a *No Show* fee of $10.00 plus the court fee will be charged.

4. **CANCELLATION POLICY:** Members will not be charged for reservations cancelled at least eight hours in advance. If a member cancels inside the eight hour limit the court fee will be charged unless the court time is resold. *Please note: Reservations before 9:00 am must be cancelled by 8:00 pm the evening before to avoid the court fee charge.*

5. **WAIT LIST:** The club will diligently maintain a list of those awaiting court time which may become available through cancellation. So please do not become a *no-show*. Be considerate by making that phone call to cancel, even if it is at the last minute. Remember, at some time you might be one of those on the wait-list.

*[handwritten: Plaintiff's Exhibit #11]*