Bethesda [S/H], Bethesda, Maryland 20814

THROUGH: Paul Barnedo, Washington Hilton [S/ H] Manager

FROM: Ron Nichols, [S/ H] Front Desk [FD]

DATE: June 28, 2002

SUBJECT: CONTINUING REPRISAL/RETILIATION/HARASSMENT FOR HAVING
FILED A COMPLAINT OF DISCRIMMINATION

Brenda Bailey [Front Desk (FD) employee] punched out on time clock around 5PM, June
19th 2002.  However, Brenda continued to stay behind the FD as if she were in charge of
my work shift.  When I went to Mr. Barnedo to complain about the conflict Brenda was
causing with my work, Paul said, he did not want to hear about it.  Paul showed no
interest in the smooth progression of my work, but seemed to take joy in the
encumbrances Brenda placed on the performance of my job duties with Brenda still
occupying my work position.  The FD workspace in question is 30" X 5', 30" X 49".  A
chair, furthermore, is centered inside this maneuver space.  This is scant space for two
people of the same gender to maneuver in, much less people of different sexes.

Common sense, logic, and wholesome business practice can not justify a reasonable
business necessity for the above incident, other than the harassment of a person, who has
filed a Complaint of Discrimination against S/H, and has previously complained about
the harassing individuals involved.

During this incident which made me feel uncomfortable and lasted till nearly 6PM, I
continued to object to Paul about the interjection of Brenda into my workspace and her
interference with my work.  Brenda can become high strung, defensive, and incoherently
loud (4-8-02, 5-6-02, 5-22-02) when excited.  Paul allowed Brenda to continue, as if to
provoke an argument between she and I and possibly much worst to set me up in a sexual
harassment issue [due to the close quarters in the workspace behind the FD].

Brenda had no need to stay behind in the limited space of the FD workstation after her
shift's end and my relief of her at 5PM.  I did not request her assistance, nor did I ask
Paul to ask Brenda to assist me in my work.  This action (I believe) on the parts of
Mr.Barnedo and Ms. Bailey is due partly to their reprisal for my memorandum (attached)
dated April 22, 2002, entitled "How Would You Like to Pay for That?"

I have constantly complained to Paul about Brenda's negatively impacting my work, e.g.,
by she not briefing me at shift hand over (4-24-02), not collecting fees (Witherspoons'
tennis charges-5-22-02), from not including enough small change (4-24-02, 5-5-02, 6-19-
02) in S/H bank to do night shift business.  Brenda works day shift when hotel resources
& S/H staff options are more accessible and flexible.  Brenda should be able by now to
recognize the night shift's need to have reasonable and proper change.  Often in the



evening and weekends I must deal alone with what, a full S/H weekday crew shares together. There are no extra people or extra time to go get change for transactions, if I don't have change. I don't make a good impression on someone buying an item or paying for a service, when the buyer can't get the right change returned to them at purchase time. Since I have filed a Complaint of Discrimination against S/H, my superiors have done what they could to undermine the performance of my job and my general work status.

CC:    Ms. Aryan A. Rodriquez, Investigator
       Office of Human Rights
       441 4th Street NW#570N        CERTIFIED MAIL #7000 0520 0022 6723 4035
       Washington, DC 20001

       RE: Docket No:01-113-P (CN)
       Ron Nichols v. Sport & Health, Inc.

Attachment: Above Mentioned, "How Would You Like to Pay for That"

Plaintiff's
Exhibit
# 12

To: Paul Barnedo, Hilton Sport & Health Club [S/H]
    Manager

Date: Monday, April 22, 2002                           Page 1/2

From: Ron Nichols, Manager on Duty [MOD] Notes

SUBJECT: "How Would You Like to Pay for That?"

      It has come to my attention numerous times that this club now supplies services without collecting money in exchange for the goods/services provided to clients. The cancer referred to in my memo dated 8/23/01and subsequent memos has not been cured, and may be incurable. One of the latest service give-away's occurred April 22, 2002, when Brenda Bailey, Front Desk[FD], reportedly arranged for a massage to be performed by masseuse, Donna Moore.

      When the client appeared Brenda Bailey collected no money or any other form of payment, nor did Brenda prepare any paperwork as a record or any other means by which the gentleman non-payer could be identified or traced should there be a problem. No one even got a liability wavier signed by the gentleman non-payer. I am sure he was not asked for payment, because if he had been requested to render payment straight off and he refused, <u>you would then know you had a problem</u>, plus <u>he would not get the massage</u> ---RIGHT! This is not play this is business. From my experience working here, there is nothing to gain by foregoing payment, except loss of payment.

      Logic dictates, that clients would expect to pay for services they schedule. Their feelings are not going to be hurt when you ask them for money. <u>Risk should be minimized</u>. Why juggle money when you don't have to, just to impress someone? When you instill the routine of not collecting payment-form up front, the habit of missed collections wins out. Tonight's (4/22/02) massage events are a harsh example of the fee collection problem here at the Washington Hilton S/H.

      As recently as 4/8/02, I as MOD talked with Brenda about collecting payment-form up front, especially with court fees and massages. Massage therapy seems like hard work, which doesn't get easier when you massage someone for free.

      Paul, I complained to you on 4/17/02 about Kiri Kirschner and Brenda not passing on information in the relief of my shifts. That evening, <u>I had to call</u> one of our members to ascertain what Kiri charged on his credit card, which charge, Kiri left for my shift totals. I further discovered that the credit card numbers Kiri wrote were incorrect and rectified that problem. This passing on of institutional information is of high import. One working his job needs information to perform that job, and in this case to make up for the shortcomings of others.

Plaintiff's
Exhibit
# 12

Page 2/2

Any one reading this memo must admit how amazing it is to walk into any business establishment, get a massage without paying for that service, and get away without a trace.

Paul, I understand that when the gentleman non-payer appeared for his massage that, you and Brenda were in the vicinity of the FD, and both in earshot of the transaction. At that time, the opportunity for the perpetrator to pay was tossed off. At the start of my shift neither you nor Brenda informed/brief me of any circumstances concerning FD activities.

FD folks involved in massage requests could exercise more diligence in record keeping. Sunday 4/20/02, Shaunte McKissick, a standby masseuse called me to ask about a massage request left on her voice mail. I went through the massage book and looked at materials at the FD, and saw no record of any massage or proposed massage. Often, FD people when they write requests don't leave their name as schedulers. If there's a problem and someone must be called to resolve that situation, there may not be enough information at the FD.

Paul, I read the wonderful writing materials you've put at the FD and on the wall about pre-payment for services. Apparently, your message is not believed or enforced. Why are so many people working FD here, afraid of asking directly for money/payment due?

CC:     Ms. Pam Curran, Sport & Health Sr. Vice President
        1800 Old Meadow Road, Unit H
        McLean, Virginia 22102

        Mr. Dan Burns, Regional GM, Bethesda Sport & Health Club, Inc.
        Bethesda, Maryland 20814   CERTIFIED MAIL #7099 3400 0002 0310 7629

Plaintiff's
Exhibit
# 12