in Them
club.

### C. Standards for a Manager on Duty shift

1. There is appropriate staffing for each departmental shift.

2. All staff are in proper uniform.

3. Each department is visited at least twice (may vary from club to club). Staff is asked how things are going and what support they need. Requests and problems are followed up immediately.

4. Club rounds are made constantly to observe staff satisfaction and provide support. MOD intervenes immediately to relieve busy times and handle problems.

5. Front desk is informed of MOD activities and/or location in club so that immediate contact is made.

6. Any observance of poor appearance, attitude or service is confronted and changed immediately.

7. MOD is the role model for service and efficiency. Club rounds are made constantly to observe MEMBER satisfaction and provide service. MEMBERS are greeted and asked, "how are things going". Requests and problems are followed up immediately.

8. All MEMBER problems or complaints are handled personally. When necessary, complete and proper documentation is immediately forwarded to management and/or staff.

9. Club meets standards of walk through inspection.

10. All equipment is working or properly labeled with laminated sign and repair date noted. (The repair date on the sign signifies the date the equipment will be operating at opening on that date. I.e. A repair sign reading April 15th means the equipment will be operating at opening on April 15th.)

11. There is correct and appropriate signage throughout the club. Signs are professional, up-to-date and visible.

12. All operational breakdowns are investigated immediately. Action is taken to ensure quick resolve of the problem. Proper documentation is distributed to the appropriate staff.

13. All checklists, logs, register reports and daily reconciliation's, etc. are completed and initialed.

Plaintiff's Exhibit # 13

# DUTIES AND RESPONSIBILITIES

JOB TITLE:  Front Desk Staff Member

JOB SUMMARY:
- Greets members and guests, check them into the club in an efficient manner, and collects and records fees.
- Welcomes prospective members to the club.
- Creates a friendly, positive atmosphere at the desk to build member retention.

REPORTS TO:  Manager on Duty and Club Manager

DUTIES AND RESPONSIBILITIES:
1. Greets members and their guests in a cheerful manner and efficiently checks them into the club.

2. Directs prospective members to membership director.

3. Answer telephone and directs calls to the appropriate staff members.

4. Manages the court reservation sheets and waiting list; records reservations and cancellations.

5. Collects and records appropriate fees.

6. Operates the computer in order to check in members and record transactions.

7. Accounts for all monies collected and reconciles all transactions at the end of a shift.

8. Controls the flow of people traffic into the club.

9. Opens and/or closes the club.

10. Controls pro shop inventory and merchandise sales.

11. Works closely with other staff members to promote the club and keep it running smoothly.

12. Keeps informed of and promotes club programs.

Plaintiff's Exhibit #14