# HILTON FRONT DESK OPERATIONS

These are general policies for the Washington Hilton Sport & Health Club. The operations of this club may vary from other Sport & Health Clubs due to the involvement with the hotel and other membership policies.

** Only Hilton Club members have daily access to this club with proper I.D. presented. All other Sport & Health club members should be aware and when asked, you should mention that this is a separate membership and if interested, we could give that person membership information.

** Hotel Charges
 - After greeting guest, have the person sign in at the desk while you complete the misc. charge slip. Have the guest sign the slip and make sure you verify that persons name & room number before entering the transaction into the club computer.
 - Once it has been put onto the computer, you must type "okay" to clear the screen.
 - There will always be a "balance due" for hotel charges because payment was not made, the hotel will post the charge at night!!
 - Hilton Honors program refers to Gold, silver, Preferential, Diamond, and senior members to receive free club access. This should be noted in the computer and indicate HH on the sign-in sheet

** Club Services
 - Any service provided by the club (Massage, Personal Training, swimming lessons, Tennis lessons) an extra receipt should be set aside for the instructor after it has been put in the computer. The instructor needs this receipt to get paid! Please be sure to keep one for the instructor.

** Club Logbook
 - Please check the logbook daily during your shift for messages from other staff, managers, and important messages. Leave any important messages or questions for other staff / management.

** VCR
 - Please make sure you are aware of the VCR tape and the proper setting to record. There have been incidents in the past where thefts have occurred, and this may be a tool to prevent these incidents! Keep your eye on the tapes and rotate when needed.

** Please notify management when change or coins are needed for the desk cash drawer. There should always be loose change available.



Plaintiff's Exhibit # 15

\*\* Membership Information
- For several different reasons, front desk staff should not give out price information or termination information when asked. The club membership director or manager should get all incoming phone calls or a name and phone number to return the call.
- Membership calls and walk-ins are very important leads for the club, and we need to make sure these are accounted for properly.
- When someone walks-in for club information, please ask the person to fill out their local information and sign the bottom of the waiver form, and someone will show them through the club! ( find the membership director or the M.O.D. while they sign-in!)
- If no one is present to show them through the club, explain the facilities in the locker rooms and let the person show themselves through the fitness center and outside areas if desired. Inform the person that we will follow up with a phone call or to call for price information at another time. Do not let people go through locker rooms by themselves - prevent thefts etc.
- For termination questions, membership director or club manager will need to speak to this person. Get a name and phone number for follow up!

\*\* Employees receive a 25% discount on merchandise in our pro-shop area, try to indicate discount when you put through computer ( Em shirt ) as an example.
- please have people try on items before buying and explain that there are no returns. Leave any question or request in Marty's pro-shop folder located under the desk. He comes in once-a-week to restock the merchandise.

\*\* Please do not make personal phone calls at desk area. If you need to make a local call, try to do this during a break. You cannot properly greet members and guests when you are involved in personal conversations.

\*\* Please do not eat in the desk area. If possible, club managers will cover the desk staff during breaks.

\*\* Make sure you have a staff phone list. You are responsible for your shifts coverage. If you need to switch or get coverage, notify manager in advance, and try to make arrangements with other staff members. Inform the manager of any changes and record them on the front desk schedule.



Plaintiff's Exhibit #15