Sent By: Sport&Health;          703 893 8487;          Jun-29-01  4:30PM;          Page 2/2
Jun-29-01 02:24                                                                     P.02

# WANTED
# MONTGOMERY COUNTY POLICE



## ROBERT BROCKINGTON
AKA: ROOSEVELT BROCKINGTON
5/10, 200 lbs, BLACK HAIR, BROWN EYES
DOB: 07-28-1975

### THEFT UNDER $500
### MALICIOUS DESTRUCTION OF PROPERTY

SUBJECT IS KNOWN TO FREQUENT FITNESS
CLUBS WHERE HE STEALS FROM CLIENTS
LOCKERS

IF LOCATED CALL 301 279-8000
INVESTIGATOR: M. THOMAS/BETHESDA DISTRICT
301 657-0112

*Above subject is also wanted in FAIRFAX COUNTY, VA
for THEFT – 703 385-7924

Plaintiff's Exhibit #16

TO: Paul Barnedo, Washington Hilton Sport & Health Club [S/H] Manager

FROM: Ron Nichols, [S/H] Manager On Duty [MOD]

DATE: May 27, 2002

SUBJECT: IMPERSONATION & ATTEMPTED THEFT OF SERVICE INCIDENT

   Tonight at 8:10PM, a tall (approximately 6') white skinny man in his 20's came into the Club at the 19th Street enterance. He flashed a new [white, blue, & red] style S/H Club card. He had brown hair, a mustcahe and wore a black and white checker patterned shirt, with a baseball cap turned backwards.

   This young man was unfamilar to me, and appeared to be in a hurry. He said he just wanted to get his keys. I asked to see his card, which was blank on the barcode side, though the card had a barcode sticker. I ran the card through the scanner, nothing. I typed in the given barcode #429452, nothing. I then confiscated the card, picked up the telephone, and called Hotel Security. The person said he was going to get his other card, and left through the 19th Street enterance. Jesse Parks, fellow employee was coming into FD area, and at my request went to the 19th Street door. Jesse said he saw the subject riding away in a hurry on a bicycle down 19th Street, and crossing Florida Avenue.

Attachment: Above Mentioned Confiscated S/H Card



Plaintiff's Exhibit #17

**Hilton Sport & Health**

# Memo

**To:** Front Desk Staff

**From:** Paul Barnedo

**Date:** 07/19/02

**Re:** Complementary Memberships

---

The following people have complementary memberships with the Hilton. Until they are officially set up with their memberships, please let any of them use the club. They would have to pay for anything else in the club. The only thing free is their membership. Have them sign our member guest waiver. If they have a guest that is not on this list, the guest must pay our $10 guest fee.

1. Cardinal Theodore McCarrick, Archbishop of Washington
2. Bishop Kevin Farrell
3. Bishop Francisco Gonzalez
4. Fr. Augustin Mateo
5. Fr. Jesus Gomez, OFM
6. Fr. Bill Gurnee
7. Fr. Edward J Filardi

Thank you for your anticipated cooperation,

Paul Barnedo

• Page 1

Plaintiff's Exhibit #18

Guest Pass Punch Card:



A guest must be Accompanied by a Member, they must fill out our guest waiver every visit. Make sure to punch the pass each time.

One Day Guest Pass:



This must be signed ( by Paul, Kiri, Ron, or Jesse), it must have an Expiration date, and is for ONE day only. We keep each One day guest pass as they are presented.

Yellow Temporary Cards:



This should be laminated, signed ( by Paul, Kiri, Ron, or Jesse), and have an expiration date. We keep the yellow cards as they expire. If its' Thursday 6/26/02, and a card is presented to you with an expire date of 6/26/02, we keep the card after they check in.

Other Sport & Health Members:   Do not have access to our Club.

Sport & Health Employees:   Do not have access to our Club. NO EXCEPTIONS

Plaintiff's Exhibit #19



# Hilton
Washington & Towers

# Memo

**To:** Carlos Dellamea - Sport & Health Club

**Cc:** Nichole Dorsey - Front Office
Kevin Batters - Executive Office

**From:** Cheryl Haydel - Meetings & Conventions

**Date:** 6/8/01

**Re:** VVIP Group - Wyeth-Ayerst Research

---

Please note that over the dates of Sunday, June 10 through Wednesday, June 13, the Hilton Washington will be hosting the Wyeth-Ayerst Conference. This group is a VVIP group.

Please note that as per the Executive Office, all guests with the Wyeth-Ayerst Group will receive complimentary usage of the Health Club.

Please find attached a rooming list reflecting all guests currently registered for the above-mentioned Conference. Guests will be provided with a flyer upon check in informing them of the complimentary usage of the Sport & Health Club.

Please advise your team members accordingly.

Thank you in advance for your assistance in making this a positive experience for the Wyeth Group, as well as the Hotel.

Please feel free to contact me with any questions or concerns.

Thank you,

Cheryl Haydel
Ext. 3273

Plaintiff's Exhibit # 20

● Page 1

**Meetings & Convention Services**

# Memorandum

**To:** Sports and Health Mgmt & Staff

**From:** Jeffrey G. Chirinos, Assistant Director of Meetings and Conventions

**CC:** Jennifer Roberts, Sales Manager

**Date:** 07/19/02

**Re:** Complimentary Sports and Health Usage for the MERCK Group

---

Please grant Complimentary Entry and usage of the Sports and Health Facility to the following VIPs with MERCK & Co. Conference held here from 9/19 through 9/25:

| | | |
|---|---|---|
| Carolyn Ridgway | Mike Kappel | Joe Blum |
| Chip Meyer | Marna Kinney, VIP | Kathy Hill, VVIP |
| Abbie Proctor, VVIP | Jennifer Reptsik | Kim Alfonso |
| Brian Hallock | Paul Howes, VVIP | |

Please feel free to contact me at Ext. 5773 if you have any questions on the above. Otherwise I thank you in advance for your immediate attention on the matter.

Jeffrey G. Chirinos

● Page 1



Plaintiff's Exhibit #21

From: Ron Nichols, Front Desk [FD]

Date: November 25, 2001 {7:25PM}

Subject: Times When We Earn Our Pay

    If possible could you please remind new FD folks that occasionally Hilton Honor guests are not clear about what fees, if any, these guests must pay to use S/H. Tonight, two such guests, Mr. D. Atkins and Ms. E. Ferris, in room C333 insisted that Mr. Atkins' Platinum Airline Card raised their regular Hilton Honors status to a Gold or Diamond level.

    My retort to them was I must charge the guest if the Hilton CPU screen doesn't show Gold/Diamond or another written "no charge" level. First, I let Ms. Ferris know she'd have to pay to use the Club. Ms. Ferris said her husband was Mr. Atkins, who had the above Airline Card, and that they both were going to stay at the Hotel the whole week. I told Ms. Ferris that, she should speak to the Hilton FD Manager about her situation. If possible, Hilton would clarify/remove the charge, but at the S/H FD, I could do nothing. Ms. Ferris signed for the charge.

    I do the above guest referral to the Hotel because, some guests will try to get the S/H FD employee not to list the charge. This only makes it more difficult for the next FD person. Usually these guests are not entitled to free use of the Gym. Later, Mr. Atkins came down to the Club and gave the same story as Ms. Ferris. I said the same to him as I had to Ms. Ferris, and gave him the telephone number to call Hilton FD. Mr. Atkins was not satisfied with the answer he got from Hilton FD employee and eventually went up to see Mr. Joe Clement, HH FD Manager, who advised Mr. Atkins as we all had done.

    Both Ms. Ferris and Mr. Atkins told me that an earlier S/H employee had advised them they would not be charged to use the Gym. This encounter took almost twenty minutes to resolve. Believe it or not this all happened with a smile, but because I was working on a walk-in membership sale, when room C333 first came to S/H, I had to abandon the sale to deal with these two Hilton guests. That's my job, but I missed the sale.

Plaintiff's Exhibit #22

**Hilton Sport & Health**

# Memo

**To:** Jesse Parkes

**From:** Paul Barnedo

**Date:** 06/21/02

**Re:** Saturday 6/22/02 Updates

---

1. Melissa Winter and friends come in and sign up at 10am.   $200 Initiation Fee, and last months dues for all 3 people (Melissa, and a couple)

2. Room Service at 10:30am, you can sign.

3.  Martha will set up bottled water around 10:30am, which is underneath Kiri's desk.

4.  Shakia will close the front desk from 4pm-10pm.

5.


Plaintiff's Exhibit #23

From: Ron, Front Desk [FD]

Date: July 22, 2001

Subject: Miscellaneous Children Enter Rear Gym Door

    Please be vigilant toward the rear gym entrance, because there are a number of children in the Hotel moving around unsupervised.

    About 8:55PM Sunday night 7-22-01, three such children (2 males and 1 female about 8 years of age) entered through the rear door and got on the two rear treadmills, turning the equipment on high speed, one boy on one treadmill and a boy and girl together on the other unit.

    When I came to request they turn off the units and disembark, one boy fell while trying to jump off his treadmill before turning off its power. He was not hurt, but they all ran out the club door.

Plaintiff's Exhibit #24

To: Paul Barnedo, Hilton Sport & Health Club [S/H]
   Manager

Date: Monday, April 22, 2002                                     Page 1/2

From: Ron Nichols, Manager on Duty [MOD] Notes

SUBJECT: "How Would You Like to Pay for That?"

It has come to my attention numerous times that this club now supplies services without collecting money in exchange for the goods/services provided to clients. The cancer referred to in my memo dated 8/23/01 and subsequent memos has not been cured, and may be incurable. One of the latest service give-away's occurred April 22, 2002, when Brenda Bailey, Front Desk[FD], reportedly arranged for a massage to be performed by masseuse, Donna Moore.

When the client appeared Brenda Bailey collected no money or any other form of payment, nor did Brenda prepare any paperwork as a record or any other means by which the gentleman non-payer could be identified or traced should there be a problem. No one even got a liability wavier signed by the gentleman non-payer. I am sure he was not asked for payment, because if he had been requested to render payment straight off and he refused, you would then know you had a problem, plus he would not get the massage ---RIGHT!   This is not play this is business. From my experience working here, there is nothing to gain by foregoing payment, except loss of payment.

Logic dictates, that clients would expect to pay for services they schedule. Their feelings are not going to be hurt when you ask them for money.  Risk should be minimized.  Why juggle money when you don't have to, just to impress someone? When you instill the routine of not collecting payment-form up front, the habit of missed collections wins out. Tonight's (4/22/02) massage events are a harsh example of the fee collection problem here at the Washington Hilton S/H.

As recently as 4/8/02, I as MOD talked with Brenda about collecting payment-form up front, especially with court fees and massages. Massage therapy seems like hard work, which doesn't get easier when you massage someone for free.

Paul, I complained to you on 4/17/02 about Kiri Kirschner and Brenda not passing on information in the relief of my shifts. That evening, I had to call one of our members to ascertain what Kiri charged on his credit card, which charge, Kiri left for my shift totals. I further discovered that the credit card numbers Kiri wrote were incorrect and rectified that problem. This passing on of institutional information is of high import. One working his job needs information to perform that job, and in this case to make up for the shortcomings of others.

Plaintiff's Exhibit #25

Any one reading this memo must admit how amazing it is to walk into any business establishment, get a massage without paying for that service, and get away without a trace.

Paul, I understand that when the gentleman non-payer appeared for his massage that, you and Brenda were in the vicinity of the FD, and both in earshot of the transaction. At that time, the opportunity for the perpetrator to pay was tossed off. At the start of my shift neither you nor Brenda informed/brief me of any circumstances concerning FD activities.

FD folks involved in massage requests could exercise more diligence in record keeping. Sunday 4/20/02, Shaunte McKissick, a standby masseuse called me to ask about a massage request left on her voice mail. I went through the massage book and looked at materials at the FD, and saw no record of any massage or proposed massage. Often, FD people when they write requests don't leave their name as schedulers. If there's a problem and someone must be called to resolve that situation, there may not be enough information at the FD.

Paul, I read the wonderful writing materials you've put at the FD and on the wall about pre-payment for services. Apparently, your message is not believed or enforced. Why are so many people working FD here, afraid of asking directly for money/payment due?

CC:   Ms. Pam Curran, Sport & Health Sr. Vice President
      1800 Old Meadow Road, Unit H
      McLean, Virginia 22102

      Mr. Dan Burns, Regional GM, Bethesda Sport & Health Club, Inc.
      Bethesda, Maryland 20814   CERTIFIED MAIL #7099 3400 0002 0310 7629