Date: Monday, April 15, 2002

From: Ron Nichols, Manager on Duty [MOD]

Subject: March 22, 2002 incident with S/H Intruder


      On 13 April 2002, I saw a TV program called, "America's Most Wanted." One suspect featured went by the nickname "Gee," a.k.a. Garfield Brown. A man who signed into S/H about 7:45PM, on 22 March 2002 bore a resemblance to this "Gee." This man told me he was a Hotel guest registered in room 2100 as Mr. J. Hill. I attach my handwritten note to you on this incident. Malcolm Norman worked FD during this incident.

      Since Mr. Hill exited through the S/H Hotel hallway entrance there may be camera footage on him. The telephone number given for "America's Most Wanted" is 1-800 CRIMETV.

Attachment: Above Mentioned



Plaintiff's
Exhibit
# 26

TO: Paul Barnaba.     8:00pm

A large man about 240lb medium brown in color, 6 feet 2" tall entered club thru 19th street entrance. He signaled in on Hilton Hotel pad as J. Hill. This Mr. Hill went into mans room not looking like any of our members or Hotel guests in any manner, I checked with Hilton front Desk not that had no such guest as J. Hill in room 2100 or any other room.

whom I went into man's room to investigate the authenticity intruder began getting more hostile, cocky. when he saw, then he exit on fire street entrance exit club thru Hotel entrance saying he was going Hilton FD.

I went to Hotel security who hold Mr. Jordan come to club think the me, the alarm at the FD. mr Jordan asked about the intruders manner + appearance.

Ron Nichols
Incident - 3-20-00

Plaintiff's
Exhibit
# 26

TO: Paul Barnedo, Washington Hilton Sport & Health Club [S/ H] Manager

FROM: Ron Nichols, [S/ H] Manager On Duty [MOD]

DATE: June 26, 2002

SUBJECT: ATTEMPTED THEFT OF SERVICE INCIDENTS

The man I brought to your attention on 3-22-02 as attempted sneak in and possible "America's Most Wanted "suspect is back. He came in through the 19th entrance Saturday June 15, 2002 about 7PM. First, he tried to claim being a member. Then said he was a guest of hotel. He used the name of Richard Jones. He then tried to say he was associated with another hotel guest, a Mr. R. Jackson. I found none of these associations in S/H or Hilton CPU's. He finally turned and went out the 19th Street from whence he came. Ali Mohammed (Housekeeping) was near FD and witnessed this incident. About 15 minutes later, he returned through the Hilton hallway door, and started directly into the men's room. I again told him he could not use the club because he was not a club member or a guest of the hotel. He turned around and left through the Hotel entrance.

On June 17th, 2002 about 7PM, a white man with dark brown hair in his 30's came into the Club from the Hilton hallway entrance, and went directly into the men's room. I waited 4 minutes and went into men's room to apprise the situation. This man had a locker open and was pretending to take off his shirt. I asked him if he were staying in the hotel. He said, yes. I then directed him to the S/H [Front Desk] FD to sign in. He became hesitant about going to sign in. I insisted. I followed, and since we had a new trainee at the FD, Shakia CarMichael, I assisted in verifying his information. He gave several names and room numbers, none of which were a match in the Hilton computer. I then asked for a picture ID. He presented a Virginia driver's license in the name of Power-?-Russel. I called Hotel Security to ask them to come up to S/H. Security did not respond. Later, Security would act as if I had incorrectly contacted them. With no response from Security, I asked the intruder, who claimed Hilton guest status, to come with me to Security.

When we reached the Hilton Security Office, one flight below, Desk Security Officer Hajib went through the same questions I had asked previously, and determined this man not to be a Hotel guest. Paul, some procedure needs to be worked out to deal with folks like the above described, because I am increasingly intercepting some scary folks who are entering the premise by fraud and may have the potential for who knows what. Some procedure, especially during evening shifts with only a skeletal S/H staff present, (compared to when all the S/H are staff present during the day). Thefts seem to be on the rise. Members and legitimate guests may be feeling uncomfortable because of the increase in the above incidents. I am feeling uncomfortable, because these intruders are in the age range where they may not deal well with being caught. They may become capricious and even volatile in their behavior. This unauthorized entry is not males. I have intercepted a number of females as well entering without auth[e]

Plaintiff's
Exhibit
#27