

# Washington, Maryland, & Virginia Sport & Health Clubs

On 9/25/02 Mr. William Gunn was arrest in one of your health clubs. Mr. Gunn named three other subjects that have assisted him with thefts in the past..

Be on the lookout for the following subjects that have worked with Mr. Gunn in the past with targeting Sport & Health Clubs in the area. These subjects are not members of any of your Clubs.

Sherri Latrice Boissiere  B/F; Dexter Allen Morse  B/M; John Edward Morse  B/M







POC: Det. Neil Jones 202-282-0043 or njones@mpdc.org



Plaintiff's Exhibit #29

# METROPOLITAN POLICE DEPARTMENT
## BARRING NOTICE

Time __1700__ ~~a.m.~~/p.m.                    DATE: __August 21, 2002__

Pursuant to section 22-3102 of the District of Columbia code, you are hereby notified that you are not permitted on the grounds listed below, unless you are here conducting lawful business.

LOCATION: __SPORT & HEALTH TENLEY/NORTHWEST/HILTON__

If you return to this location, you may be subject to criminal prosecution for unlawful entry.

NAME: __GUNN, WILLIAM__
         Last                    First

RACE: __B__    SEX: __M__    DATE OF BIRTH

ADDRESS: __7728 WOODMONT AVE BETHESDA, MD.__

PHONE# __UNK__         SSN# __UNK__

### DESCRIPTION

Height __6'2"__   Weight __270__   Hair __blk__
Complexion __medium__       I.D. Marks _____

The above mentioned "Barring Notice" has been read

Name __Inv. Neil Jones   MPDC #2813   2D__
Title __Investigator__

After reading this "Barring Notice" for myself, I fully understand its meaning. I do hereby voluntarily, without duress, threats, or force, sign this statement.

_____          Date _____
_____          Date _____

Plaintiff's Exhibit # 30



## METROPOLITAN POLICE DEPARTMENT
Office of the Superintendent of Detectives
Violent Crime Branch

## WANTED FOR SEXUAL ASSAULT

### Described as: Black Male, 5'7 to 5'9, 215-225lbs 27-30 years old with Medium Complexion, Black Hair, Dark Eyes, Clean Shaven



Subject is known to frequent area hotels. After an assault, the subject is known to use a fire exit to make his escape. Anyone with information on this subject please contact MPD Sexual Assault Unit on (202)727-3700 or Detective Zibrat on (202)206-1146 pgr., or the MPD SOCC (202)727-9099 24 hours.

Plaintiff's Exhibit 3

By: Sport&Health;　　　　　　　　　703 893 8487;　　　Jun-29-01  4:30PM;　　　Page 1/2
HILTON　　　At: 12027975829

Jun-29-01 02:24.　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.01

This individual has been in at least Bethesda and Skyline. Please post at your front desk and watch for him. He is using the cards of the members he steals from to try to gain access to your club.

Plaintiff's Exhibit # 31