

**Ed Metcalfe, 09:46 AM 8/21/02 , Re: Joseph Blatchford 400939**

---

X-Sender: nmgr@mail.shcorp.com
X-Mailer: QUALCOMM Windows Eudora Version 4.3.2
Date: Wed, 21 Aug 2002 09:46:22 -0400
To: Bethesda Manager <dburns@shcorp.com>, amgr@shcorp.com, anmgr@shcorp.com,
  aymgr@shcorp.com, bcmgr@shcorp.com, bemgr@shcorp.com, bmcbride@shcorp.com,
  bsmith@shcorp.com, cgmgr@shcorp.com, cpmgr@shcorp.com, dcmgr@shcorp.com,
  drmgr@shcorp.com, frmgr@shcorp.com, hmgr@shcorp.com, jamie.millis@uspto.gov,
  lhymes@shcorp.com, lmgr@shcorp.com, mbatkin@shcorp.com, mlander@shcorp.com,
  mmeehan@shcorp.com, nmgr@shcorp.com, nterry@shcorp.com, nwmgr@shcorp.com,
  otmgr@shcorp.com, pcurran@shcorp.com, remgr@shcorp.com, rimgr@shcorp.com,
  rrmgr@shcorp.com, skmgr@shcorp.com, tcarroll@shcorp.com, temgr@shcorp.com,
  thawkins@shcorp.com, ttmgr@shcorp.com, tymgr@shcorp.com, wamgr@shcorp.com,
  wgmgr@shcorp.com, womgr@shcorp.com, wrmgr@shcorp.com
From: Ed Metcalfe <emetcalfe@shcorp.com>
Subject: Re: Joseph Blatchford 400939
X-MailScanner: Found to be clean



This person has tried to get into the Rockville club twice. The first time on Monday night he used the name Blatchford so we asked for ID and asked him to leave and called the police. The police did not arrive in time and he got away. Last night the same person came in using the name Mark Evans from Bethesda. We immediately called the police and asked him to leave again and followed him outside to try and get a license plate number. He ra about a quarter mile up the street and was picked up by a maroon honda civic and we were not able to get the number off the plate. He is about 6' 1" black and weighs at least 250 with a big gut. He was wearing a white T-shirt and had a black leather bag with a gold lock. He knew Mark Evans address

### Ed Metcalfe, 09:46 AM 8/21/02 , Re: Joseph Blatchford 400939

and when we told him we needed to see ID he then wanted to pay the guest fee. This guy is convincing and persistent so let you front desk and MODs know all the details and call 911 right away.      t 03:29 PM 8/12/02 -0400, Bethesda Manager wrote:

Mr. Blatchford 400939 (a metro member) had is wallet and ID stolen form our club several months ago. Over the last few days someone has used his name (the card has long been disabled) to gain access to Tenley, Northwest, Arlington, and Old Town. Please notify your front desk to ask for a photo ID before allowing him to enter the club. Mr. Blatchford has been notified that he will be asked for ID to enter the clubs, so there should be no confrontation.

Thanks

Dan Burns
Group General Manger
Bethesda Sport & Health
301-656-9570
301-656-6870 Fax
dburns@shcorp.com
www.sportandhealth.com



Plaintiff's Exhibit #32

Printed for Watergate Manager <wgmgr@shcorp.com>

**IMPORTANT**

Bethesda Manager, 03:29 PM 8/12/02, Joseph Blatchford 400939
---

X-Sender: bemgr@mail.shcorp.com
X-Mailer: QUALCOMM Windows Eudora Version 5.1
Date: Mon, 12 Aug 2002 15:29:18 -0400
To: amgr@shcorp.com, anmgr@shcorp.com, aymgr@shcorp.com, bcmgr@shcorp.com,
   bemgr@shcorp.com, bmcbride@shcorp.com, bsmith@shcorp.com, cgmgr@shcorp.com,
   cpmgr@shcorp.com, dcmgr@shcorp.com, drmgr@shcorp.com, frmgr@shcorp.com,
   hmgr@shcorp.com, jamie.millis@uspto.gov, lhymes@shcorp.com, lmgr@shcorp.com,
   mbatkin@shcorp.com, mlander@shcorp.com, mmeehan@shcorp.com, nmgr@shcorp.com,
   nterry@shcorp.com, nwmgr@shcorp.com, otmgr@shcorp.com, pcurran@shcorp.com,
   remgr@shcorp.com, rimgr@shcorp.com, rmgr@shcorp.com, skmgr@shcorp.com,
   tcarroll@shcorp.com, temgr@shcorp.com, thawkins@shcorp.com, ttmgr@shcorp.com, tymgr@shcorp.com, wamgr@shcorp.com, wgmgr@shcorp.com,
   womgr@shcorp.com, wrmgr@shcorp.com
From: Bethesda Manager <dburns@shcorp.com>
Subject: Joseph Blatchford 400939
X-MailScanner: Found to be clean

Mr. Blatchford 400939 (a metro member) had is wallet and ID stolen form our club several months ago. Over the last few days someone has used his name (the card has long been disabled) to gain access to Tenley, Northwest, Arlington, and Old Town. Please notify your front desk to ask for a photo ID before allowing him to enter the club. Mr. Blatchford has been notified that he will be asked for ID to enter the clubs, so there should be no confrontation.

Thanks

Dan Burns

Plaintiff's Exhibit #32