# Congratulations to our Employee of the Year JESSE PARKES!




Plaintiff's Exhibit #33

Manager

From: Ron Nichols, Manager on Duty [MOD] Notes

Date: Friday, March 1, 2002

Paul, a number of club members have inquired to me about the circumstances of the Above & Beyond [ABA] and the Employee of the Year [EYA] Awards. Some members seem to find the results curious. You recently gave me a S/H Clubs Front Desk Basics set of sheets. After reviewing, the S/H Clubs Front Desk Basics, Item #5, page 4 "... Be knowledgeable about club information.... Be able to answer [client] questions...", etc. I would like to give members some answers to their questions, but I am at a lost as to what to tell these inquirers. Of course, I will direct these truth-seekers to you, but I also would like to know about the circumstances of the ABA and FYA, which I may use to contribute to my on the job improvement. The secretness practiced here does not seem to comport to S/H Clubs Front Desk Basics.

What criteria have been used to determine the ABA for Fall 2001? How did the ultimate selectees contribute to the daily operation and the long-term image of the Club? What ultimate selectee had the highest number of total votes? Who got the highest number of positive comments? Who got the highest number of negative comments? From which sectors of club membership did these comments/votes come, i.e., tennis, day, evening, and/or general gym users? How does an employee get to be EYA after only being here approximately seven months?

Please tell me, what events were chosen as the winning examples? How many final examples were there from which the final selections were chosen? Why was the contest conducted so late in the season, after many of the eligible summer [pool] members had left the club? What were the rankings of all employees? What safe guards were taken so that this voting did not have the essence of a Florida-style election?

Also, Paul, a couple of winters ago during a severe winter storm shutdown of industry and travel in the metropolitan region, movement in the area was literally frozen. I was the one S/H employee who came into this Club to keep the place open when the managers and other employees couldn't/wouldn't come to work. Some of the staff at that time lived closer to the Hilton than I. S/H members and Hilton Hotel guests who couldn't move out and about at least because of me had this gym facility to recreate. That would seem behavior worthy of some notice, yet any note of my dedication and contribution to the work here was ignored. To me, this again is another reason, the recent awards seem curious.

Plaintiff's Exhibit # 34