UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RON NICHOLS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1978 (JR) |
| SPORT & HEALTH CLUBS, INC., | : |
| Defendant. | : |

ORDER

In view of plaintiff's recent submissions filed *pro se*, it is

**ORDERED** that the stay of proceedings is **LIFTED**; and it is

**FURTHER ORDERED** that the Order appointing counsel [Doc. # 20] is **VACATED**, inasmuch as plaintiff is representing himself.


JAMES ROBERTSON
United States District Judge