RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 MAY 19 PM 6:18

NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ron Nichols, *pro se*
1620 Fuller Street NW, #402
Washington, DC 20009

V.

Sport & Health Clubs, Inc.
1800 Old Meadow Road
Mc Lean, VA 22102

CASE NUMBER: 1:05CV01978 JR

PLAINTIFF'S REQUEST FOR RECONSIDERATION & REINSTATEMENT OF COURT APPOINTED PRO BONO REPRESENTATION UNDER LCvR 83. 11.

1. On April 10, 2006, this Honorable Court Ordered Pro Bono Council granting *pro se* plaintiff's motion to appoint counsel. The proceedings, including the deadline for plaintiff's opposition were Stayed until completion of the appointment process of Pro Bono Council.

2. Pro Se plaintiff did not receive by mail this Court's 4-10-06 Pro Bono Order, but plaintiff subsequently went to this District's Court House and found that, this Honorable Court Ordered Pro Bono Council, granting *pro se* plaintiff's motion to appoint counsel. *Pro Se* plaintiff received by mail the NOTICE OF WITHDRAWAL OF APPEARANCE (Tibbets, Steven) entered 5-1-06 & Amended NOTICE OF WITHDRAL OF APPEARANCE (Tibbits, Steven) modified on 5-2-06.[1]

3. With plaintiff's deadline for responding to defendant's Summary Judgement ET AL. (& with visions of <u>Failing To Prosecute</u> in plaintiff's head), *pro se*, plaintiff paniced.[2] *Pro se* plaintiff without advice of counsel motioned in error on side of meeting defendant's Summary Judgement deadline---to which *pro se* plaintiff apologizes to this Court & defendant's representation.

4. *Pro se* plaintiff requests this Court Reconsider/Reinstate process of PRO BONO Representation under LCvR 83, 11, & Reinstate Stay of proceedings.

---

[1] To *pro se* plaintiff's knowledge, defendant has to date mailed defendant's court submissions to plaintiff
[2] This Court and the system in general stress timely meeting of deadlines

RECEIVED
MAY 19 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Signed/ _____ /Date 5-19-06
Ron Nichols, *pro se*

## CERTIFICATE OF SERVICE

I hereby certifiy that Plaintiff mailed a true copy of the foregoing PLAINTIFF'S REQUEST FOR RECONSIDERATION & REINSTATEMENT OF COURT APPOINTED PRO BONO REPRESENTATION UNDER LCvR 83. 11, to Leo S. Fisher (DC Bar No. 322065) Philip M. Keating (DC Bar No. 384726) 2000 N. 14th Street, Suite 100; Arlington, VA 22201; (703) 525-4000, (703) 525-2207 (facsimile), Counsel for Sport & Health Clubs, Inc. on this 19th day of May, 2006.

_____ /Date 5-19-06
Ron Nichols