UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ron Nichols, *pro se*  }
1620 Fuller Street NW, #402  }
Washington, DC 20009  }
 }   CASE NUMBER: 1:05CV01978 JR
    V.  }
Sport & Health Clubs, Inc.  }
1800 Old Meadow Road  }
Mc Lean, VA 22102  }
 }

ORDER

Upon consideration of *pro se* Plaintiff's Request for Reconsideration/Reinstatement of Court Appointed Pro Bono Representation under LCvR 83, 11, & *pro se* plaintiff's error in motion:

NOW, THEREFORE, it is hereby

**ORDERED** that *pro se* plaintiff's Request under LCvR 83, 11, is GRANTED, and that

**ORDERED**, Stay on proceedings is RESUMMED until appointment PRO BONO Council.

_____
UNITED STATES DISTRICT JUUDGE

DATE:_____