UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RON NICHOLS** | ) |
| Plaintiff | ) |
| v. | ) CASE NUMBER: 1:05CV01978 JR |
| **SPORT & HEALTH CLUBS, INC.** | ) |
| Defendant | ) |

## DEFENDANT'S OPPOSITION TO
## PLAINTIFF'S REQUEST FOR RECONSIDERATION

Defendant, **SPORT & HEALTH CLUBS, INC.** ("Sport & Health"), by counsel, hereby opposes Plaintiff's Request for Reconsideration and Reinstatement of Court Appointed Pro Bono Representation Under LCvR 83.11. Through his motion, Plaintiff apparently is seeking to repudiate his actions of the past several weeks and reinstate a stay of proceedings pending appointment of counsel. Plaintiff's request should be denied.

A *pro se* Plaintiff is obligated to comply with the Federal Rules of Civil Procedure ("FRCP"), the Rules of this Court and the Orders of this Court. See, *Jarrell v. Tisch*, 656 F.Supp. 237 (D.D.C. 1987). Moreover, Rule 11 of the Federal Rules of Civil Procedure imposes the same obligations and standards on parties represented by counsel and *pro se* litigants. *Business Guides, Inc. v. Chromatic Communications Enterprises, Inc.*, 498 U.S. 533, 548; 111 S.Ct 922, 931; 112 L.Ed. 2d 1140, 1157 (1991). As such, Plaintiff must be bound by his FRCP 11 (b) representations to the Court that are intrinsic to every filing submitted.

The impact of Plaintiff's request on Defendant needs to be assessed. Defendant has expended considerable resources in responding in good faith to Plaintiff's submissions throughout

Page 2

this action and currently with respect to the motions for summary judgment. An inevitable consequence of granting Plaintiff's request would be to impose unnecessary costs on Defendant and delay disposition of this action. Plaintiff knowingly and voluntarily filed an Opposition and Motion with the Court and must be held to what he has filed.

**WHEREFORE**, Defendant requests that Plaintiff's Request for Reconsideration and Reinstatement of Court Appointed Pro Bono Representation Under LCvR 83.11 be denied.

Respectfully submitted,

**SPORT & HEALTH CLUBS, INC.**
**By Counsel**

BEAN, KINNEY & KORMAN, P.C.

By: *[signature]*
Leo S. Fisher (DC Bar No. 322065)
Philip M. Keating (DC Bar No. 384726)
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000
(703) 525-2207 (facsimile)
Counsel for Sport & Health Clubs, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Opposition was mailed by first class mail, postage prepaid, to Ron Nichols, Plaintiff *pro se*, 1620 Fuller Street, N.W., Apt. 402, Washington, DC 20009, on this 23rd day of May, 2006.

*[signature]*
Philip M. Keating