UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RON NICHOLS )
 )
    Plaintiff )
 )
v. ) CASE NUMBER: 1:05CV01978 JR
 )
SPORT & HEALTH CLUBS, INC. )
 )
    Defendant )

## DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Defendant, **SPORT & HEALTH CLUBS, INC.**, pursuant to Local Civil Rules 7 and 56.1, hereby states that there is no genuine issue in dispute with respect to the following material facts. Defendant is submitting this statement as part of its Opposition to Plaintiff's Motion for Summary Judgment.

Insofar as Defendant is opposing Plaintiff's Amended Motion for Summary Judgment, this statement normally would be identifying material facts as to which Defendant contends are in dispute and which need be litigated. However, Plaintiff failed to submit a statement of material facts with his Motion for Summary Judgment, or his opposition to Defendant's Motion for Summary Judgment. Thus, Defendant, while limiting itself here to the issues raised in Plaintiff's Motion for Summary Judgment, remains in the position of asserting that there is no genuine issue in dispute with respect to the following material facts.[1]

1.    Defendant transferred Plaintiff to the Watergate facility in August, 2002 for

---

[1] By limiting itself to the issues raised in Plaintiff's Motion for Summary Judgment, Defendant does not in any way intend to modify the Statement of Material Facts as to Which There is No Genuine Issue, filed previously with its Motion for Summary Judgment.

Page 2

legitimate, non-discriminatory, job related reasons. Memorandum, Exhibit 1.

  2.  Plaintiff's job title, duties and rate of pay remained the same after his transfer to the Watergate facility. Answer, Paragraph 13; Memorandum, Exhibits 1, 2 and 3.

  3.  Plaintiff accepted the transfer to the Watergate facility. Memorandum, Exhibits 1 and 3.

          Respectfully submitted,

          **SPORT & HEALTH CLUBS, INC.**
          **By Counsel**

BEAN, KINNEY & KORMAN, P.C.

By: _/s/ Philip M. Keating_
Leo S. Fisher (DC Bar No. 322065)
Philip M. Keating (DC Bar No. 384726)
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000
(703) 525-2207 (facsimile)
*Counsel for Sport & Health Clubs, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed by first class mail, postage prepaid, to Ron Nichols, Plaintiff *pro se*, 1620 Fuller Street, N.W., Apt. 402, Washington, DC 20009, on this 26th day of May, 2006.

          _/s/ Philip M. Keating_
          Philip M. Keating