# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RON NICHOLS** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NUMBER: 1:05CV01978 JR** |
| | ) | |
| **SPORT & HEALTH CLUBS, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S AMENDED
### MOTION FOR SUMMARY JUDGMENT

Defendant, **SPORT & HEALTH CLUBS, INC.**, by counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure ("FRCP"), hereby opposes Plaintiff's Amended Motion for Summary Judgment. Briefly, Plaintiff has failed to set forth a statement of material facts as to which there is no genuine issue as required by the Local Rules of this Court. As such, there is no basis for the grant of a motion for summary judgment. To the extent Plaintiff raises substantive issues, he has failed to provide any evidence that the legitimate non-discriminatory reasons for its actions set forth by Defendant are pretext, or that any actions of Defendant were at all discriminatory. The basis for this Opposition to Plaintiff's Amended Motion for Summary Judgment is set forth more fully in the accompanying Memorandum of Points and Authorities.

**WHEREFORE**, Defendant, Sport & Health Clubs, Inc., respectfully requests that Plaintiff's Amended Motion for Summary Judgment be denied.

Respectfully submitted,

**SPORT & HEALTH CLUBS, INC.**
**By Counsel**

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2000 NORTH FOURTEENTH STREET
ARLINGTON, VIRGINIA 22201

Page 2

BEAN, KINNEY & KORMAN, P.C.

By: *[signature]*

Leo S. Fisher (DC Bar No. 322065)
Philip M. Keating (DC Bar No. 384726)
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000
(703) 525-2207 (facsimile)
*Counsel for Sport & Health Clubs, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed by first class mail, postage prepaid, to Ron Nichols, Plaintiff *pro se*, 1620 Fuller Street, N.W., Apt. 402, Washington, DC 20009, on this 26th day of May, 2006.

*[signature]*

Philip M. Keating