# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7027**  **September Term, 2005**

05cv01978

Filed On:

Ron Nichols,
    Appellant

v.

Sport & Health Clubs, Inc.,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUN 1 4 2006

CLERK

### ORDER

Upon consideration of the court's order to show cause filed March 21, 2006, and the response thereto, styled "Withdrawal of Appellant's Appeal," it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the withdrawal of appeal be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Mark Butler
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk