UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RON NICHOLS,                          :
                                      :
       Plaintiff,                :
                                      :
v.                                    :   Civil Action No. 05-1978 (JR)
                                      :
SPORT & HEALTH CLUBS, INC.,           :
                                      :
       Defendant.                :

ORDER

      Plaintiff's motion for issuance of formal briefing schedule [37] is **denied**. There has been a briefing schedule, and there have been briefs -- but plaintiff's new counsel may submit additional or supplemental briefing within 30 days of the date of this order. Defendant may then have 30 days to respond -- only if, and only to the extent that, it chooses to respond. No further briefing will be considered.

      It is SO ORDERED.

                                            JAMES ROBERTSON
                                            United States District Judge