UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RON NICHOLS | ) |
|     Plaintiff | ) |
| v. | )   CASE NUMBER: 1:05CV01978 JR |
| SPORT & HEALTH CLUBS, INC. | ) |
|     Defendant | ) |

## NOTICE OF ERRATA

Defendant, **SPORT & HEALTH CLUBS, INC.** ("S&H"), by counsel, hereby requests that the accompanying statement of Paul Barnedo be attached to the Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment as Exhibit 8. One page of the statement was missing from the materials originally filed with the Court.

    Respectfully submitted,

    SPORT & HEALTH CLUBS, INC.
    By Counsel

BEAN, KINNEY & KORMAN, P.C.

By:   /s/ Philip M. Keating
      Leo S. Fisher (DC Bar No. 322065)
      Philip M. Keating (DC Bar No. 384726)
      2000 N. 14th Street, Suite 100
      Arlington, VA 22201
      (703) 525-4000
      (703) 525-2207 (facsimile)
      Counsel for Sport & Health Clubs, Inc.

Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Notice of Errata was mailed by first class mail, postage prepaid, to Ron Nichols, Plaintiff *pro se*, 1620 Fuller Street, N.W., Washington, DC 20009, on this 31st day of January, 2007.

                                            /s/ Philip M. Keating
                                            Philip M. Keating