UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RON NICHOLS** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| **v.** | )   **CASE NUMBER: 1:05CV01978 JR** |
| | ) |
| **SPORT & HEALTH CLUBS, INC.** | ) |
| | ) |
|     **Defendant** | ) |

JOINT MOTION TO EXTEND TIME TO FILE PRETRIAL STATEMENTS

Plaintiff and Defendant, by their respective counsel, hereby move to extend the time for filing Pretrial Statements until Friday, March 30, 2007. In support of this motion, the parties state as follows:

1. At a status conference on February 26, 2007, the Court set trial in this matter for April 17, 2007. The final pre-trial conference is set for April 5, 2007 at 4:30p.m.

2. The parties are pursuing an expedited and extremely focused discovery plan necessary to prepare for trial. The parties have been cooperating with each other and providing discovery voluntarily with a minimum of formal requests. Plaintiff's deposition was taken on Friday, March 23, 2007 and the transcript is expected within several days.

3. The parties also are actively trying to settle the case and expect to know within several days if settlement will be achieved.

4. A delay of several days in the deadline for filing and serving pre-trial statements would serve to reduce costs to both sides while there is a reasonable expectation that settlement can be achieved. Furthermore, it would allow the parties to better assess the expected witnesses and evidence at a trial of this matter to reflect what is learned through the discovery that is being

Page 2

conducted.

WHEREFORE, Ron Nichols and Sport & Health Clubs, Inc. respectfully request that their joint motion to the extend the time for filing and serving pre-trial statements until Friday, March 30, 2007 be granted.

Respectfully submitted,

RON NICHOLS,
By Counsel
/s/ Aderson B. Francois
Brian Gilmore, Esquire (DC Bar No. 439757)
Aderson B. Francois, Esquire (DC Bar No. 498544)
Howard University School of Law
Clinical Law Center - Civil Rights Clinic
2900 Van Ness Street, N.W.
Washington, D.C. 20008
Phone: 202/ 806-8065
Facsimile: 202/806-8436

SPORT & HEALTH CLUBS, INC.,
By Counsel
/s/ Philip M. Keating
Bean, Kinney & Korman, P.C.
Leo S. Fisher (DC Bar No. 322065)
Philip M. Keating (DC Bar No. 384726)
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Phone: 703/525-4000
Facsimile: 703/525-2207