UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RON NICHOLS** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| v. | ) CASE NUMBER: 1:05CV01978 JR |
| | ) |
| **SPORT & HEALTH CLUBS, INC.** | ) |
| | ) |
|     **Defendant** | ) |

## ORDER

Upon consideration of the Joint Motion to Extend Time to File Pretrial Statements, it is hereby ORDERED that the time for filing and serving pretrial statements is extended until Friday, March 30, 2007.

**SO ORDERED** this _____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE