UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RON NICHOLS, : <br> : <br> Plaintiff, : <br> : <br> v.  : <br> : <br> SPORT & HEALTH CLUBS, INC., : <br> : <br> Defendant. : | Civil Action No. 05-1978 (JR) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by their counsel, stipulate to dismiss the above-captioned action with prejudice according to the terms of the Settlement Agreement and Release entered into and executed by Plaintiff Ron Nichols on April 9, 2007 and Defendant Sport & Health Clubs on April 12, 2007.

Dated: April 13, 2007

        For Plaintiff Ron Nichols

        By:

        /s/ Aderson B. Francois
        Aderson B. Francois
        Bar Identification: 498544
        Howard University School of Law
        Clinical Law Center - Civil Rights Clinic
        2900 Van Ness Street, NW
        Washington, DC  20008
        Telephone: (202) 806-8065
        Fax: (202) 806-8436
        Counsel for Plaintiff Ron Nichols

For Defendant Sport & Health Clubs

By:

/s/ Leo S. Fisher_____
Leo S. Fisher
Bar Identification: 322065
Philip M. Keating
Bar Identification: 384726
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
Telephone: (703) 525-4000
Facsimile: (703) 525-2207
Counsel for Defendant Sport & Health Clubs, Inc.

**ORDER**

The Court has reviewed the Stipulation set forth above. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice;

2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement and Release entered into and executed by Plaintiff Ron Nichols on April 9, 2007 and Defendant Sport & Health Clubs on April 12, 2007;

3. The Court retains jurisdiction of this matter for purposes of taking any action needed to enforce the terms of the above-referenced Settlement Agreement and Release; and

4. Each party is to bear its own costs, as provided by the Settlement Agreement and Release.

SO ORDERED this __ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE